UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 12369 RCL

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS, </br></br> Plaintiffs, </br></br> v. </br></br> SEARS ROEBUCK AND CO. </br></br> Defendant. | Civil Action No.: |

FILED
IN CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIPT #_____
AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1____
WAIVER FORM____
MCF ISSUED____
BY DPTY. CLK. ____
DATE 11/8/04

MAGISTRATE JUDGE Alexander

### NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO:   Chief Judge and Judges of the
      United States District Court
      For the District of Massachusetts

The defendant, Sears, Roebuck and Co. ("Sears"), hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 in connection with the above-captioned action. As grounds for its Notice of Removal, Sears states as follows:

1.   This action was commenced in the Suffolk Superior Court and is now pending before that court.

2.   As appears from the docket, files, and records of the Suffolk Superior Court, a civil action was commenced on or about October 5, 2004. Sears received notice of the complaint on or about October 12, 2004. A copy of said complaint is attached hereto as Exhibit A.

3.   This civil action arises out of personal injuries allegedly sustained by the plaintiffs, Jasmine D. Bunton and Lourenco P. Dossantos ("the plaintiffs"), on or about

April 16, 2004. Specifically, the plaintiffs allege Jasmine Bunton was injured when her hand became stuck for several hours in the mechanical workings of an ice dispensing unit located on the door of a Kenmore refrigerator when she tried to free ice lodged in the unit. They allege that Sears is liable for this incident and the damages they sustained on the theories of negligence and breach of warranty. They allege that Jasmine Bunton required lengthy surgery to correct nerve damage in her hand and that both plaintiffs suffered emotional distress as a result of the above incident. On each of the four counts contained in the Complaint, the plaintiffs claim damages in excess of $25,000.

4. The plaintiffs states in the Complaint that they are residents of Dorchester, Massachusetts.

5. Sears is a New York corporation with a principal place of business in Hoffman Estates, Illinois.

6. Jurisdiction of the Federal Court is founded on the complete diversity of citizenship between the plaintiffs and the defendant. Given the plaintiffs' allegations, Sears believes that the amount in controversy exceeds $75,000 exclusive of interests and costs.

7. This Notice of Removal is filed within thirty (30) days of receipt of the complaint in this action by Sears.

WHEREFORE, Sears requests that this action be removed from the Suffolk Superior Court to the United States District Court for the District of Massachusetts.

SEARS ROEBUCK AND CO.

By its Attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY, PROFESSIONAL CORPORATION

_____
Richard L. Edwards (BBO# 151520)
Julie B. Goldman (BBO# 648489)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: November 8, 2004

## CERTIFICATE OF SERVICE

I, Julie B. Goldman, certify that on November 8, 2004, a true copy of the above document was sent by first-class mail, postage prepaid to the following counsel of record:

Andrew J. Tine
Haese, LLC
70 Franklin St., 9th Floor
Boston, MA  02110

_____
Julie B. Goldman

3