UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS ROEBUCK AND CO.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.:<br>)<br>)<br>)<br>)<br>) |

04 12369 NGL

## NOTICE OF APPEARANCE

Please enter the appearance of Richard L. Edwards and Julie B. Goldman of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant Sears Roebuck and Co.

SEARS ROEBUCK AND CO.

By its Attorneys,
**CAMPBELL CAMPBELL EDWARDS & CONROY, PROFESSIONAL CORPORATION**

_____
Richard L. Edwards (BBO# 151520)
Julie B. Goldman (BBO# 648489)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: November 8, 2004

## CERTIFICATE OF SERVICE

I, Julie B. Goldman, certify that on November 8, 2004, a true copy of the above document was sent by first-class mail, postage prepaid to the following counsel of record:

Andrew J. Tine
Haese, LLC
70 Franklin St., 9th Floor
Boston, MA  02110

_____
Julie B. Goldman