UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV -8 P 3: 14

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS, ) ) ) ) Plaintiffs, ) ) v. ) ) Sears Roebuck and Co., ) ) Defendant. ) | 04 12369 RCL Civil Action No.: |

### CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO LOCAL RULE 7.3(A)

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant Sears, Roebuck and Co. states that it has no parent corporation and that State Street Bank and Trust Company is the only publicly held company that owns 10% or more of its stock.

SEARS, ROEBUCK AND CO.

By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION,

_____
Richard L. Edwards (BBO# 151520)
Julie B. Goldman (BBO# 648489)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: November 8, 2004

## CERTIFICATE OF SERVICE

      I certify that on November 8, 2004, a true copy of the above document was sent by first-class mail, postage prepaid to the following counsel of record:

    Andrew J. Tine
    Haese, LLC
    70 Franklin St., 9th Floor
    Boston, MA  02110

_____
Julie B. Goldman