**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
Case Summary
Civil Docket

## SUCV2004-04374
### Bunton, ppa et al v Sears Roebuck & Co

| | | | | | |
|---|---|---|---|---|---|
| File Date | 10/05/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 11/09/2004 | Session | H - Civil H | | |
| Origin | 1 | Case Type | B05 - Products liability | | |
| Lead Case | | Track | A | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/03/2005 | Answer | 03/04/2005 | Rule12/19/20 | 03/04/2005 |
| Rule 15 | 12/29/2005 | Discovery | 11/24/2006 | Rule 56 | 01/23/2007 |
| Final PTC | 05/23/2007 | Disposition | 10/05/2007 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Jasmine D Bunton, ppa
Active 10/05/2004

Private Counsel 633639
Andrew J Tine
Haese Law Office
70 Franklin Street
9th floor
Boston, MA 02110
Phone: 617-428-0266
Fax: 617-428-0276
Active 10/05/2004 Notify

**Plaintiff**
Lourenco P Dossantos
Active 10/05/2004

*** See Attorney Information Above ***

**Defendant**
Sears Roebuck & Co
Served: 10/11/2004
Served (answr pending) 10/28/2004

Private Counsel 151520
Richard L Edwards
Campbell Campbell Edwards & Conroy
1 Constitution Plaza
3rd floor
Boston, MA 02129
Phone: 617-241-3000
Fax: 617-241-5115
Active 11/09/2004 Notify

Private Counsel 648489
Julie B Goldman
Campbell Campbell Edwards & Conroy
1 Constitution Plaza
3rd floor
Boston, MA 02129
Phone: 617-241-3000
Fax: 617-241-5115
Active 11/09/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 10/05/2004 | 1.0 | Complaint & jury demand on complaint (all issues) |

MAS-20030912  
guen

**Commonwealth of Massachusetts**  
SUFFOLK SUPERIOR COURT  
Case Summary  
Civil Docket

11/09/2004  
12:13 PM

## SUCV2004-04374
### Bunton, ppa et al v Sears Roebuck & Co

| Date | Paper | Text |
|---|---|---|
| 10/05/2004 | | Origin 1, Type B05, Track A. |
| 10/05/2004 | 2.0 | Civil action cover sheet filed |
| 10/28/2004 | 3.0 | SERVICE RETURNED: Sears Roebuck & Co(Defendant) (certified mail) |
| 11/08/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. Sears Roebuck and Co. U. S. Dist.#(04-CV-12369NG). |
| 11/09/2004 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

I HEREBY ATTEST AND CERTIFY ON  
NOV. 12, 2004, THAT THE  
FOREGOING DOCUMENT IS A FULL,  
TRUE AND CORRECT COPY OF THE  
ORIGINAL ON FILE IN MY OFFICE,  
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN  
CLERK / MAGISTRATE  
SUFFOLK SUPERIOR CIVIL COURT  
DEPARTMENT OF THE TRIAL COURT

BY _(signature)_

ASSISTANT CLERK.

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                    SUPERIOR COURT DEPT.

                                                04-4374

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL ) | |
| GUARDIAN, LOURENCO P. DOSSANTOS, ) | CIVIL ACTION NO._____ |
| AND LOURENCO P. DOSSANTOS, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SEARS ROEBUCK AND CO. ) | |
| Defendant. ) | |

## COMPLAINT AND JURY DEMAND

Now comes Jasmine D. Bunton, by her legal guardian, Lourenco P. Dossantos, and Lourenco P. Dossantos, to commence this products liability action against Sears Roebuck and Co. for injuries suffered from the use of a Kenmore refrigerator.

### PARTIES

1. Plaintiff, Jasmine D. Bunton, a minor, is a citizen residing at 78 Sumner Street, Unit #3, Dorchester, Suffolk County, Massachusetts.

2. Plaintiff, Lourenco P. Dossantos, is the natural father and legal guardian of Jasmine D. Bunton, and is a citizen residing at 78 Sumner Street, Unit #3, Dorchester, Suffolk County, Massachusetts.

3. Sears Roebuck and Co., is a foreign corporation duly authorized to conduct business in the Commonwealth of Massachusetts, with its principal offices located at 3333 Beverly, Road, Hoffman Estates, Illinois 60179.

### FACTS

4. On or about June 29, 2003, Maria Dossantos purchased a new Kenmore refrigerator from a Sears store located in Braintree, Massachusetts.

5. Sears Roebuck Co. designed and manufactured the Kenmore refrigerator.

6. Sears delivered the Kenmore refrigerator and installed same at the residence of Jasmine D. Bunton, Lourenco P. Dossantos and Maria Dossantos, located at 78 Sumner Street, Unit #3, Dorchester, Massachusetts.

7. On or about April 16, 2004, Jasmine D. Bunton, was seriously injured while attempting to free ice lodged in the dispensing unit of the refrigerator door (the "Incident").

8. During the Incident, Jasmine D. Bunton's hand became stuck on mechanical workings.

9. Jasmine D. Bunton could not free herself from the mechanical workings of the ice dispenser and had to wait several hours for emergency personnel to assist in freeing her.

10. Jasmine D. Bunton was rushed to the emergency room for medical treatment for the injury resulting from the Incident.

11. Jasmine D. Bunton has had lengthy surgery in an attempt to correct nerve damage in her hand.

12. Lourenco P. Dossantos was called to the scene of Jasmine D. Bunton's injury and witnessed her pain and suffering.

### COUNT I - NEGLIGENCE

13. Plaintiffs hereby incorporate by reference and restate herein paragraphs 1 through 12 *supra*.

14. Sears Roebuck and Co. had a duty to exercise reasonable care in the design, in providing adequate warnings, and to test and inspect the subject refrigerator so as to prevent injury to foreseeable users.

15. Sears Roebuck and Co. breached its duty to the Plaintiffs by failing to design the refrigerator so that a users hand could not become stuck and injured during an attempt to dislodge ice from the dispenser.

16. Sears Roebuck and Co. breached its duty to the Plaintiffs by failing to provide adequate warnings that injury could occur by putting one's hand into the ice dispenser.

17. Sears Roebuck and Co. breached its duty to the Plaintiffs by failing to design the refrigerator so that a user could not put their hand into the ice dispenser.

18. Sears Roebuck and Co. breached its duty to the Plaintiffs by failing to test and inspect the refrigerator so as to prevent injury to foreseeable users.

19. Plaintiff, Jasmine D. Bunton has suffered injury as a result of Sears Roebuck and Co.'s negligence.

THE PLAINTIFFS
Jasmine D. Bunton, by her legal guardian, and
Lourenco D. Bunton,
By their attorneys,

Andrew J. Tine (BBO#633639)
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110
617-428-0266

I HEREBY ATTEST AND CERTIFY ON
NOV. 12, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

ASSISTANT CLERK.

*Suffolk Superior Civil # 04-4374*

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss                                                   Superior Court Dept.

*U.S. DIST.# C4CV-12369NG*

|  |  |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL ) | |
| GUARDIAN, LOURENCO P. DOSSANTOS, and ) | |
| LOURENCO P. DOSSANTOS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 04-4374 |
| v. ) | |
| ) | |
| SEARS ROEBUCK AND CO. ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF REMOVAL

TO:   Civil Clerk's Office
      Suffolk Superior Court
      810 US Post Office & Courthouse
      90 Devonshire Street
      Boston, MA  02109

Please take notice that the defendant, Sears, Roebuck and Co., has on the 8th day of November, 2004, filed a Notice of Removal pursuant to 28 U.S.C. sec. 1441 et seq., containing a statement of facts that entitle it to remove the case to the United States District Court, District of Massachusetts.

A copy of the Notice of Removal filed with the United States District Court has been filed together with this notice.

I HEREBY ATTEST AND CERTIFY ON
NOV. 12, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____
ASSISTANT CLERK.

SEARS ROEBUCK AND CO.

By its Attorneys,
**CAMPBELL CAMPBELL EDWARDS & CONROY, PROFESSIONAL CORPORATION**

_____
Richard L. Edwards (BBO# 151520)
Julie B. Goldman (BBO# 648489)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: November 8, 2004

### CERTIFICATE OF SERVICE

I, Julie B. Goldman, certify that on November 8, 2004, a true copy of the above document was sent by first-class mail, postage prepaid to the following counsel of record:

Andrew J. Tine
Haese, LLC
70 Franklin St., 9th Floor
Boston, MA 02110

_____
Julie B. Goldman

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL ) <br> GUARDIAN, LOURENCO P. DOSSANTOS, and ) <br> LOURENCO P. DOSSANTOS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SEARS ROEBUCK AND CO. ) <br> ) <br> Defendant. ) | Civil Action No. |

### NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO:   Chief Judge and Judges of the
      United States District Court
      For the District of Massachusetts

The defendant, Sears, Roebuck and Co. ("Sears"), hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 in connection with the above-captioned action. As grounds for its Notice of Removal, Sears states as follows:

1.  This action was commenced in the Suffolk Superior Court and is now pending before that court.

2.  As appears from the docket, files, and records of the Suffolk Superior Court, a civil action was commenced on or about October 5, 2004. Sears received notice of the complaint on or about October 12, 2004. A copy of said complaint is attached hereto as Exhibit A.

3.  This civil action arises out of personal injuries allegedly sustained by the plaintiffs, Jasmine D. Bunton and Lourenco P. Dossantos ("the plaintiffs"), on or about

April 16, 2004. Specifically, the plaintiffs allege Jasmine Bunton was injured when her hand became stuck for several hours in the mechanical workings of an ice dispensing unit located on the door of a Kenmore refrigerator when she tried to free ice lodged in the unit. They allege that Sears is liable for this incident and the damages they sustained on the theories of negligence and breach of warranty. They allege that Jasmine Bunton required lengthy surgery to correct nerve damage in her hand and that both plaintiffs suffered emotional distress as a result of the above incident. On each of the four counts contained in the Complaint, the plaintiffs claim damages in excess of $25,000.

4. The plaintiffs states in the Complaint that they are residents of Dorchester, Massachusetts.

5. Sears is a New York corporation with a principal place of business in Hoffman Estates, Illinois.

6. Jurisdiction of the Federal Court is founded on the complete diversity of citizenship between the plaintiffs and the defendant. Given the plaintiffs' allegations, Sears believes that the amount in controversy exceeds $75,000 exclusive of interests and costs.

7. This Notice of Removal is filed within thirty (30) days of receipt of the complaint in this action by Sears.

WHEREFORE, Sears requests that this action be removed from the Suffolk Superior Court to the United States District Court for the District of Massachusetts.

SEARS ROEBUCK AND CO.

By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY, PROFESSIONAL CORPORATION

_____
Richard L. Edwards (BBO# 151520)
Julie B. Goldman (BBO# 648489)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: November 8, 2004

### CERTIFICATE OF SERVICE

I, Julie B. Goldman, certify that on November 8, 2004, a true copy of the above document was sent by first-class mail, postage prepaid to the following counsel of record:

Andrew J. Tine
Haese, LLC
70 Franklin St., 9th Floor
Boston, MA 02110

_____
Julie B. Goldman

| CIVIL ACTION COVER SHEET | DOCKET NO(S) 04-4374 | Trial Court of Massachusetts Superior Court Department County: Suffolk |
|---|---|---|

**PLAINTIFF(S)**
Jasmine D. Bunton, by her legal guardian, Lourenco P. Dossantos and Lourenco P. Dossantos

**DEFENDANT(S)**
Sears Roebuck & Co.

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**
Andrew J. Tine, Haese, LLC, 70 Franklin St.
Boston, MA 02110
Board of Bar Overseers number: 633639

**ATTORNEY** (if known)

## Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO. **B05**   TYPE OF ACTION: **Tort**   TRACK: **(A)**   IS THIS A JURY CASE? (✓) Yes  ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ... New England Medical Ctr. ... $25,177.00
2. Total Doctor expenses ... $
3. Total chiropractic expenses ... $
4. Total physical therapy expenses ... $
5. Total other expenses (describe) ... $
   Subtotal $
B. Documented lost wages and compensation to date ... $
C. Documented property damages to date ... $
D. Reasonably anticipated future medical and hospital expenses ... $ Unknown
E. Reasonably anticipated lost wages ... $ Unknown
F. Other documented items of damages (describe) ... $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
Digital nerve lacerations of the left index and middle fingers. Nerve graft from left foot.

TOTAL $

### CONTRACT CLAIMS
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

TOTAL $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   DATE: 10/5/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

HEREBY ATTEST AND CERTIFY ON NOV. 12, 2004 THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-4374-H

Jasmine D. Bunton, by her legal guardian, Lourenco P. Dossantos and Lourenco P. Dossantos, Plaintiff(s)

v.

Sears Roebuck and Co., Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Andrew J. Tine of Haese, LLC plaintiff's attorney, whose address is 70 Franklin St., Boston, MA 02110, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the __fifth__ day of __October__, in the year of our Lord two thousand __and four__.

Michael Joseph Donovan
Clerk/Magistrate

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

I HEREBY ATTEST AND CERTIFY ON
NOV. 12, 2004 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____
ASSISTANT CLERK.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature
X [signature]
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2. Article Number
7106 4575 1294 1507 1690

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:
Alan J. Lacy, President
Sears Roebuck & Co.
D17457AX-BS-266A
3333 Beverly Road
Hoffman Estates, IL 60179

RE: OSSAHUS/04-4374-H        SENDER: Free

PS Form 3811, June 2000         Domestic Return Receipt

SUCV
04
4374