UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br><br>        Plaintiffs,<br><br>   v.<br><br>SEARS ROEBUCK and CO.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  No.: 04-CV-12369-NG<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Jasmine D. Bunton, by her legal guardian, Lourenco P. Dossantos, and Lourenco P. Dossantos (the "plaintiffs") and Sears, Roebuck and Co. (the "defendant") (collectively referred to as "the parties"), submit the following Joint Statement pursuant to Local Rule 16.1(D).

I.      AGREED UPON DISCOVERY PLAN

1.      The parties have completed their Fed. R. Civ. P. 26(a)(1) disclosures.

2.      Non-expert discovery to be concluded on or before June 1, 2005.  The parties do not anticipate the need to exceed the ten-per-side deposition limit set forth in Local Rule 26.1(c). If the need arises after discovery is commenced, the parties reserve the right to seek the court's approval to exceed the ten-per-side limit.

3.      Defendant has the right to conduct an IME of the plaintiffs, at its expense, on or before July 15, 2005.

4.      Plaintiffs must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before June 1, 2005.

5. Plaintiffs shall produce their proposed trial experts for deposition on or before July 1, 2005. In accordance with Fed. R. Civ. P. 26(b)(4), expert witnesses should be produced without need for subpoena.

6. Defendant must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before August 1, 2005.

7. Defendant shall produce its proposed trial experts for deposition on or before September 15, 2005. In accordance with Fed. R. Civ. P. 26(b)(4), expert witnesses should be produced without need for subpoena.

8. With respect to expert depositions, the party noticing the deposition shall be responsible for paying the travel expenses and reasonable fees of the expert for time spent at the deposition pursuant to Fed. R. Civ. P. 26(b)(4). The parties shall be responsible for compensating their own experts for all preparation time.

II. PROPOSED SCHEDULE FOR THE FILING OF MOTIONS

1. All motions relating to joinder of parties, claims, and remedies and all motions to amend pleadings shall be filed on or before April 1, 2005.

2. All dispositive motions, including summary judgment motions pursuant to Fed. R. Civ. P. 56, shall be filed on or before October 15, 2005.

3. Any documents to be produced that contain trade secret or proprietary information shall be covered by a mutually agreed upon protective order to be executed by both parties and submitted to the Court for endorsement. All other motions pertaining to proposed confidentiality orders and protective orders shall be filed within a reasonable time after issues to which they pertain arise.

4. The parties anticipate being ready for trial after January 15, 2006.

III.   ADR AND TRIAL BY MAGISTRATE

The parties have been advised of alternative dispute resolution programs in accordance with Local Rule 16.1(D)(3).  Defendant's required certification is attached.  Plaintiffs' required certification will be provided.

| | |
|---|---|
| **JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS**, | **SEARS, ROEBUCK AND CO.,** |
| By their Attorney,<br>**HAESE, LLC** | By its Attorneys,<br>**CAMPBELL CAMPBELL EDWARDS & CONROY, PC** |
| /s/ Andrew J. Tine<br>Andrew J. Tine  (BBO# 633639)<br>70 Franklin St., 9th Floor<br>Boston, MA  02110<br>(617) 428-0266<br>atine@haese.com | /s/ Julie B. Goldman<br>Richard L. Edwards (BBO# 151520)<br>Julie B. Goldman (BBO# 648489)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000<br>redwards@campbell-trial-lawyers.com<br>jgoldman@campbell-trial-lawyers.com |

DATED:  January 25, 2005