UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS, ) ) ) ) | |
| Plaintiffs, ) ) | No.: 04-CV-12369-NG |
| v. ) ) | |
| SEARS ROEBUCK and CO., ) ) | |
| Defendant. ) | |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)

Defendant Sears, Roebuck and Co. ("Sears") hereby certifies that its authorized representative has conferred with counsel for Sears:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**SEARS, ROEBUCK AND CO.,**
**By its Attorneys,**
**CAMPBELL CAMPBELL**
**EDWARDS & CONROY, PC**


__/s/ Julie B. Goldman_____           ____/s/ Anne O'Loughlin_____
Richard L. Edwards (BBO# 151520)           Sears, Roebuck and Co.
Julie B. Goldman (BBO# 648489)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
redwards@campbell-trial-lawyers.com
jgoldman@campbell-trial-lawyers.com

DATED: January 24, 2005