UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JASMINE D. BUNTON
LOURENCO P. DOSSANTOS
      Plaintiffs
  V.

CIVIL NO. 04-12369 NG

SEARS ROEBUCK & CO.
      Defendants

## SCHEDULING ORDER

ALEXANDER, U.S.M. J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The above-entitled action having been transferred from Suffolk Superior Court to this Court on **November 8, 2004**, it is hereby ORDERED the Court adopts the schedule as set out in the Joint Scheduling Statement and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1) All motions for joinder of parties , claims, remedies, and motions to amend pleadings are due on or before **April 1, 2005**;

(2) The independent medical exam of the plaintiff is to take place on or before **April 1, 2005**;

(3) Non-expert discovery is to be completed on or before **June 1, 2005**;

(4) The plaintiff is to provide expert disclosure on or before **June 1, 2005**; the defendant is to provide expert disclosure on or before **August 1, 2005**;

(5) The plaintiff is to produce propose trial experts for deposition on or before **July 1, 2005**; the defendant is to produce proposed trial experts for deposition on or before **September 1, 2005**;

    (6)    all dispositive motions, including motions for summary judgment, are to be filed by **October 15, 2005**, and responses are to be filed fourteen (14) days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1.

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the district judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

    IT IS HEREBY ORDERED THAT

    **Notice will issue to inform the parties of any court dates.**

                                    HONORABLE JOYCE LONDON ALEXANDER
                                    UNITED STATES MAGISTRATE JUDGE
                                    By the Court:

                                    /S/ Rex Brown
                                    Courtroom Clerk

2/8/05
Date