# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS, <br><br> PLAINTIFFS, <br><br> v. <br><br> SEARS ROEBUCK AND CO., <br><br> DEFENDANT. | CIVIL ACTION NO.: 04-CV-12369-NG |

## PLAINTIFFS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Lourenco P. Dossantos and his counsel, Andrew J. Tine, hereby certify that they discussed 1) a budget and the costs associated with conducting the full course and various alternative courses of litigation and 2) the use of alternative dispute resolution, including both mediation and arbitration.

_____
Lourenco P. Dossantos

The Plaintiffs,
By their attorneys,

_____
Andrew J. Tine (BBO#633639)
Haese, LLC
70 Franklin Street
Boston, MA 02110
(617) 428-0266 - Telephone
(617) 428-0276 - Fax
atine@haese.com