UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br><br>    Plaintiffs,<br><br>v.<br><br>SEARS ROEBUCK and CO.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No.: 04-CV-12369-NG<br>)<br>)<br>)<br>)<br>) |

ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*
OF ROBERT W. FOSTER, JR.

Defendant Sears Roebuck and Co., by and through the undersigned counsel of record, hereby moves, pursuant to Local Rule 83.5.3, for the admission, *pro hac vice*, of Robert W. Foster, Jr., a partner at the firm of Nelson Mullins Riley & Scarborough LLP, with offices at 1320 Main Street, 17th Floor, Columbia, South Carolina 29201. Such admission is for the purpose of this case only.

As grounds for this motion, and as set forth in the Affidavit of Robert W. Foster, Jr. attached hereto, Sears Roebuck and Co., and undersigned counsel state as follows:

1. Mr. Foster is duly admitted and licensed to practice law in South Carolina and Georgia and before the U. S. Court of Appeals for the Fourth and Eleventh Circuits.

2. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and

3. He is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

4.     Counsel for all parties that have appeared in this action have assented to this motion.

Sears Roebuck and Co. has requested that Mr. Foster represent it in this action.

WHEREFORE, the defendant and the undersigned respectfully request that the motion be allowed and that Robert W. Foster, Jr. be admitted to practice before this Court for the duration of this action.

| ASSENTED TO: | Defendant, |
|---|---|
| Plaintiff, | SEARS ROEBUCK AND CO., |
| ____/s/ Andrew J. Tine_____ | ___/s/ Julie B. Goldman_____ |
| Andrew J. Tine, Esq. BBO #0633639 | Richard L. Edwards, BBO #151520 |
| Haese, LLC | Julie B. Goldman, BBO #648489 |
| 30 Federal Street, 3rd Floor | CAMPBELL CAMPBELL EDWARDS |
| Boston, MA  02110 | & CONROY P.C. |
| (617) 428-0266 | One Constitution Plaza |
| atine@haese.com | Boston, Massachusetts 02129 |
| | (617) 241-3000 |
| | redwards@campbell-trial-lawyers.com |
| | jgoldman@campbell-trial-lawyers.com |

DATED:  March 7, 2005