UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
JASMINE D. BUNTON, BY HER LEGAL )
GUARDIAN, LOURENCO P. DOSSANTOS, )
and LOURENCO P. DOSSANTOS, )
 )
     Plaintiffs, )
 )   No.: 04-CV-12369-NG
v. )
 )
SEARS ROEBUCK and CO. )
 )
     Defendant. )
_____)

## AFFIDAVIT OF ROBERT W. FOSTER, JR.

I, Robert W. Foster, Jr., hereby depose and state as follows:

1. I am an attorney duly licensed to practice law in the States of South Carolina and Georgia and before the U.S. Court of Appeals for the Fourth and Eleventh Circuits.

2. I am a member of each of the above-listed bars in good standing and there are no disciplinary proceedings pending against me.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. This affidavit is made in support of a motion made by Richard L. Edwards and Julie B. Goldman, both of Campbell Campbell & Edwards, Professional Corporation, both admitted to practice before the United States District Court for the District of Massachusetts. If

allowed, I will be working with Mr. Edwards and Ms. Goldman to defend the interests of my client, Sears Roebuck and Co., in the above captioned action.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

ON THIS <u>7th</u> DAY OF <u>March</u>, 2005.

        /s Robert W. Foster_____
        ROBERT W. FOSTER, JR.