UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br><br>PLAINTIFFS,<br><br>v.<br><br>SEARS ROEBUCK AND CO., and WHIRLPOOL CORPORATION,<br>DEFENDANT. | CIVIL ACTION NO.: 04-CV-12369-NG |

## MOTION FOR LEAVE TO AMEND THE COMPLAINT

NOW COMES, Plaintiffs Jasmine D. Bunton, by her legal guardian, Lourenco P. Dossantos and Lourenco P. Dossantos, and move this Honorable Court for leave to amend their Complaint against Sears Roebuck and Co. to add Whirlpool Corporation as a Defendant. In support of this motion, Plaintiffs state as follows:

1. The original Complaint was brought against Sears Roebuck and Co. under the good faith belief that Sears Roebuck and Co. designed, manufactured and sold the subject refrigerator which is central to this lawsuit. The refrigerator bears Sears Roebuck and Co.'s "Kenmore" brand.

2. Interrogatory responses provided by Sear Roebuck and Co., on or about February 17, 2005, identify Whirlpool Corporation as the designer and manufacturer of the subject refrigerator. See Interrogatory Response No. 12 and 15, attached hereto as Exhibit A.

3. This Court's Scheduling Order, dated February 8, 2005, states that all motions to amend the pleadings are due on or before April 1, 2005.

4. This motion to amend the pleadings is timely and will not prejudice Sear Roebuck and Co. or Whirlpool Corporation. The Plaintiffs would be prejudiced if this motion were not allowed because Sears Roebuck and Co. will likely point the finger at Whirlpool Corporation with respect to design concerns.

5. Attached hereto as Exhibit B is an Amended Complaint and Jury Demand.

WHEREFORE, Plaintiffs request leave to amend their Complaint to add Whirlpool Corporation as a Defendant.

THE PLAINTIFFS
Jasmine D. Bunton, by her legal guardian, and
Lourenco D. Bunton,
By their attorneys,

_____
Andrew J. Tine (BBO#633639)
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110
617-428-0266

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Andrew J. Tine, attorney for Plaintiffs, certify that I have conferred with Julie Goldman, Esq. and have attempted in good faith to resolve or narrow the issues set forth in this motion for to amend the complaint.

_____
Andrew J. Tine

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing motion via United States Mail postage prepaid this 15th day of March, 2005 to Julie Goldman, Esq.

_____
Andrew J. Tine