UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL ) <br> GUARDIAN, LOURENCO P. DOSSANTOS, and ) <br> LOURENCO P. DOSSANTOS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SEARS ROEBUCK AND CO., and ) <br> WHIRLPOOL CORPORATION. ) <br> ) <br> Defendants. ) | No.: 04-CV-12369-NG |

NOTICE OF WITHDRAWAL

    Kindly enter my Withdrawal on behalf of the defendant, Sears Roebuck and Co. in connection with the above-captioned matter. Campbell Campbell Edwards & Conroy, P.C. continues to represent this party.

                                            Respectfully submitted,

                                            /s/ Julie B. Goldman
                                        Julie B. Goldman, BBO # 648489
                                        One Constitution Plaza, 3rd Floor
                                        Boston, MA 02129
                                        (617) 241-3000
                                        jgoldman@cambell-trial-lawyers.com

Dated: May 11, 2005