UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br>      Plaintiffs,<br><br>  v.<br><br>SEARS ROEBUCK AND CO., and WHIRLPOOL CORPORATION,<br>      Defendants. | No.: 04-CV-12369-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Steven M. Key of Campbell Campbell Edwards & Conroy, Professional Corporation as counsel for the defendant Sears Roebuck and Co. and Whirlpool Corporation

                        Respectfully submitted
                        **SEARS ROEBUCK AND CO. and**
                        **WHIRLPOOL CORPORATION**
                        By their attorneys,


                        /s/ Steven M. Key_____
                        Steven M. Key, BBO #638145
                        Campbell Campbell Edwards & Conroy,
                        Professional Corporation
                        One Constitution Plaza
                        Boston, MA 02129
                        (617) 241-3000


DATED: May 10, 2005

## **CERTIFICATE OF SERVICE**

  I, Steven M. Key, certify that on May 10, 2005, a true copy of the above document was sent by first-class mail, postage prepaid to the following counsel of record:

 Andrew J. Tine
 Haese, LLC
 70 Franklin St., 9th Floor
 Boston, MA  02110

                  _____
                  Steven M. Key