UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL )<br>GUARDIAN, LOURENCO P. )<br>DOSSANTOS, and LOURENCO P. )<br>DOSSANTOS, )<br>    )<br>    PLAINTIFFS, )<br>    )<br>    v. )<br>    )<br>SEARS ROEBUCK AND CO. et al., )<br>    )<br>    DEFENDANT. )<br>_____) | CIVIL ACTION NO.: 04-CV-12369-NG |

### ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF GLENN H. HAESE

Plaintiffs Haese, LLC by and through the undersigned counsel of record, hereby moves, pursuant to Local Rule 83.5.3, for the admission, *pro hac vice*, of Glenn H. Haese, a member at the firm of Haese, LLC, with offices at 30 Federal Street, 3rd Floor, Boston, MA 02110. Such admission is for the purpose of this case only.

As grounds for this motion, and as set forth in the Affidavit of Glenn H. Haese attached hereto, plaintiffs, and undersigned counsel state as follows:

  1. Mr. Haese is duly admitted and licensed to practice law in Colorado and before the U.S. Court of Appeals for the Fourth and Fifth Circuits.

  2. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and

  3. He is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

4. Counsel for all parties that have appeared in this action have assented to this motion.

Plaintiffs have requested that Mr. Haese represent it in this action.

WHEREFORE, the defendant and the undersigned respectfully request that the motion be allowed and that Glenn H. Haese be admitted to practice before this Court for the duration of this action.

|  |  |
|---|---|
| Plaintiffs, | ASSENTED TO:<br>Defendants,<br>SEARS ROEBUCK AND CO. et al, |
| _/s/ Andrew J. Tine_<br>Andrew J. Tine (BBO#633639)<br>Haese, LLC<br>30 Federal Street<br>Boston, MA 02110<br>(617) 428-0266 – Telephone<br>(617) 428-0276 – Fax<br>atine@haese.com | _/s/ Julie B. Goldman/ by permission_<br>Richard L. Edwards, BBO #151520<br>Julie B. Goldman, BBO #648489<br>CAMPBELL CAMPBELL EDWARDS<br>& CONROY P.C.<br>One Constitution Plaza<br>Boston, Massachusetts 02129<br>(617) 241-3000<br>redwards@campbell-trial-lawyers.com<br>jgoldman@campbell-trial-lawyers.com |

DATED: May 4, 2005