UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY 11  P 12: 15

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL )<br>GUARDIAN, LOURENCO P. )<br>DOSSANTOS, and LOURENCO P. )<br>DOSSANTOS, )<br>           )<br>     PLAINTIFFS, )<br>           )<br>v.         )<br>           )<br>SEARS ROEBUCK AND CO. et al., )<br>           )<br>     DEFENDANT. )<br>           ) | CIVIL ACTION NO.: 04-CV-12369-NG |

AFFIDAVIT OF GLENN H. HAESE

I, Glenn H Haese, hereby depose and state as follows:

1. I am an attorney duly licensed to practice law in the State of Colorado in both state and federal courts and before the U.S. Court of Appeals for the Fourth and Fifth Circuits.

2. I am a member of each of the above-listed bars in good standing and there are no disciplinary proceedings pending against me.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. This affidavit is made in support of a motion made by Andrew J. Tine, of Haese, LLC, admitted to practice before the United States District Court for the District of Massachusetts. If allowed, I will be working with Mr. Tine to prosecute the interests

of my client, Jasmine D. Bunton, by her legal guardian, Lourenco P. Dossantos and Lourenco P. Dossantos, in the above captioned action.

SIGNED UNDER THE PAINS *AND* PENALTIES OF PERJURY ON THIS 4th DAY OF May, 2005.

_____
Glenn H. Haese

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document with enclosures via United States Mail postage prepaid this 10th day of May, 2005 upon all counsel of record.

_____
Andrew J. Tine, Esq.