UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS ROEBUCK AND CO., and WHIRLPOOL CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   No.: 04-CV-12369-NG<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION FOR CONFIDENTIALITY ORDER

The Sears Roebuck and Co. and Whirlpool Corporation (collectively "Defendants") hereby move this Court for entry of a Confidentiality Order. As grounds for their motion, the Defendants state that (i) certain documents and information of the Defendants may be subject to discovery in this action and may contain trade secrets, proprietary data and/or other confidential information, and (ii) such documents and information must be kept confidential in order to protect the legitimate business interests and privacy rights of the Defendants. (A form of Order is attached as Exhibit A).

The Plaintiff assents to the allowance of this motion.

WHEREFORE, the Defendants request that this Court grant their motion.

        Respectfully submitted,
**SEARS, ROEBUCK AND CO.,**
**and WHIRLPOOL CORP.**
**By their Attorneys,**
**CAMPBELL CAMPBELL EDWARDS &**
**CONROY, PROFESSIONAL CORPORATION**


/s/ Steven M. Key
Richard L. Edwards (BBO# 151520)
Steven M. Key (BBO# 638145)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
redwards@campbell-trial-lawyers.com
skey@campbell-trial-lawyers.com

AND

Robert W. Foster, Jr., Esq. (Admitted Pro Hac Vice)
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Fl.
Columbia, South Carolina  29201
(803) 799-2000

ASSENT:


/s/ Andrew J. Tine
Andrew J. Tine  (BBO# 633639)
70 Franklin St., 9th Floor
Boston, MA  02110
(617) 428-0266
atine@haese.com

Dated: May 17, 2005

2