UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL ) <br> GUARDIAN, LOURENCO P. DOSSANTOS, and ) <br> LOURENCO P. DOSSANTOS, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SEARS ROEBUCK AND CO., and ) <br> WHIRLPOOL CORPORATION, ) <br>     Defendants. ) | No.: 04-CV-12369-NG |

## **JOINT MOTION TO AMEND SCHEDULING ORDER**

Now come the parties to the above captioned litigation moving jointly that this Honorable Court amend the scheduling order issued on February 8, 2005 by extending all upcoming deadlines by 30 days. As reason therefore,

1. On March 29, 2005, this court allowed the plaintiff's motion to amend the complaint to add Whirlpool as a party to the litigation. (Exhibit A);

2. The parties have made a good faith effort to continue the litigation within the scope of the deadlines ordered by the court including attempts to conduct discovery and hold depositions. (Affidavit of counsel, Exhibit B);

3. Unexpected complications in scheduling fact witness depositions have brought the parties upon the fact witness discovery deadline without being able to complete all necessary fact discovery. (Exhibit B);

4. Because of scheduling conflicts, counsel for both parties do not expect to be able to conduct the necessary depositions until June 30, 2005. (Exhibit B);

5. The parties are in agreement to conduct all necessary depositions in the month of June. (Exhibit B).

Wherefore, the parties request that the scheduling order be amended as follows:

(3) Non-Expert discovery is to be completed on or before July 1, 2005;

(4) The plaintiff is to provide expert disclosure on or before July 1, 2005; the defendant is to provide expert disclosure on or before August 31, 2005;

(5) The plaintiff is to produce proposed trial experts for deposition on or before July 31, 2005; The defendant is to produce proposed trial experts for deposition on or before October 1, 2005;

(6) All dispositive motions, including motions for summary judgment , are to be filed by November 14, 2005 and responses are to be filed fourteen (14) days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1

| | |
|---|---|
| **JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS**, By their attorney, HAESE, LLC | **SEARS, ROEBUCK AND CO. and, WHIRLPOOL CORPORATION** By their attorneys, CAMPBELL CAMPBELL EDWARDS & CONROY, PROFESSIONAL CORP. |
| /s/ Andrew J. Tine<br>Andrew J. Tine  (BBO# 633639)<br>70 Franklin St., 9th Floor<br>Boston, MA  02110<br>(617) 428-0266<br>atine@haese.com | /s/ Steven M. Key<br>Richard L. Edwards (BBO# 151520)<br>Steven M. Key (BBO# 638145)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000<br>redwards@campbell-trial-lawyers.com<br>skey@campbell-trial-lawyers.com<br><br>AND<br><br>Robert W. Foster, Jr. (Admitted Pro Hac Vice)<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main Street, 17th Fl.<br>Columbia, South Carolina  29201<br>(803) 799-2000 |

Dated:  May 23, 2005