## Key, Steven M.

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Tuesday, March 29, 2005 5:52 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-12369-NG Bunton et al v. Sears Roebuck and Co. "Order on Motion to Amend" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' --> United States District Court District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 3/29/2005 at 5:51 PM EST and filed on 3/28/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$'
Case Name: Bunton et al v. Sears Roebuck and Co.
Case Number: 1:04-cv-12369 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?95031

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view the document:

Docket Text:
Judge Joyce London Alexander : Electronic ORDER entered granting [11] Motion to Amend  (Brown, Rex)

The following document(s) are associated with this transaction:


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' -->
1:04-cv-12369 Notice will be electronically mailed to:
Richard L. Edwards                           redwards@campbell-trial-lawyers.com

Julie B. Goldman                             jgoldman@campbell-trial-lawyers.com

Andrew J. Tine                               atine@haese.com



1:04-cv-12369 Notice will not be electronically mailed to:
Robert W. Foster
Nelson Mullins Riley & scarborough LLP
17th Floor
1320 main Street
Columbia, SC 29201