UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

JASMINE D. BUNTON, BY HER LEGAL )
GUARDIAN,  LOURENCO P. DOSSANTOS, and )
LOURENCO P. DOSSANTOS, )
       Plaintiffs, )
        )   No.: 04-CV-12369-NG
    v. )
        )
SEARS ROEBUCK AND CO., and )
WHIRLPOOL CORPORATION, )
       Defendants. )
_____

**AFFIDAVIT OF STEVEN M. KEY**

     I, Steven M. Key, do hereby state under oath that the following is true and accurate to the best of my knowledge:

1.    I am counsel of record for Sears Roebuck & Co. and Whirlpool Corporation ("Whirlpool").

2.    Whirlpool was added as a party to this litigation on or about March 29, 2005.

3.    Counsel for the plaintiffs served discovery requests upon Whirlpool soon after Whirlpool was made a party to the suit.

4.    Whirlpool has made efforts to timely respond to the discovery requests submitted by the plaintiffs.

5.    Whirlpool made an attempt to depose Maria Dossantos, a fact witness in this case, prior to June 1, 2005.  However, because of scheduling conflicts between counsel for both parties and Ms. Dossantos' schedule, her deposition could not be scheduled prior to June 1, 2005.  Her deposition has been rescheduled for Monday, June 13, 2005

6.    Counsel for the plaintiff had scheduled the deposition of the person most knowledgeable at Whirlpool for May 23, 2005.  However, because the designated individual's mother, who is 88 years old, recently injured herself and has taken an unexpected turn for the worse, the parties have agreed to postpone his deposition.

7.    I have conferred with plaintiffs' counsel to try to conduct these depositions before June 1, 2005.  However, because of various matters in our respective calendars, we have been unable to find a date that was convenient for both parties and the prospective witnesses to conduct the respective depositions before June 1, 2005.

Signed this 23rd day of May, 2005 under the pains and penalties of perjury.

/s/ Steven M. Key

Steven M. Key