**haese**

haese

Attorneys at Law

30 Federal Street, 3rd Floor
Boston, Massachusetts 02110-2508

Telephone 617.428.0266
Facsimile 617.428.0276
Web Site www.haese.com

100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

Telephone 860.249.7194
Facsimile 860.249.7195

Via U.S. Mail

June 2, 2005

Judge Nancy Gertner
United States District Court for
the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 4130
Boston, MA 02210

Re:   Jasmine Bunton et al. v. Sear et al.; United States District Court
for the District of Massachusetts, C.A. No.: 04-CV-12369-NG
NOTICE OF CONFLICT PURSUANT TO LR 40.2(D)(5)

Dear Judge Gertner:

This letter is being sent pursuant to Local Rule 40.2 to request a continuance of the status conference hearing set for June 16, 2005 at 2:30 PM in the above referenced matter. I have a conflict on that date with a previously noticed Motion for Summary Judgment hearing in Hubert v. Fluor Constructors International, Inc.; Suffolk Superior Court C.A. No. 2003-04056 for 2 PM on June 16, 2005.

I received notice today of the status conference being set for June 16, 2003. I believe that the Suffolk Superior Court matter should have precedence over this Federal Court matter since it was filed on August 25, 2003, before this matter, and since the Motion for Summary Judgment hearing has been re-scheduled on at least three prior occasions. See Attached Calendar.

My thanks for your consideration of this request.

Sincerely,

Andrew J. Tine
AJT:mm
Enc.
cc:   James Kelly, Clerk A-Session, Steven Key, Esq., Len Zamansky, Esq.

Attorneys also admitted to practice in
Colorado, Connecticut, Rhode Island
and France



# Trial Court Information Center

Home » View Cases » Search Results » Docket Details » Calendar Events

## Hubert v Fluor Constructors International Inc

### 9 Calendar Events for Docket: SUCV2003-04056

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 12/14/2004 | 14:00 | Motion/Hearing: Rule56 | A | Event held as scheduled |
| 2 | 02/17/2005 | 14:00 | Conf: final pre-trial | A | Event not held-joint request |
| 3 | 03/16/2005 | 14:00 | Conf: final pre-trial | A | Event not held-joint request |
| 4 | 04/11/2005 | 14:00 | Motion/Hearing: Rule56 | A | Event not held-req of Defendant |
| 5 | 04/27/2005 | 14:00 | Conf: final pre-trial | A | Event rescheduled by court prior to |
| 6 | 05/17/2005 | 14:00 | Motion/Hearing: Rule56 | A | Event not held-joint request |
| 7 | 06/06/2005 | 14:00 | Motion/Hearing: Rule56 | A | Event not held-req of Defendant |
| 8 | 06/16/2005 | 14:00 | Motion/Hearing: Rule56 | A | |
| 9 | 06/27/2005 | 14:00 | Conf: final pre-trial | A | |

**Docket Details:**   **Parties**   **Attorneys**   **Docket Entries**   **Calendar Events**

**Print Docket**

Massachusetts Administrative Office of the Trial Court   Tern
© Copyright, 2000-2001   System data reflects current
» Logout

—filed 9-25-03