UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br><br>PLAINTIFFS,<br><br>v.<br><br>SEARS ROEBUCK AND CO. et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO.: 04-CV-12369-NG |

## PLAINTIFFS' EXPERT DISCLOSURE

Pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's Orders, the plaintiffs designate Frank A. Graf, M.D., Marc H. Richman, Sc.D., P.E., and Jeannie Elliot as expert witnesses in the above-captioned matter.

Disclosures Regarding Frank A. Graf, M.D.

1. Business address: 152 Court Street, Suite 2, Portsmouth, NY 03801; Telephone # 603-436-5544.

2. Attached hereto as Exhibit A is a written report prepared and signed by Frank A. Graf, M.D.

3. All medical records discovered in this litigation were provided to Frank A. Graf, M.D. for his use in evaluating Jasmine Bunton.

4. As follows is a summary of Dr. Graf's qualifications: DOB: 04-12-38; Harvard College, Cum Laude, 1960; Tufts University School of Medicine, 1964; University of Rochester, Rochester, NY, General Surgical Training, Intern, Genesee Hospital, 1964-1966; USAF Tinker AFB,

Oklahoma, Captain, Medical Corps, one year; Orthopaedic Surgical Residency Training Credit, University of Oklahoma, 1966-1968; University of Rochester, Rochester, NY, Orthopaedic Surgical; Assistant Resident, 1968-1969; Associate Resident, 1969-1970; Chief Resident, Orthopaedic Surgery, 1970-1971; Private Practice, 1971 to present, orthopaedic surgery, rehabilitation and hand surgery; Member of Portsmouth Regional Hospital Staff, Portsmouth, New Hampshire, 1971 to present; Surgical privileges in orthopaedic surgery; Courtesy privileges at Wentworth-Douglass Hospital in Dover, New Hampshire; Board Certified in Orthopaedic Surgery, 1973; Fellow of the Academy of Orthopaedic Surgeons since 1975; Member of the New Hampshire Medical Society; Licensed to practice medicine in New Hampshire and Maine; Ongoing continuing medical education in orthopaedics.

5. Attached hereto as Exhibit B is a summary of court appearances for Dr. Graf since 1995.

6. Dr. Graf is to be compensated as follows: The fee for court testimony is $3000 for a half day and $4000 for a whole day, which is $1000 payable to reserve and is non-refundable, with the balance due 24 hours before court appearance, also non-refundable. The fee for deposition testimony is $1500 for two hours deposition time and a minimum of two hours preparation time; payment due within 10 days of scheduling; 80% refundable if canceled within six or more days notice; 50% refundable if canceled with five or fewer days notice; non-refundable if canceled within 24 hours of date scheduled. Second deposition is $1000 for two hours, $600 for one hour. The fee for a permanent impairment evaluation and report is $800 prepaid and non-refundable for examinations and report.

<u>Disclosures Regarding Marc H. Richman</u>

1. Business address: One Richmond Square, Providence, RI 02906; Telephone # 401-751-9656

2. Attached hereto as Exhibit C is a summary of preliminary thoughts prepared and signed by Marc Richamn, Sc.D, P.E. Mr. Richman has been unable to complete his analysis and finalize any opinions due to defendant's failure to produce dimensioned drawings and/or a refrigerator or parts to reassemble the subject refrigerator for analysis. Contemporaneous herewith plaintiffs are filing a motion to extend the time in which Mr. Richman may complete his analysis and finalize his opinions until three (3) weeks after receipt of the requested dimensioned drawings and a working refrigerator (same model) or parts installed in the subject refrigerator. A motion to compel such production will be filed on or after July 1, 2005, should defendants fail to produce the requested discovery or respond with a definitive timeframe for such production.

3. All documents produced by plaintiffs and defendants were furnished to Mr. Richman for his review and use.

4. Attached hereto as Exhibit D is a summary of Mr. Richman's qualifications, not limited to education, work experience, professional activities, awards and fellowships, professional registration/certification, and publications he has contributed to or reviewed.

5. Attached hereto as Exhibit E is a summary of matters Mr. Richman has testified in or provided deposition testimony within the last four years.

6. Mr. Richman is to be compensated as follows: investigation, research, conference, analysis and reconstruction is billed at $200/hr.; deposition and trial testimony is billed at $350/hr. with a two hour minimum; travel time is billed at $200/hr. plus costs.

<u>Disclosures Regarding Jeannie Elliot</u>

1. Business address: 106 East 6th Street, Ste. 250, Austin, TX 78701; Telephone # 877-321-3266

2. Ms. Elliot may be retained to develop future lost earnings calculations for Jasmine Bunton. It is our understanding that for Ms. Elliot to complete her analysis she requires an impairment evaluation, such as the one completed by Dr. Graf on June 22, 2005. It is anticipated that Ms. Elliot, if retained, may complete her work by July 30, 2005.

3. Plaintiffs intend on moving for an extension to provide expert disclosures on lost earning calculations until July 30, 2005.

Plaintiffs,
By their attorneys,

Andrew J. Tine (BBO#633639)
Haese, LLC
30 Federal Street
Boston, MA 02110
(617) 428-0266 – Telephone
(617) 428-0276 – Fax
atine@haese.com

DATED: June 30, 2005

## CERTIFICATE OF SERVICE

I, Andrew J. Tine, hereby certify that I served via U.S. Mail, postage prepaid, the foregoing Expert Disclosures this 1st day of July 2005 upon Steven Key of Campbell, Campbell, Edwards and Conroy, P.C., One Constitution Plaza, Boston, MA 02129.