FRANK A. GRAF, M.D., P.C.
ORTHOPAEDIC SURGERY • REHABILITATION SERVICES
152 COURT STREET
PORTSMOUTH, NEW HAMPSHIRE 03801-4416

TELEPHONE: (603) 436-5544
FAX: (603) 431-3219

June 22, 2005

Andrew J. Tine, Esq.
Haese
Attorneys at Law
30 Federal Street, 3rd Floor
Boston, Mass. 02110-2508

Re: JASMINE BUNTON
DOI: 4/16/04

Dear Attorney Tine:

This document is a statement of permanent impairment concerning Jasmine Bunton in reference to injuries she sustained on April 16, 2004. It is my opinión within a reasonable degree of medical certainty that she has reached a medical end point. This report is based upon independent medical evaluation performed in this clinic.

**STATEMENT OF MEDICAL DIAGNOSES**

Multiple lacerations, left hand (three): 1. Distal palm 2. Base of index ray 3. Base of thumb ray extending to the dorsal aspect of the thumb ray present by reason of rotating blades of an ice crusher/dispenser; digital nerve lacerations; radial nerve laceration, left index finger; ulnar digital nerve laceration, left index finger; radial digital nerve laceration, left middle finger; ulnar digital nerve laceration, left middle finger; lumbrical muscle laceration, left index finger; scar contracture, first web space, left thumb, status-post Z-plasty left thumb web space; scar contracture of the palm extending from the base of the middle finger, proximal segment, to the base of proximal segment of the thumb; keloid formation, left lateral ankle; sural nerve sensory deficit, left lateral border of the foot; neuroma formation, left sural nerve with hyperesthesia and positive Tinel's sign left lateral ankle.

**MEDICAL HISTORY**

Jasmine Bunton is a nine-year-old girl who with the help of her father describes an injury occurring on April 16, 2004. At the time Jasmine was in her home watching television. She got up and went to the refrigerator (stated to be a two-year-old Kenmore model purchased through Sears) and reached up into the icemaker and water dispenser portion. With her left hand placed in the ice dispenser, her forearm and elbow activated the internal mechanism and the ice dispenser blade lacerated the left hand. Jasmine was able to push a control button on the display panel that stopped further movement of the cutting blade. She screamed and called her grandmother, and her grandmother unplugged the refrigerator. 911 was called and Jasmine's left arm was extracted from the refrigerator outlet by the 911 team. The firefighters had to disassemble the refrigerator and cut the refrigerator with a cutting torch. The extraction took 2 1/2 hours.



**HISTORY OF MEDICAL MANAGEMENT**

Medical management is outlined in the Review of Medical Records. The initial care involved suturing of the skin on 4/16/04, and a subsequent repair of the digital nerve with sural nerve grafting was performed on 5/7/04. After the emergency room visit she was seen by a hand specialist at Boston Medical Center, who according to the father, assured the father that "everything was all right." The child was then referred by her family practitioner to Dr. Cassidy, who diagnosed digital nerve injuries to the radial digital nerve, index finger; ulnar digital nerve, index finger; radial digital nerve, middle finger; ulnar digital nerve, middle finger; and later at surgery an additional diagnosis of lumbrical muscle laceration, left index finger, was made. A second operative procedure with operating microscope was then performed with use of a 7cm segment of the sural nerve as a nerve graft. There was a microneural repair of the left index radial digital nerve with sural nerve graft, left index ulnar digital nerve with sural nerve graft, repair of the left middle finger radial digital nerve with sural nerve graft and repair of the left middle ulnar digital nerve with nerve graft. There was also a repair of the left index finger lumbrical muscle. A third procedure was a release of scar contracture and Z-plasty of the first web space on October 18, 2004.

On recommendation of Dr. Nalebuff, additional surgery has been suggested including a scar revision at the left ankle and a scar revision (Z-plasty) for the palmar skin incision.

**REVIEW OF MEDICAL RECORDS**

Patient information sheet, Tufts New England Medical Center, diagnosis: repair of digital nerve, left. Post-op notes 5/7/04, 5/8/04. Operative consent digital nerve laceration, left index finger. Procedure, repair of digital nerve, possible nerve grafting. Site index and middle fingers, left. Stated risks, digital stiffness, damage to vessels, nerves, tendons, lack of full recovery of sensation. Day surgery center medical form, repair of digital nerve laceration. Dictated operative report, 5/7/04, Jasmine D. Bunton, patient. Surgeon Charles Cassidy, MD. Pre-operative diagnosis: 1. Radial digital nerve laceration, left index finger. 2. Ulnar nerve digital nerve laceration, left index finger. 3. Radial digital laceration left middle finger. 4. Ulnar digital nerve laceration, left middle finger. Post-operative diagnosis the same with added diagnosis of lumbrical muscle laceration, left index finger. Procedure: 1. Repair left index radial digital nerve with sural nerve graft. 2. Repair of left index ulnar digital nerve with sural nerve graft. 3. Repair of left middle finger, radial digital nerve with nerve graft. 4. Repair of left middle ulnar digital nerve with nerve graft. 5. Use of the operating microscope. 6. Repair of left index finger lumbrical muscle.

The laceration within the palm was described in the operative note as follows: the existing cut extended from the first web space to the third web space across the palm. The common digital nerve to the second web was lacerated proximal to its bifurcation but distally there were two stumps. The radial digital artery to the index finger remained patent. There was no obvious intact artery to the middle finger although the ulnar digital artery to the middle finger was not specifically exposed. The nerve ends were freshened with an 11 blade, leaving a gap of 1.5cm. Nerve graft was felt to be necessary. The lumbrical muscle belly was approximated with 4.0 vicryl epimysial suture.



Operative note further documents harvesting of a sural nerve graft, left lower extremity exsanguinated and proximal thigh tourniquet inflated. Posterolateral incision was performed above the lateral malleolus. Sural nerve was identified and traced proximally and distally and a 7cm segment removed. The nerve was reversed and a epineural repair was performed on each of the nerves under the operating microscope using 10.0 nylon suture.

Medical evaluation of Edward A. Nalebuff, MD, in a report of March 15, 2005: healed oblique scar noted extending from the base of the index finger towards the thumb, thickened and tight once the thumb is abducted. Sensation was tested for two point discrimination, felt to be good to about 6mm over the major portions of the index and mid fingers but not beyond the distal interphalangeal joint crease. "At that point her sensation is very reduced and she can barely feel the tendon." It is also stated that she has very little light touch perception. Pinch strength, 4 lbs on the left and 7 lbs on the right. Grip strength, 15 lbs on the left and 25 lbs on the right. On examination of the ankles, there is a 3 to 4 inch thick scar along the lateral aspect, which demonstrates keloid formation. There is altered sensation in the lateral aspect of the foot in the distribution of the sural nerve. Prognosis is given that next year her sensation will extend to the fingertips. Scar on the lateral aspect of the ankle may also need revision in the future. Prognosis is that she "is going to have a very good result from her nerve repairs. I doubt that she will ever have completely normal sensation in these digits."

**HISTORY OF SYMPTOMS**

Jasmine reported numbness in her left hand to her father and grandmother. At the time of this evaluation, 6/22/05, she describes numbness in the distal segments of the index and middle fingers, left hand. She also describes numbness in the lateral border of the left foot. She describes a feeling of weakness in the left hand. Right hand dominance is noted.

**PHYSICIAN EXAMINATION**

There are no restrictions in ranges of motion of either forearm or hand, wrist or digits with normal supination/pronation, flexion/extension, palmarflexion/dorsiflexion. There is normal closure and opening of both hands. There is a diminution in grip strength on the left compared to the right. She is right hand dominant. There is no thinning of the thenar eminence or hypothenar eminence. There is normal abduction/adduction of the digits of both hands. There is a 6cm long scar with an underlying fibrous band that extends to just beyond the MCP flexion crease of the thumb with this fibrous band extending to the central portion of the base of the middle finger. There is no thickening of the flexor profundus or sublimis tendon sheaths in the palm, but there is a diffuse thickening of the mid palm and distal palm along the course of this laceration. There is a second separate laceration at the base of the index finger extending out into the palmar surface of the proximal segment of the index finger 3cm in length. There is a third laceration at the dorsal and ulnar aspects of the metacarpophalangeal joint 1cm in length. There is evidence of release of scar contracture in the first web space with some residual thickening of the web space. With abduction of the thumb, the thumb ray rotates over the index ray in the long axis, tethered by the scar contracture extending from the base of the proximal segment of the thumb to the base of the proximal segment of the middle finger.



There are sensory pattern deficits in the left hand with diminished sensibility reported to light touch with brush, smooth wheel, and Wartenberg's pinwheel in the distal segment of the index and the distal segment of the middle finger. Two points 4mm apart is felt as one in each digit, index and middle fingers. In the opposite right hand, two point discrimination is perceived to 4mm. Two point discrimination testing is done with Jasmine's eyes closed. Comparative testing with reproducible reliable responses provides objective documentation. There is a diminution in sensibility to vibration again in the distal segment of the index and middle fingers.

At the lateral aspect of the left ankle posterior to the lateral malleolus, there is a scar 6.5cm in length and 8mm in width throughout most of its course, diminishing and tapering somewhat at the proximal and distal poles. This is thickened and elevated and has the typical appearance of a keloid. There is a sensory deficit along the lateral border of the left foot to light touch with brush, smooth wheel, and Wartenberg's pinwheel. There is positive Tinel's sign and hyperesthesia on percussion of the scar at the left ankle.

Jasmine can run in place and can do a full squat. (Note her statement that she cannot run as fast as she used to.)

**RANGE OF MOTION ANALYSIS AND STRENGTH VALUES, LEFT HAND**

The range of motion analysis serves as one aspect of the evaluation technique. The figures determined from range of motion analysis may be equivalent to physician opinion of permanent impairment. This is at the judgement of the physician.
**Reference:** AMA Guides to the Evaluation of Permanent Impairment, Fifth Edition.

Wrist range of motion and strength were WNL (within normal limits) throughout.

| | ROM | %LOSS | STR |
|---|---|---|---|
| Finger flexion at MCP joint (lumbricals) | 90 | 0 | 4-/5 |
| Finger flexion of proximal and distal joints (flexor digitorum) | 90/80 | 0 | 4-/5 |

**Gross Grasp, average of three, taken with the Jamar dynamometer:**

| Right | Left |
|---|---|
| 13kg | 6kg |

Age is 9; female; hand dominance is right. Comparing the uninvolved right hand with the involved left hand, there was a left upper extremity strength loss index of 54%, left upper extremity loss of 20% and whole person loss of 12%.

**Lateral pinch, average of three, taken with the Preston pinch gauge:**

| Right | Left |
|---|---|
| 2kg | 1.6kg |

**EXHIBIT A**

Comparing the uninvolved right with the involved left, left upper extremity strength loss index was 20%, left upper extremity loss 10% and whole peson loss 6%.

**SUMMARY**

Sensory nerve deficits and strength deficits as well as residuals of scar contracture are present in the left hand. Sensory nerve deficits involving the distal segment and pulps of index and middle fingers are considered to be permanent. Scar Z-plasty for scar contracture of the thumb has been performed with good functional result. Z-plasty of the scar contracture extending from the base of the middle finger to the base of the thumb, proximal segment, has yet to be performed. Further surgery at this point may well be deferred until Jasmine can participate in decision making.

Strength deficits have been measured with the Jamar dynamometer and the Preston pinch gauge. Substantial strength deficits are present. These deficits are present not by reason of motor nerve laceration or dysfunction but rather by avoidance patterns in the use of the left upper extremity. These avoidance patterns should be considered as a normal response to the sensory deficits present in the hand and are likely to be permanent with ongoing measurable strength deficits within the left hand. In reference to the keloid at the left ankle and the sensory deficit in the sural nerve distribution as well as the neuroma at the sural nerve, permanency is also present. While scar revision may produce a temporary change in the keloid, it is likely that new keloid will form. Jasmine has not only a deficit in sensation of the lateral border of the foot but she also has abnormal sensation present by reason of a neuroma within the scar present by reason of neuroma formation at the end of the resected sural nerve used for nerve graft. A 10% left lower extremity permanency is considered to be present. A 10% lower extremity impairment is equivalent to 4% whole person impairment.

Several portions of the AMA Guides to the Evaluation of Permanent Impairment, Fifth Edition, are referenced in coming to a final opinion as to percentage of hand, left upper extremity, left lower extremity, and whole person permanency, including:

1. The classification and procedure for determining impairment due to pain or sensory deficit resulting from peripheral nerve disorders, page 346 of the AMA Guides to the Evaluation of Permanent Impairment, Fifth Edition.

2 Upper extremity to whole person permanency impairment, page 439, Table 16-2 and Table 16-3.

3. Upper extremity sensory pattern deficit permanency impairment rating, page 448-449.

4. Lower extremity to whole person permanency impairment

Permanency referencing partial transverse sensory loss for index and middle fingers is responsible for a 10% impairment of each digit, index and middle fingers, reference Table 16-7, page 448 of the Guides, for a total of 20% impairment. Referencing Table 16-1, this digital impairment is equivalent to a 4% hand impairment.



Persistent scar contracture from palmar scar contracture is responsible for an additional 10% impairment of the hand, and considerations of weakness in the hand, representing complications of long term avoidance patterns, is responsible for another 10% impairment rating for the left hand.

These ratings are combined using the Combined Values Chart in the Appendix of the Guides, and a 23% impairment of the hand is calculated. Again referencing conversion tables, a 23% impairment of the hand is equivalent to a 21% impairment of the upper extremity, referencing Table 16-2, and a 21% permanency of the upper extremity is equivalent to a 13% impairment of the whole person.

Combining the lower extremity whole person permanency with the upper extremity whole person permanency, a total whole person permanency of 24% is present. This permanency is present by reason of injuries sustained on April 16, 2004, and the subsequent saphenous nerve graft of 5/7/04.

Additional procedures such as scar contracture z-plasty, excision of keloid, left ankle, and excision of neuroma formation, sural nerve, are likely to incur additional costs of $20,000.

Signed under the pains and penalties of perjury this 22nd day of June 2005.

Frank A. Graf, MD
Orthopaedic Surgeon

jc

EXHIBIT A