FRANK A. GRAF, MD, PC
152 COURT STREET
PORTSMOUTH NH 03801-4416
(603) 436-5544
FAX 431-3219

HISTORY OF COURT APPEARANCES SINCE 1995

4/2/96 Patient Christina Moss, Attorney Brian Stern, 86 Locust St, Dover NH, Strafford County Courthouse, Dover NH, For Plaintiff.

2/26/97 Patient Robert Petralia, Attorney Brian Stern, Essex Ma Superior Court, 95-1603C. For Plaintiff.

9/30/97 Patient Vincent Rue, Attorney Nicholas Aeschliman, 314 Middle St., Portsmouth NH, Rockingham County Courthouse. For Plaintiff.

12/11/97 Patient David O'Brien, Attorney Michael Latti, 30-31 Union Wharf, Boston MA 02109, Boston Federal Court. For Plaintiff.

9/28/99 Patient Robert Daigneault, Attorney Richard Gaudreau, 603-893-4300, For Plaintiff.

1/23/01 Patient William Whitney, Attorney Paul Cox, PO Box 608, Dover, NH, Rockingham County Courthouse. For Plaintiff.

2/6/2003, Patient Jacinta Baiser, Attorney Paul Cox, 603-742-2332, Strafford County Courthouse, Dover, NH for Plaintiff

2/11/2003 Patient Deborah Place, Attorney John Durkin, 603-742-2332, Strafford County Courthouse, Dover NH, for Plaintiff

4/24/2003 Patient James Libbey, Wiggin and Nourie, 603-669-2211, U. S. District Court In Portland, Maine, for Plaintiff

1/28/05 Patient Sammy Pierce, Attorney Barry Polidor, 802-885-4530, Arbitration Hearing at Springfield Savings and Loan, Main Street, Springfield, VT, for Plaintiff

3/4/2005, Patient Linda Stafford, Attorney Robert C. Autieri, 978-681-0737, Arbitration Hearing in Boston, Mass.

5/11/05, Patient Mark Gearreald, Attorney Paul Cox, 603-742-2332, Strafford County Courthouse, Dover, NH for Plaintiff

**EXHIBIT B**