UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL )<br>GUARDIAN, LOURENCO P. )<br>DOSSANTOS, and LOURENCO P. )<br>DOSSANTOS, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　PLAINTIFFS, )<br>　　　　　　　　　　　　　　　　　　)    CIVIL ACTION NO.: 04-CV-12369-NG<br>　　　v. )<br>　　　　　　　　　　　　　　　　　　)<br>SEARS ROEBUCK AND CO. et al., )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　DEFENDANTS. )<br>　　　　　　　　　　　　　　　　　　) | |

## **PLAINTIFFS' SUPPLEMENTAL EXPERT DISCLOSURE**

Pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's Orders, the plaintiffs supplement and modify their prior expert disclosures, dated June 30, 2005, by submitting the updated expert report of Marc H. Richman, Sc.D., P.E., and by substituting Eric Abrams, Ph.D. for Jeanne Elliot from The National Compensation Experts, as expert witnesses in the above-captioned matter.

Supplemental Disclosures Regarding Marc H. Richman

Attached hereto as Exhibit A is a report prepared and signed by Marc Richman, Sc.D, P.E.

Disclosures Regarding Eric Abrams

1. Business address: 106 East 6th Street, Ste. 250, Austin, TX 78701; Telephone # 877-321-3266.

2. Attached hereto as Exhibit B is a report prepared and signed by Eric Abrams, Ph.D.

–1–

3. Documents furnished to Mr. Abrams are listed on the last page of his report, Exhibit B. In addition, some biographical information concerning Ms. Bunton was provided to Mr. Abrams in writing, such information being retrieved from her deposition.

4. Attached hereto as Exhibit C is a summary of Mr. Abram's qualifications, not limited to education, work experience, professional activities, awards and fellowships, professional registration/certification, and publications he has contributed to or reviewed.

5. Mr. Abram's has not testified at trial or by deposition within the last four years.

6. The National Compensation Experts charged a non-refundable prepaid fee of $900 for its report ($150 paid prior to commencing work and $750 paid prior to delivery of the report). The National Compensation Experts charge $1,900, including travel costs if the date is set 30 days in advance, for one day of deposition or trial testimony. Each additional day of testimony is $1,200 per day. If the testimony date is set or moved within 30 days of testimony, the charges are $1,450 per day plus travel expenses. Prepayment is required. All prepaid fees are fully refundable if cancelled with 48 hours notice.

Plaintiffs,
By their attorneys,

Andrew J. Tine (BBO#633639)
Haese, LLC
30 Federal Street
Boston, MA 02110
(617) 428-0266 – Telephone
(617) 428-0276 – Fax
atine@haese.com

## CERTIFICATE OF SERVICE

I, Andrew J. Tine, hereby certify that I served the foregoing supplemental expert disclosures upon Stephen Key, Esq. and Robert Foster, Esq., counsel for defendants, via mail, postage prepaid this 28th day of July 2005.

_____