The National Compensation Experts

106 East 6th Street, Ste. 230
Austin, TX 78701

Toll Free: 877-321-3266
Fax: 800-231-4263
Email: eabrams@lostcompensation.com

# Eric Abrams, Ph.D.
## Economist


**August 1997**     **University of Iowa**
**Ph.D. Economics**; Dissertation: "Information and Efficiency in Markets."

Concentration: Applied Microeconomics, Market Microstructure, Experimental Economics

**1989**     **Carnegie Mellon University**
**B.S. – Economics**


**1997-present**     **Hawaii Pacific University**     **Honolulu, HI**
**Assistant Professor of Economics**

Courses taught: Principles of Macroeconomics, Principles of Microeconomics, Microeconomic Analysis, Managerial Economics, Professional Paper (MBA thesis), Economics of Electronic Commerce (graduate level)

**2000-present**     **onofood.com**     **Honolulu, HI**
**Founder, President and Chief Executive Officer**


**1992-1997**     **The University of Iowa**     **Iowa City, IA**
**Market Administrator, Iowa Electronic Markets**

Automated day to day operations. Trained and managed IEM personnel.

**Database Consultant, College of Business**

Designed and created a database in use by experimental economists in the College of Business which stores and queries information about candidates in the subject pool. Co-designed and created a database in use by the Office of the Dean which stores faculty and course information, and generates reports used by administrators.

**Instructor, Intermediate Microeconomics**

**Data Analyst, College of Liberal Arts**

Designed and created database used in determining funds saved and available to departments within the College of Liberal Arts.


**1991**     **Penn and Schoen Associates**     **New York, NY**
**Systems Manager**

Responsible for installation and maintenance of hardware and software pertaining to three LANs totaling 110 computers. Oversee training of employees in numerous software applications in various departments.

**Analyst**

Responsible for creating cross tabulation tables, performing data analysis, and generating reports and presentations for both financial services and political clients.


- Co-author with Eric Drabkin, Economics for MBA, Work in Progress, 2003.
- Co-author with Martin Sefton and Abdullah Yavas, "An experimental comparison of two search models," Economic Theory 16:3, 2000. Reprinted in "Advances in Experimental Markets", Ed. by T. Cason and C. Noussair, Springer-Verlag, Berlin, 2001.
- "An Online Economics Course: From Contemplation to Creation to Completion," 2002.
- "Market Segmentation and Information Dissemination: An Experiment", Working


**EXHIBIT C**

Paper, 2000.
- "Market Efficiency in a Dealer Market with Informed Traders and "Rational" Liquidity Traders," Working Paper, 2000.
- Co-author with John Kros, "Two markets for the same security: An Experiment in Information Dissemination Across Markets," Work in Progress, 2003.



- Secretary, Business Administration Faculty Assembly, 1998 - 2003.
- Member, Research Issues and Scholarship Activities (RISA) Committee, 1999 - 2003. Chair during the 1999 - 2000 academic year



*Programming*: Delphi, Visual Basic
*Database*: MS Access, Paradox
*Statistics*: Stata, SAS, Minitab
*Mathematics*: MathCad, MATLAB, Maple
*Other*: MS Office (Excel, PowerPoint, Word)

**EXHIBIT C**