## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL ) <br> GUARDIAN, LOURENCO P. ) <br> DOSSANTOS, and LOURENCO P. ) <br> DOSSANTOS, ) <br>    ) <br>    PLAINTIFFS, ) <br>    ) CIVIL ACTION NO.: 04-CV-12369-NG <br>    v. ) <br>    ) <br> SEARS ROEBUCK AND CO., and ) <br> WHIRLPOOL CORPORATION, ) <br>    ) <br>    DEFENDANTS. ) <br>    ) | |

## PLAINTIFF JASMINE BUNTON'S MOTION FOR
## PARTIAL SUMMARY JUDGMENT

Now comes Plaintiff, Jasmine D. Bunton, by her legal guardian, Lourenco P.

Dossantos, and moves this Honorable Court for summary judgment as to the liability of

Defendants Sears Roebuck and Co. and Whirlpool Corporation with respect to an

accident injuring Plaintiff, involving the use of a Kenmore refrigerator, designed and

manufactured by Whirlpool Corporation and sold by Sears Roebuck and Co. to Plaintiff's

father and aunt.

In support of this motion, Plaintiff relies upon a memorandum of law and

statement of material facts, both submitted herewith.

WHEREFORE, Plaintiff, Jasmine D. Bunton, by her legal guardian, Lourenco P.

Dossantos, requests summary judgment in her favor against Defendants as to their

liability under Count I, Breach of Warranty, of the amended complaint.

Plaintiffs,
By their attorneys,

Andrew J. Tine (BBO#633639)
Haese, LLC
30 Federal Street
Boston, MA 02110
(617) 428-0266 – Telephone
(617) 428-0276 – Fax
atine@haese.com

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I conferred with Stephen Key, Esq. this day concerning the filing of this motion and that I left a message with Robert Foster, Esq., regarding the filing of same. No resolution was achieved with respect to same.

## CERTIFICATE OF SERVICE

I, Andrew J. Tine, hereby certify that I served the foregoing motion, supporting memorandum, statement of material facts and attached documents upon Stephen Key, Esq. and Robert Foster, Esq., counsel for defendants, via mail, postage prepaid this 14th day of October 2005.