# STEPHEN G. BOUGHTON

---

**Page 1**

```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


JASMINE D. BUNTON, by her      )
legal guardian, LOURENCO P.    )
DOSSANTOS and LOURENCO P.      )
DOSSANTOS,                     )
                               )
              Plaintiffs,      )
                               )
      -vs-                     )  No. 04-CV-12369-NG
                               )
SEARS ROEBUCK & CO. and        )
WHIRLPOOL CORPORATION,         )
                               )
              Defendants.      )
```

     The discovery deposition of STEPHEN G. BOUGHTON, taken under oath on the 17th day of June, 2005, at Suite 4400, One North Wacker Drive, Chicago, Illinois, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Sharon L. Gaughan, a Certified Shorthand Reporter, in and for said County of Cook and State of Illinois, pursuant to notice.

---

**Page 2**

APPEARANCES:

    HAESE, LLC, by
    MR. ANDREW J. TINE
    30 Federal Street
    Boston, Massachusetts 02110
    (617) 428-0266
        appeared for the Plaintiffs;

    NELSON, MULLINS, RILEY &
    SCARBOROUGH, LLP, by
    MR. ROBERT W. FOSTER, JR.
    1320 Main Street, 17th Floor
    Columbia, South Carolina 29211
        appeared for the Defendants.

**EXHIBIT A**

---

**Page 3**

```
                    I N D E X

WITNESS:                                        PAGE
STEPHEN G. BOUGHTON
Examination by:
      Mr. Tine . . . . . . . . 4


                    E X H I B I T S
Number                              For Identification
Boughton Deposition

Exhibit Nos. 1 though 9 were marked . . . . 13
Exhibit No. 10 was marked . . . . . . . . . 21
Exhibit No. 11 was marked . . . . . . . . . 24
Exhibit No. 12 was marked . . . . . . . . . 26
Exhibit No. 13 was marked . . . . . . . . . 30
```

---

**Page 4**

        (Witness sworn.)
        STEPHEN G. BOUGHTON, called as a witness herein, having been first duly sworn, was examined and testified as follows:
        EXAMINATION
        BY
        MR. TINE:

MR. TINE: Robert, would you like to reserve the right to read and sign?

MR. FOSTER: Yeah.

MR. TINE: Thirty days.

MR. FOSTER: That's fine.

MR. TINE:

Q   Could you state your name, sir?
A   Stephen Boughton.
Q   Could you spell your last name, please?
A   B-o-u-g-h-t-o-n.
Q   What is your current residential address, Mr. Boughton?
A   3144 Logan Drive, Newberg, Indiana.
Q   And your business or work address?
A   5401 US 41 North, Evansville, Indiana.
Q   Have you ever had your deposition taken

**STEPHEN G. BOUGHTON**

---

**Page 5**

1 before?
2  A   Yes.
3  Q   How many times, approximately?
4  A   I don't know the number, probably a few
5 dozen.
6  Q   A few dozen?
7  A   Yes.
8  Q   Have you ever testified at trial before?
9  A   Yes, I have.
10  Q   And about how many times?
11  A   I think it's about six.
12  Q   When was the last time you testified at
13 trial to the best of your recollection?
14  A   Maybe two years ago.  It might be less
15 than that, but somewhere around there.
16  Q   Was that litigation related to your
17 personal life or related to business?
18  A   To business.
19  Q   What type of case or litigation was
20 that?
21  A   That was a fire claim.
22  Q   A fire claim related to what type of
23 product; being manufactured by Whirlpool or could
24 you elaborate?

---

**Page 6**

1  A   Yes, it was manufactured by Whirlpool.
2  Q   What type of product was that?
3  A   It was either a refrigerator or
4 freezer.  It might have been a freezer.
5  Q   Obviously, having your deposition taken
6 a few dozen times, you are familiar with what's
7 going on here today?
8  A   Yes.
9  Q   You understand that everything I say and
10 everything you say will be taken down by the
11 stenographer and form a written record?
12  A   Yes.
13  Q   And you understand not to try to
14 overspeak or overtalk what I'm saying, and I'll
15 try to do the same for you if you let me finish
16 my question so that the stenographer doesn't get
17 upset with us, so to speak.
18  A   Yes.
19  Q   Okay.  What's your position or who do
20 you work for, sir?
21  A   I work for Whirlpool.
22  Q   And what is your position with
23 Whirlpool?
24  A   I'm a product safety manager.

---

**Page 7**

1  Q   How long have you held that position?
2  A   Since October of 1990.
3  Q   Has Whirlpool asked you to come and
4 testify today as a 30(b)(6) witness?
5  A   Yes.
6  Q   Prior to October, 1990, what was your
7 position with Whirlpool if you worked for them?
8  A   I was department manager in the
9 engineering department working on dishwashers.
10  Q   How long did you hold that position or
11 work in that capacity?
12  A   I started that job in February of 1987.
13  Q   And prior to February of 1987, were you
14 working for Whirlpool still?
15  A   No.
16  Q   Who did you work for prior to 1987?
17  A   Prior to 1987 I worked for Bennett Pump
18 Company.  Bennett is with two Ts.
19  Q   What type of a company are they?
20  A   They manufacture gasoline dispensing
21 equipment.
22  Q   What was your position with Bennett
23 Company?
24  A   I was a mechanical engineer.

---

**Page 8**

1  Q   Is your work experience primarily in the
2 mechanical engineering field?
3  A   No.
4  Q   What is your primary work experience in,
5 what field?
6  A   It's really a combination of electrical
7 and mechanical.  But it's probably over the years
8 more electrical than mechanical.
9  Q   What is your educational training in?
10  A   I have a bachelor's degree in electrical
11 engineering.
12  Q   From what school?
13  A   Perdue University.
14  Q   The boilermakers?
15  A   Yes.
16  Q   When did you graduate from Perdue?
17  A   1964.
18  Q   Your current position is as a product
19 safety manager for Whirlpool?
20  A   Yes.
21  Q   Have you taken any course work or
22 training in relation to that position?
23  A   Yes, I have.
24  Q   And I'm talking after graduating from

**EXHIBIT A**

# STEPHEN G. BOUGHTON

**Page 9**

1  Perdue, have you taken any additional course work
2  or training, classes with respect to your
3  position as a product safety manager.
4  And if you have, which I think you've
5  just indicated you have, could you tell me about
6  that course work training.
7  A   Well, I have taken a number of courses,
8  seminars -- probably seminars is a more accurate
9  description -- on various aspects of product
10  safety, product liability, fire investigation.
11  Q   Do you have a recollection of who
12  offered these seminars?
13  A   Most of them were at the University of
14  Wisconsin.
15  Q   When was the last time you took one of
16  these seminars?
17  A   I don't know. It's been several years.
18  Q   About how many seminars have you taken
19  at the University of Wisconsin?
20  A   Probably three or four, more or less.
21  Q   And did you take any seminars at any
22  other institutions related to your position as a
23  product safety manager?
24  A   Yes, I have.

**Page 10**

1  Q   What other institutions?
2  A   I completed a course in fire and
3  explosion investigation at Eastern Kentucky
4  University.
5  Q   And what did that course entail in terms
6  of how long was the course and what did it
7  generally cover?
8  A   The course was, I believe, three or four
9  days long, and it covered various aspects of
10  investigations of fires and explosions.
11  Q   Now, these other seminars at the
12  University of Wisconsin, were those one-day
13  seminars?
14  A   Typically, I believe they were about
15  three days.
16  Q   So three to four seminars, three to four
17  days each?
18  A   Yes. It could be a few more than that.
19  Q   Any other institutions that you took
20  seminars, course work, class work pertaining to
21  your current position?
22  A   There was one seminar at Fire Findings
23  in Benton Harbor.
24  Q   What was that course?

**Page 11**

1  A   That was on investigation of appliance
2  fires.
3  Q   And about how long was that course?
4  A   I think it was about three days.
5  Q   Any other course work?
6  A   There may be, but not that I can
7  remember.
8  Q   Any other educational training that you
9  can recall?
10  A   I took some postgraduate courses at the
11  University of Tennessee, in Nashville. Those
12  were, I believe, in economics and accounting.
13  Q   Any other formal training, course work,
14  seminars that you can recall?
15  A   Not that I can remember.
16  Q   In your current position as product
17  safety manager, what are your job duties,
18  generally?
19  A   Generally, I consult with the engineers
20  on matters relating to produce safety. And I
21  also investigate product liability claims against
22  Whirlpool.
23  Q   What does your investigation usually
24  entail for product liability claims against

**Page 12**

1  Whirlpool?
2  A   It can involve examining parts that have
3  been returned to Whirlpool.
4  It can involve examining products where
5  an allegation is made that we were liable for
6  some damage.
7  Occasionally it will include examination
8  of a fire scene or a scene of an accident,
9  whatever.
10  Q   Are you familiar with the subject
11  lawsuit?
12  A   This case?
13  Q   Yes.
14  A   Yes.
15  Q   Have you been shown a copy of the
16  complaint or given any information which would
17  give you an understanding of the allegations
18  which are being made against Whirlpool?
19  A   I believe so, yes.
20  Q   Do you understand that this is a claim
21  involving a nine-year-old girl who put her hand
22  into an ice dispenser of a refrigerator designed
23  and manufactured by Whirlpool and was caused
24  injury by working mechanisms in the

# STEPHEN G. BOUGHTON

**Page 13**

1  dispenser/crusher/freezer unit; are you familiar
2  with that?
3      A   Yes.
4      Q   You have been provided information
5  concerning that?
6      A   Yes.
7      Q   Have you performed any tests or
8  inspections, any analysis with respect to the
9  subject refrigerator concerning the allegations
10 of this nine-year-old girl injuring herself?
11     A   No.
12     MR. TINE:  If you can mark each of these
13 photographs individually.
14              (Whereupon, Boughton
15              Exhibit Nos. 1 through 9
16              were marked for
17              identification as of
18              this date.)
19     MR. TINE:
20     Q   Mr. Boughton, if you can take a look at
21 the photograph that's marked as Exhibit No. 1 for
22 the purposes of your deposition.
23         Can you tell me if you have seen that
24 subject model refrigerator before?

**Page 14**

1      A   I can't tell from this photograph what
2  the model number is.  I don't know that I can
3  answer that question.
4      Q   I'm going to represent to you that
5  Exhibit No. 2 is a photograph of the model number
6  and serial number of the refrigerator.
7          And tell me if that helps you to
8  identify whether or not you have seen that
9  subject model refrigerator before at anytime.
10     A   I probably have, but I don't have any
11 way of knowing that for sure.
12     Q   How would you come about to possibly see
13 this type of refrigerator in your capacity at
14 Whirlpool?
15     A   I work in the same building with the
16 engineers who design the refrigerators.  So
17 that's how I would get exposed to it.
18     Q   Did you have any specific involvement
19 with the design or manufacturing of this model
20 refrigerator, the one that has been shown to you
21 as Exhibit Nos. 1 and 2?
22     A   I believe so, yes.
23     Q   And how were you involved with the
24 design or manufacture of that refrigerator?

**Page 15**

1      A   I would have been involved with the
2  model approval process, and in particular, the
3  safety audit on this model.
4      Q   Have you ever been involved with any
5  safety testing performed on this refrigerator
6  after its production and distribution to market?
7      A   I'm not sure what you mean by that.
8      Q   I'm asking whether or not you have been
9  involved in any safety testing on the
10 refrigerator after it was actually put in use?
11     A   Not that I can remember.
12     Q   Do you have any specific recollection of
13 a safety audit being performed on this subject
14 model refrigerator?
15     A   I don't know if it was on this exact
16 model.
17     Q   What do you have a recollection of?
18     A   I believe there is a safety audit that
19 was performed on either this model or a similar
20 model.
21     Q   If you can take a look at what's been
22 marked as Exhibit No. 3.
23         Could you tell me if you are familiar
24 with those sorts of controls?

**Page 16**

1      A   Yes.
2      Q   If you can explain to me what each one
3  of those controls means.
4      A   The left-most button blocks out the
5  dispenser to keep it from operating.
6          The next button to the right unlocks the
7  dispenser.
8          The third button selects the
9  ice-crushing mode.
10         The fourth button selects the icecube
11 dispensing mode.
12         The fifth button turns off the light in
13 the dispenser.  And the right-hand button turns
14 the light on.
15     Q   Does the lock, the first and second
16 button, the unlocking mechanism, do those have
17 any sort of a code -- let me just say that.
18         Do they have any sort of a code that is
19 required to be put in for their operation?
20     A   I don't understand your question.
21         What do you mean by code?
22     Q   Let me rephrase it.
23         To lock the dispenser, is it as simple
24 as pressing the lock button?

**EXHIBIT A**

# STEPHEN G. BOUGHTON

**Page 17**

```
1     A    Yes.
2     Q    And to unlock the dispenser, is it as
3  simple as pressing the unlock button?
4     A    Yes.
5     Q    Thank you.
6          If you can take a look at what has been
7  marked as Exhibit No. 4.
8          And if you can describe for me what that
9  appears to be.
10    A    That is the freezer compartment and the
11 inside of the freezer door.
12    Q    Inside of the freezer door, does it
13 appear to be missing any parts from the inside of
14 that freezer door?
15    A    The ice bucket has been removed.
16    Q    What would be contained in the ice
17 bucket?
18    A    That would be the ice bucket and the
19 dispenser mechanism.
20    Q    Is there a crushing device that is also
21 in there?
22    A    Yes.
23    Q    If you can take a look at what has been
24 marked as Exhibit No. 5 and describe for me what
```

**Page 18**

```
1  that is.
2     A    This is a photograph looking down into
3  the ice chute from inside the door.
4     Q    And normally assembled, would there be
5  some parts above that ice chute?
6     A    Yes.
7     Q    What would those parts be, generally?
8     A    Above this is where the ice bucket sits.
9     Q    With the crushing mechanism and some
10 other parts?
11    A    Yes.
12    Q    If you can take a look at what has been
13 marked as Exhibit No. 6 and tell me what that
14 appears to be?
15    A    That is a close-up of the previous
16 photograph.
17    Q    With a ruler on it?
18    A    Yes.
19    Q    And No. 7?
20    A    Yes.
21    Q    Same thing, a close-up of the chute with
22 a ruler on it?
23    A    With a ruler crosswise, yes.
24    Q    And Exhibit No. 8, if you can tell me
```

**Page 19**

```
1  what that appears to be.
2     A    Number 8 is taken from in front of the
3  door looking up into the ice chute.
4     Q    And photograph No. 9, if you can
5  describe that for me.
6     A    Number 9 is the close-up of the same
7  area.
8     Q    Okay.  Referencing the nine photographs
9  that have been provided to you, do you have
10 knowledge of where this subject model
11 refrigerator would have been manufactured?
12    A    Yes.
13    Q    Could you tell us?
14    A    That was made in Ft. Smith, Arkansas.
15    Q    Was Whirlpool Company the manufacturer
16 of this refrigerator?
17    A    Yes.
18    Q    Could you explain to me the relationship
19 of how this became a Sears-brand refrigerator?
20    A    That's a pretty broad question.
21         We manufacture them for Sears.
22    Q    So is there a contractual relationship
23 between Sears and Whirlpool where Whirlpool will
24 manufacture these refrigerators for Sears to sell
```

**Page 20**

```
1  under its brand name?
2     A    That's my understanding, yes.
3     Q    Could you tell me who designed the
4  subject model refrigerator?
5     A    It's a collaborative effort of many
6  engineers over a period of many years.
7     Q    Was the designer Whirlpool and its
8  engineers, or did they utilize an outside firm to
9  perform the design?
10    A    It wouldn't have been an outside firm.
11    Q    So was Whirlpool the designer of this
12 refrigerator?
13    A    Yes.
14    Q    Do you have an understanding of who
15 would have packaged this refrigerator after it
16 was manufactured for shipment for its final
17 destination?
18    A    Yes.  That would have been done by
19 Whirlpool.
20    Q    Can you tell me if you have knowledge
21 who would have put the label on this refrigerator
22 before it was packaged for shipment?
23    A    That would also be Whirlpool.
24         MR. TINE:  I would like to mark this as
```

**STEPHEN G. BOUGHTON**

```
 1      No. 10.
 2                          (Whereupon, Boughton
 3                           Exhibit No. 10 was marked
 4                           for identification as of
 5                           this date.)
 6      MR. TINE:
 7      Q    If you can take a look at Exhibit No.
 8 10, Mr. Boughton, and tell me what that document
 9 appears to be.
10      A    This is a use and care guide for a
11 Kenmore side-by-side refrigerator.
12      Q    Is that commonly referred to as the
13 manual for the refrigerator?
14      A    It's commonly referred to as a use and
15 care guide.
16      Q    And this use and care guide, is that
17 something that would have been sold with the
18 refrigerator or provided with the refrigerator to
19 an end user?
20      A    Yes.
21      Q    This use and care guide, who would have
22 prepared the information that is in that
23 document?
24      A    Again, that is a collaborative effort
                                                    21
```

```
 1      And if you need to reference the model
 2 number of this refrigerator, Exhibit No. 2, can
 3 you tell me if that use and care guide -- I'm
 4 sorry. I keep saying manual -- belongs with this
 5 subject model refrigerator for distribution.
 6      A    I can't tell for sure just by looking at
 7 the document, but it appears to be.
 8      Q    To your knowledge is there a
 9 manufacturer's warranty that is provided to an
10 end user with the sale of this type of
11 refrigerator?
12      A    Yes.
13      Q    Typically, what is that warranty?
14      A    Typically, the warranty is one year for
15. parts and labor and a total of five years on the
16 sealed system.
17      Q    Who is offering that warranty; is that
18 Sears or Whirlpool?
19      A    For Sears' products that is offered by
20 Sears.
21      Q    And does Sears utilize Whirlpool to
22 actually service that warranty?
23      A    Not Whirlpool specifically, no.
24      Q    Is it another Whirlpool entity or
                                                    23
```

```
 1 among many people.
 2      Q    Just to rephrase my question, I'm not
 3 asking individually who would have prepared it.
 4           Could you tell me what corporation would
 5 have prepared the information that's contained in
 6 Exhibit No. 10 for distribution to the end user?
 7      A    Yes. It was prepared by Whirlpool
 8 Corporation.
 9      Q    This document, marked as Exhibit No. 10,
10 has references to Kenmore and Sears within it.
11           Was Sears a contributor to the
12 information which is in Exhibit No. 10, or does
13 their name appear for purposes of final
14 packaging?
15      A    I don't know that for sure.
16           I believe that either all or almost all
17 of the work would have been done by Whirlpool
18 people and not Sears people.
19      Q    And Whirlpool would have provided Sears
20 with a manual that it could distribute with
21 refrigerators under its brand name?
22           I'm sorry, a use and care guide.
23      A    Yes.
24      Q    If you can take a look at this manual.
                                                    22
```

```
 1 another entity associated with either Sears or
 2 Whirlpool?
 3      A    Yes.
 4      Q    Is this subject model refrigerator still
 5 in production by Whirlpool?
 6      A    I don't know.
 7      Q    Do you know if the ice bucket/crusher
 8 assembly, which is not appearing in photograph
 9 No. 4 -- do you know if that is still in
10 production/manufactured by Whirlpool?
11      A    I don't know if that specific part is.
12      Q    Does Whirlpool manufacture replacement
13 parts for this model refrigerator or repair
14 parts?
15      A    Yes.
16 MR. TINE:  Number 11.
17                          (Whereupon, Boughton
18                           Exhibit No. 11 was marked
19                           for identification as of
20                           this date.)
21 MR. TINE:
22      Q    If you can take a look at what has been
23 marked as Exhibit No. 11, Mr. Boughton.
24           Can you tell me if you have seen that
                                                    24
```

# STEPHEN G. BOUGHTON

```
 1    document before?
 2        A    Yes, I have.
 3        Q    Could you describe for us what that
 4    document is?
 5        A    It's a drawing of the ice container
 6    assembly.
 7        Q    Could you read the fine print that is on
 8    that drawing?
 9        A    Not all of it.
10        Q    Are there drawings in the possession of
11   Whirlpool which have dimensions on them, ie, the
12   width and depth of components that make up this
13   ice bucket/crusher unit and other parts?
14        A    Yes.
15        Q    And the drawing which has been shown to
16   you that's marked as Exhibit No. 11, does that
17   have dimensions on it?
18             If you would like, there is a larger
19   version here.
20        A    No, it doesn't.
21        Q    So to your knowledge there are drawings
22   in the possession of Whirlpool which would show
23   us the dimensions of say -- I think it's called
24   the auger, the dimension of the blades that make
                                                    25
```

```
 1        A    It's a safety audit document.
 2        Q    What does that generally mean, safety
 3    audit document?
 4        A    It's a record of the safety audit that
 5    was performed on the model that is identified in
 6    the document.
 7        Q    What's a safety audit?
 8        A    A safety audit is a review of the
 9    product that is performed before production.
10        Q    Who usually performs this safety audit?
11        A    It's a team of engineers and other
12   people in the corporation, including myself.
13        Q    The safety audit is performed by
14   Whirlpool internally with its engineers and
15   employees?
16        A    Yes.
17        Q    Does Whirlpool send its products to any
18   third party for safety testing prior to
19   distribution?
20        A    No.
21        Q    And the 25-page document, Exhibit No.
22   12, what does that tell us generally about the
23   safety audit performed on this subject model
24   refrigerator?
                                                    27
```

```
 1    up the crusher unit and other dimensions which
 2    would show the scale of this part of the
 3    refrigerator?
 4        A    Yes.
 5        Q    Do you know if Whirlpool is in
 6    possession of one of these model refrigerators?
 7        A    No, I don't.
 8        Q    Does Whirlpool usually retain one of
 9    each model refrigerator for testing purposes or
10   other purposes in the future?
11        A    No.
12   MR. TINE:  Number 12.
13                 (Whereupon, Boughton
14                 Exhibit No. 12 was marked
15                 for identification as of
16                 this date.)
17   MR. TINE:
18        Q    Mr. Boughton, if you can take a look at
19   what has been marked as Exhibit No. 12 and tell
20   me if you have seen that document before.
21             I believe it's a 25-page document.
22        A    Yes, I have.
23        Q    If you can describe for me what that
24   document is.
                                                    26
```

```
 1             Actually, maybe I should back up.
 2             Does this safety audit marked as
 3    Exhibit No. 12 relate to this refrigerator?
 4        A    I believe so, yes.
 5        Q    Is there a way to look at Exhibit No. 2
 6    and the safety audit documentation, Exhibit
 7    No. 12, and match up serial numbers or model
 8    numbers to determine that they relate to each
 9    other?
10        A    Not to the specific model number, but to
11   the model type, yes.
12        Q    What do you mean by the model type as
13   opposed to model number; what is the difference?
14        A    The model type is 25 cubic foot
15   side-by-side automatic defroster refrigerator.
16        Q    Are you telling me that a model type
17   could be different than a specific model
18   number?
19        A    Yes.
20        Q    How are they different?
21        A    The model type is a broader description.
22        Q    So a broader type may include multiple
23   refrigerators which have similar features?
24        A    Yes.
                                                    28
```

EXHIBIT A

Q And a model number would relate to a specific refrigerator, correct?
A Yes.
Q The safety audit that is marked as Exhibit No. 12, do you know if the safety audit was performed on this specific model, or whether it was on one of the model types?
A Could you repeat that question?
Q Yes.
I'm trying to determine whether the safety audit, which is marked as Exhibit No. 12, was performed on this specific model refrigerator, which is the subject of this litigation; or whether it was performed on a different model, which is part of the model type that this subject refrigerator falls under?
A It would have been on a different model, but within the same model type.
Q How can you tell that; is that from your recollection or is that from this document, Exhibit No. 12?
A From the document.
Q And where does it say that; can you read it?

A It tells us that it's 25/27 side-by-side automatic defrost indoor ice refrigerator.
Q What is different about that refrigerator as opposed to the one which is in this subject litigation?
A Well, I can't tell you line by line what's different.
The one that was used for the safety audit was an engineering field test model. And it does not have a model or serial number identified.
Q But there could be line by line differences in terms of what the dimensions are of the refrigerator, features, things of that nature?
A The dimensions should be the same. There might be some slight feature differences, but I can't tell that from this document.
MR. TINE: Number 13.
(Whereupon, Boughton Exhibit No. 13 was marked for identification as of this date.)

MR. TINE:
Q If you can take a look at what I have had marked as Exhibit No. 13 and tell me what that document is, sir.
A This is a production release safety audit.
Q What's the difference between Exhibit No. 13 and Exhibit No. 12?
A Exhibit 13 is a final production release safety audit.
Document Number 12 is an intermediate safety audit.
Q Do they have different dates?
A Yes.
Q What's the date of Exhibit No. 13?
A Exhibit No. 13 is a safety audit that was performed on March 26, 2003.
Q And Exhibit No. 12, when was that performed?
A That was performed on March 3, 2000.
Q I have a question concerning the page numbers.
It says 1 of 111.
Look at the next page, please, sir.

It says page 3 of 115.
And then can you turn about three-quarters into the document. It says page 47 of blank.
A Yes.
Q Do you know if this is one complete document, or if this is two documents, or why the page numbering doesn't make sense?
A I have seen that before in other documents. It's a glitch in the software that makes some of the page numbering a little confusing.
This appears to be one document, though.
Q So you believe that Exhibit No. 13 is one complete document, even though the page numbering doesn't make sense?
A That's correct.
Q Could I see Exhibit No. 12, please.
This subject model type, did you ever have the opportunity to see it in its final packaging prior to shipment?
Let me rephrase that.
Did you have an opportunity to ever see the refrigerator labeled for purposes of the

EXHIBIT A

**Page 33**

```
 1  consumer viewing the refrigerator out of the box?
 2       A    Are you taking about the subject
 3  refrigerator or refrigerators in general?
 4       I'm not following you.
 5       Q    I will ask about this subject
 6  refrigerator first, whether you've ever had the
 7  opportunity to view it in its form when it would
 8  come out of the box to the consumer?
 9       A    I have no way of knowing that. I doubt
10  it.
11       Q    What type of labeling appears on these
12  refrigerators for consumers in terms of safety
13  indications, things of that nature, that would be
14  on the refrigerator when it comes out of the box?
15       A    We have a label on the back of the
16  refrigerator that tells the customer to
17  disconnect power before service.
18            There is also a label on the power cord
19  that tells the customer to use a properly
20  grounded reciprocal, not to use an extension
21  cord.
22            There may be one or two other statements
23  in there.
24       Q    Concerning that labeling on the back of
```

**Page 34**

```
 1  the refrigerator, are there any warnings with
 2  respect to use of the ice dispenser, the water
 3  dispenser, the lock features on the front of the
 4  refrigerator?
 5       A    The label that's on the back of the
 6  refrigerator?
 7       Q    Yes.
 8       A    No.
 9       Q    Is there any labeling on the front of
10  the refrigerator when it comes out of the box and
11  it's ready for use, or anywhere else on the
12  refrigerator pertaining to the ice dispenser,
13  water dispenser, lock features?
14       A    On some models we have used a label on
15  the dispenser area that tells the customer to
16  dispense a quantity of water before using the
17  product. But I don't know if that was on this
18  particular refrigerator or not.
19       Q    To the best of your knowledge, on this
20  particular refrigerator is there any labeling
21  that would have been affixed or placed on the
22  refrigerator to notify the consumer that there is
23  a danger or any danger associated with using the
24  ice dispenser or water dispenser on this subject
```

**Page 35**

```
 1  model refrigerator?
 2       A    No.
 3       Q    Take a look at Exhibit No. 10, what
 4  appears to be the use and care guide for this
 5  subject refrigerator.
 6            And if you can tell me if there were any
 7  warnings in there to end users concerning the use
 8  of the ice dispenser or water dispenser?
 9       A    Yes, there are.
10       Q    And if you can identify for me the pages
11  and language pertaining to warnings concerning
12  the use of the ice and water dispenser on our
13  subject refrigerator?
14       A    Page 11, there is a warning that
15  describes a cut hazard and tells the consumer to
16  use a sturdy glass when dispensing ice or water
17  and failure to do so could result in cuts.
18       Q    Is that warning directed towards the
19  possible cut hazard of a glass breaking when
20  pushing it against the dispenser arm?
21       A    Not primarily.
22       Q    If you can tell me the specific language
23  that you are referring to again, please.
24       A    Well, I read it to you.
```

**Page 36**

```
 1            It says, "Use a sturdy glass when
 2  dispensing ice or water. Failure to do so could
 3  result in cuts."
 4       Q    Could you tell me what the intended
 5  warning is for that language?
 6       A    Yes. If you do not use a sturdy glass,
 7  if you use a glass that's prone to breakage,
 8  icecubes can hit the edge of the glass and break
 9  it. And that can result in a cut hazard.
10       Q    How could the user get cut from the
11  glass?
12       A    Yes, from the broken glass.
13       Q    Could you tell me where else in this
14  care and use guide there are warnings pertaining
15  to the use of the ice or the water dispenser?
16       A    That's the only one.
17       Q    Are there any warnings in this use and
18  care guide advising the end user that they should
19  not put their hand up the ice chute for any
20  purpose?
21       A    No.
22       Q    Do you know if the automatic ice
23  dispenser is manufactured to accommodate ice from
24  other sources than the icemaker which was
```

**STEPHEN G. BOUGHTON**

Page 37

 1  manufactured with the refrigerator?
 2      A   I suppose it could.  But that was not
 3  the intent of the design.
 4      Q   When this subject model refrigerator was
 5  designed -- let me ask you this.
 6          Was it foreseeable to Whirlpool that an
 7  end user would take ice from an ice tray and put
 8  it into the ice bin for dispensing?
 9      A   I don't know if that was ever
10  considered.
11          As I said, that was not the intent of
12  the design.
13      Q   Let me ask you your opinion then,
14  whether you believe that it is foreseeable that
15  an end user would use ice trays to make their own
16  ice and put it in the ice collection bin for
17  dispensing from the automatic dispenser?
18      A   Well, this is the first time I have ever
19  heard of anybody doing that.  So I suppose I
20  would say no.
21      Q   If someone did that, made ice from
22  manual ice trays and put it in the automatic
23  dispensing unit and utilized it, could you see
24  any harm resulting from that?

Page 38

 1      A   No.
 2      Q   And do you know if there were any safety
 3  considerations made with respect to this model
 4  refrigerator in terms of trying to prevent an
 5  individual from putting their hand up the ice
 6  dispenser chute?
 7      A   Well, there is a general philosophy
 8  within the appliance industry that our products
 9  are designed to reduce the hazard of someone
10  reaching into an area that could potentially be
11  hazardous for any reason, whether it's cuts or
12  moving parts, or hot surfaces, anything like
13  that.
14      Q   Was the ice crusher in this refrigerator
15  viewed by Whirlpool as a potentially dangerous
16  area within the refrigerator?
17      A   I believe that it fits into the category
18  of sharp parts or moving parts, and that fits the
19  general philosophy that I just described to you.
20      Q   Did Whirlpool view the ice crusher
21  mechanisms of this refrigerator/freezer unit to
22  be an area that needed to be safeguarded from
23  consumers potentially somehow injuring
24  themselves?

Page 39

 1      A   To the extent I have just described, I
 2  believe so, yes.
 3      Q   I'm not sure if that answers my
 4  question.  I will try to ask it again.
 5          I'm trying to determine whether or not
 6  Whirlpool understood that this ice crushing
 7  mechanism could potentially be a dangerous area
 8  of the refrigerator from which consumers needed
 9  to be protected from coming into contact with so
10  as to injure themselves?
11      A   As I said, we have a general philosophy
12  that any sharp part or moving part or hot part is
13  a part where we need to restrict access to that
14  part.
15          So we have a general philosophy that we
16  basically reduce the risk of the consumer coming
17  into contact with either a sharp part, moving
18  part, or hot part.
19      Q   Is this crusher assembly one of these
20  moving parts, sharp parts, that is part of the
21  general philosophy that a consumer needs to be
22  prevented from coming into contact with?
23      A   No.  It's a part that we intend to
24  reduce access to.

Page 40

 1      Q   So when you say reduce access to, do you
 2  mean that in some circumstances an end user will
 3  be able to come in contact with this crusher
 4  mechanism?
 5      A   It's possible that in some unique set of
 6  circumstances that someone might be able to come
 7  in contact with such a part.
 8      Q   Was the design intent on Whirlpool's
 9  behalf to prevent individuals from coming into
10  contact with that part?
11      A   What do you mean by prevent?
12      Q   To the best of Whirlpool's ability in
13  the design of this refrigerator, was the intent
14  to prevent people from being able to come into
15  contact with this part of the refrigerator during
16  normal use and even misuse?
17      A   If you mean by the word prevent to make
18  it impossible, no, that is not possible.
19      Q   From Whirlpool's design standpoint, is
20  it conceivable that there will be an ice jam or
21  an ice dam which would prevent the flow of ice
22  into someone's glass when they are attempting to
23  use the dispenser?
24      A   Yes.

**EXHIBIT A**

# STEPHEN G. BOUGHTON

**Page 41**

1  Q    And in the safety audit or safety
2  considerations for this subject model
3  refrigerator was it considered that someone may
4  try to free that ice damn or ice jam?
5  A    Not in terms of a safety hazard, no.
6  Q    So in Whirlpool's design process did it
7  ever consider that an ice jam or an ice damn
8  would occur and an individual would try to free
9  that jam by sticking their hand up the ice chute?
10  A    Well, that is certainly one way that you
11  could do it.
12  Q    Right. And in the safety audits which
13  you were involved in was it ever considered that
14  someone would actually do it, would actually put
15  their hand up the ice chute to try to free an ice
16  jam?
17  A    I would not consider that to be a safety
18  hazard.
19  Q    Could you elaborate on that; why you do
20  not believe that to be a safety hazard?
21  A    Well, when I clear an ice jam like that
22  in my refrigerator, I reach up there and I
23  dislodge the cubes and they fall out.
24  Q    Can you can reach up with your hand?

**Page 42**

1  A    As far as I can. That opening, of
2  course, is not very far. But I can reach up far
3  enough.
4      If there are icecubes jammed in there
5  and if I can free it from underneath, I'll do
6  that and make the icecubes fall out.
7      If I can't reach the jam, then I open
8  the door and reach in from the inside.
9  Q    And in the refrigerator which you are
10  using at home to free ice jams, are you concerned
11  about reaching too far and reaching any working
12  parts?
13  A    No.
14  Q    Is that a different model refrigerator
15  than the one that is the subject of this
16  litigation?
17  A    No. The mechanism is basically the same
18  as this one.
19  Q    Is it your opinion that it's impossible
20  for someone to reach up the ice chute and become
21  injured by the working mechanisms of the ice
22  crusher?
23  A    Well, obviously in this case, this is
24  the first one that I've ever heard of like this.

**Page 43**

1  Obviously, it is possible because it appears to
2  have happened in this case.
3  Q    That was going to be my follow-up
4  question, whether you believe that this happened
5  or not.
6  A    Well, I suppose if it hadn't happened,
7  we wouldn't be here.
8  Q    What type of safety tests or safety
9  audit tests were performed to determine whether
10  someone could injure themselves by putting their
11  hand up the ice chute?
12  A    We use a standard underwriter's
13  laboratory test fixture to determine whether it's
14  likely for someone to be able to reach into that
15  particular hazardous part.
16  Q    Could you describe that test fixture for
17  me.
18  A    It's called an articulator probe.
19  Q    Do these comes in different sizes and
20  lengths and configurations?
21  A    No.
22  Q    What does it look like?
23  A    It basically simulates a wrist and a
24  single articulated finger.

**Page 44**

1  Q    Can you describe for me approximately
2  the dimensions of this device?
3  A    It's at the lower two and a half inches
4  at the wrist area.
5  Q    Diameter or circumference?
6  A    It's more like a flattened oval.
7  Q    About two and a half inches in diameter?
8  A    It has a major diameter of a little over
9  two and a half inches.
10  Q    And a minor diameter of --
11  A    I don't know the exact dimension.
12  Probably an inch or so.
13  Q    Okay.
14  A    It's not actually a diameter. It's a
15  width across a flat area.
16  Q    And also you said that it has some kind
17  of a finger component to it?
18  A    Yes.
19  Q    Could you describe that for me.
20  A    I believe the total length is something
21  like six inches, more or less.
22  Q    Now, in testing -- is it your testimony
23  that in testing this subject model refrigerator
24  that device was placed up the ice chute from the

**STEPHEN G. BOUGHTON**

```
 1   front of the freezer unit?
 2       A    Yes.
 3       Q    Do you know if this finger component of
 4   the probe reached the ice crushing mechanism?
 5       A    Yes, I do.
 6       Q    And did it?
 7       A    No.
 8       Q    Why did it not reach the ice crushing
 9   mechanism?
10       A    Because it wouldn't fit through the
11   opening and the finger wouldn't reach the blades.
12       Q    Is this a flexible device or is it an
13   inflexible probe?
14       A    That's what articulated means.  It's
15   flexible.  It's hinged.
16       Q    Is it hinged, or is it flexible material
17   that bends in all different place?
18       A    It's hinged.  It's similar to a finger
19   in construction.
20       Q    Do you know why it wouldn't reach the
21   mechanical workings of the crusher?
22       A    Because the wrist area wouldn't fit
23   through the opening at the bottom.  And the
24   finger wasn't long enough to reach through the
                                                    45
```

```
 1   opening to the crusher blades.
 2       Q    So if someone had a smaller wrist than
 3   your test probe and possibly longer, thinner
 4   fingers than your test probe, potentially they
 5   could reach the ice crushing unit?
 6       MR. FOSTER:  Let me just object to the form
 7   of the question as to "your probe."
 8   I think he said it was a UL probe.
 9       MR. TINE:  I'm sorry.  Do you want me to
10   rephrase the question?
11       MR. FOSTER:  Yes, please.
12       MR. TINE:  Okay.
13       Q    My question is whether or not -- is
14   whether potentially an individual with a
15   smaller-dimensioned wrist or longer smaller
16   fingers than the UL probe could potentially reach
17   the crusher unit in this subject model
18   refrigerator?
19       A    If there were some unique circumstances
20   where someone's wrist were smaller than this UL
21   probe, which I understand to represent a fairly
22   broad range of the population, but if someone has
23   a substantially smaller wrist and possibly longer
24   fingers or some way of reaching it, then it's
                                                    46
```

```
 1   possible, yes.
 2       Q    What is the intent of this probe; is it
 3   is supposed to represent an adult, a child; who
 4   is it supposed to represent?
 5       A    My understanding is it's based on a
 6   survey that UL performed of wrist and finger
 7   dimensions of children and adults.
 8       Q    This subject model refrigerator as
 9   designed and introduced into the market, is it
10   intended for use by a nine-year-old child?
11       A    There is no restriction that I know of
12   as far as age is concerned.
13       Q    Is it foreseen by Whirlpool that a
14   nine-year-old child would be using the water
15   dispenser or the ice dispenser?
16       A    I think that is foreseeable.
17       Q    If the water -- let me back up.
18            This subject model refrigerator requires
19   that external water be hooked up to the
20   refrigerator for it to make ice?
21       A    Yes.
22       Q    If the water was not hooked up to the
23   refrigerator, would it affect the functionality
24   of the water dispenser?
                                                    47
```

```
 1       A    Without water, the water dispenser would
 2   not operate.
 3       Q    Without the water being hooked up to the
 4   refrigerator, could ice be made?
 5       A    Not in the icemaker, no.  Not in the
 6   automatic icemaker.
 7       Q    But it could be made by someone putting
 8   trays in the freezer?
 9       A    Yes.
10       Q    Would the external water not being
11   hooked up to the refrigerator, would that affect
12   the functionality of the ice dispenser?
13       A    Just to the extent that it wouldn't be
14   producing ice for the dispenser.
15       Q    Let's say that if ice was already in the
16   dispenser, would not having the water hooked up
17   affect the functionality of the ice dispenser?
18       A    Only to the extent that it wouldn't make
19   ice to replace whatever you had just dispensed.
20       Q    But the water not being hooked up in
21   itself wouldn't somehow cause the functionality
22   or proper operation of the ice dispenser to not
23   work, correct?
24       A    No.  You can still dispense whatever ice
                                                    48
```

**STEPHEN G. BOUGHTON**

Page 49:

```
 1  is in the ice bucket regardless of whether the
 2  ice is turned on or connected.
 3       Q   If the external water source were not
 4  hooked up to the refrigerator, would it make the
 5  ice dispenser dangerous?
 6       A   No.
 7       Q   Is this a product that Whirlpool
 8  considers to be dangerous by its nature?
 9       A   No.
10       Q   Is this a product that can become
11  dangerous through normal use?
12       A   No.
13       Q   Is the general design intent to prevent
14  injury to foreseeable users?
15       A   The intent of the design is to reduce
16  the risk of injury to consumers.
17       Q   Do you know if there were any design
18  considerations, such as making the dispenser
19  chute smaller, to prevent a broader range of
20  individuals from being able to put their hands up
21  the ice chute?
22       A   I'm sorry. I lost the first part of
23  your question.
24       Q   Sure.
```

Page 50:

```
 1           I was just asking whether there was any
 2  design or safety consideration to make the ice
 3  chute a smaller dimension to prevent a greater
 4  number of people from being able put their hand
 5  up the ice dispenser chute?
 6       A   No.
 7       Q   What is the purpose of the lock for this
 8  refrigerator?
 9       A   That is for the adults in the house to
10  select whether or not they want their children to
11  operate the dispenser mechanism.
12       Q   Is it intended to stop children from
13  using it who can't reach the lock?
14       A   Basically, it's to give the parents the
15  option of preventing their kids from using the
16  dispenser, if they don't want them to dump ice on
17  the floor, or to make a mess, or to get ice for
18  whatever reason.
19       Q   How does the lock accomplish that?
20       A   By making it necessary to unlock the
21  dispenser before it's used.
22       Q   If a child could reach the lock button,
23  the only step in their path to using the ice or
24  water dispenser is to press the unlock button?
```

Page 51:

```
 1       A   That's correct.
 2       Q   Was there ever any design or safety
 3  consideration to put some kind of code or other
 4  features to make it more complicated to unlock
 5  the ice or water dispenser?
 6       A   Not on this model, no.
 7       Q   That consideration, has it ever been
 8  implemented on other models?
 9       A   Yes.
10       Q   When the lock is on does it prevent the
11  ice crusher from working; when the lock is
12  activated, does it prevent the ice crusher from
13  working?
14       A   Yes.
15       Q   Do you have knowledge of the dimensions
16  or distances from the chute entranceway to the
17  ice crusher mechanisms?
18       A   Approximately, yes.
19       Q   Approximately, can you tell me?
20       A   I believe it's around 8 inches. It
21  might be a little more than that, but I think
22  that's approximately right.
23       Q   Is there a drawing or plan or some sort
24  of document that we can interpret those
```

Page 52:

```
 1  dimensions from?
 2       A   No.
 3       Q   There's no engineering drawings that
 4  have dimensions which would show you distances
 5  from the exit chute for ice to the working
 6  mechanisms of the ice crusher?
 7       A   No.
 8       Q   So in your opinion is the only way to
 9  determine that dimension to physically measure a
10  specimen refrigerator?
11       A   That what's I would do.
12       Q   Is it the only way in your opinion to do
13  it?
14       A   That's the easiest way.
15       Q   How else could you do it?
16       A   You can take all of the individual
17  component drawings, add everything up, and figure
18  it out from that.
19       Q   So if there are dimensioned component
20  drawings, which when consolidated and
21  mathematically computed, or in some other
22  fashion, you could derive the distance from the
23  ice chute to the working crusher mechanism?
24       A   You could do that.
```

**EXHIBIT A**

**STEPHEN G. BOUGHTON**

## Page 53

```
 1      Q    But it would be far more difficult than
 2   just measuring a physical specimen?
 3      A    I don't know about more difficult.  It
 4   would be far more time consuming.
 5      Q    Were there any design or safety
 6   considerations with respect to increasing the
 7   distance between the ice dispenser opening and
 8   the ice crusher mechanism?
 9      A    No.
10      Q    Were there any design or safety
11   considerations made or considered that a warning
12   had to be placed on the exterior of the
13   refrigerator that there were moving working parts
14   or some script "danger" that could be encountered
15   from putting one's hand up the ice dispenser
16   chute?
17      A    No.
18      Q    How would you expect a user to free an
19   ice jam or an ice damn?
20      A    I would expect people to do what I do.
21      Q    What do you do?
22      A    What I described earlier.
23      Q    You put your hand up there?
24      A    If I can reach where the ice was jammed
```

## Page 54

```
 1   from underneath, I would make an attempt to
 2   dislodge the cubes.
 3           And if that didn't work, then I would
 4   open the door and reach in from the inside.
 5      Q    Potentially, if you had this subject
 6   model refrigerator and reached up 8 inches and
 7   hit the ice crusher mechanism and depressed the
 8   lever activating it, potentially you can hurt
 9   yourself?
10      A    Well, I can't because I can't get my
11   hand up there.
12      Q    But if someone could, they could hurt
13   injure themselves that way?
14      A    Not if you were dislodging icecubes, no.
15      Q    Why not?
16      A    Because the icecubes would be in the
17   way.
18      Q    If you move the icecubes, would you then
19   encounter the crusher?
20      A    Well, if you stick your hand up from
21   underneath and there are icecubes in the way,
22   the only for you to get the icecubes out is for
23   them to fall down through the chute.  To do that,
24   you would have to remove your hand.
```

## Page 55

```
 1      Q    Unless you have a narrow hand?
 2      A    Well, you still have the icecubes in the
 3   way.
 4      Q    So in your opinion the icecubes couldn't
 5   fall past someone's hand?
 6      A    I don't see how they could, unless your
 7   hand and wrist were less than half the diameter
 8   of the ice chute opening.
 9      Q    What features are in place to stop
10   someone from putting their hand up the ice chute?
11      A    The diameter of the bottom of the
12   opening.
13      Q    Any other features?
14      A    Well, that combined with the length
15   between there and the crusher blades.
16      Q    Any other features besides the diameter
17   of the opening and the distance between the
18   opening and crusher blades as a safety feature to
19   stop someone from injuring themselves and putting
20   their hand up there?
21      A    There is also a trap door that is
22   covering the bottom of the chute.
23      Q    This trap door, which direction can it
24   not open?
```

## Page 56

```
 1      A    It opens outwards.
 2      Q    In the design stages or in the safety
 3   audit stages was there a consideration for using
 4   a smaller icecube and a smaller chute size?
 5      A    No.
 6      Q    This plastic casing, which I will point
 7   to in Exhibit No. 11, is this a plastic casing
 8   that outlines the working mechanisms of the ice
 9   crusher and auger and other components within the
10   freezer unit?
11      A    Yes.
12      Q    This is a plastic casing?
13      A    That's correct.
14      Q    Is that plastic casing clear or can you
15   not see through it?
16      A    That is not clear.
17      Q    So if someone opened the freezer, they
18   couldn't see the working mechanisms of the ice
19   crusher?
20      A    That's correct.
21      Q    Do you think it's an obvious danger of
22   one putting their hand up the ice dispenser
23   chute?
24      A    No, I don't believe so.
```

**EXHIBIT A**

# STEPHEN G. BOUGHTON

```
 1        Q    I would say obviously not, since you do
 2   it yourself, correct?
 3        A    Yes.
 4                    (A short recess was had
 5                     after which the following
 6                     proceedings were had:)
 7   MR. TINE:
 8        Q    Mr. Boughton, does this model
 9   refrigerator come with any manufacturer-provided
10   manual ice trays?
11        A    No.
12        Q    Do you understand my question?
13             The ice trays where you make ice
14   yourself?
15        A    Yes, I understand.
16        Q    And do you know if Sears supplies any
17   ice trays with this refrigerator for sale?
18        A    I'm sure that they don't.
19        Q    You don't think they put something --
20   after it leaves your facility, they put in their
21   own ice trays or something?
22        A    They wouldn't have any reason to.
23        Q    Look at this document, which is Bates
24   No. 218.
                                                      57
```

```
 1             I believe in the comment section it says
 2   something about a new indoor ice feature.
 3        A    Yes.
 4        Q    What does that mean; can you explain
 5   that to me.
 6        A    The indoor ice feature means the ice
 7   bucket is located in the door instead of inside
 8   the freezer compartment.
 9        Q    So was there a previous model or
10   previous design where this ice bucket was located
11   in the back part of the freezer, as opposed to
12   the freezer door?
13        A    It was located on a shelf in the freezer
14   compartment before.
15        Q    Did that subject model refrigerator have
16   a crusher mechanism, also, the ability to crush
17   ice?
18        A    Yes.
19        Q    Where was the crusher located in that
20   model refrigerator?
21        A    At the front of the ice bucket.
22        Q    Not in the freezer door, but in the back
23   of the freezer itself or on one of the shelves?
24        A    At the front of the bucket, which is
                                                      58
```

```
 1   sitting on a shelf in the freezer compartment.
 2        Q    Okay.  This 9-page document, which is
 3   Bates No. 220 through 228, entitled test plan
 4   agreement, could you explain to me what this
 5   document is?
 6        A    That's a list of all of the tests that
 7   are to be performed on this particular model in
 8   order to approve it for production.
 9        Q    Okay.  If you can look at Bates No.
10   247, where it says probe test, if you can explain
11   to me what that means there in that discussion
12   concerning the probe test.
13        MR. FOSTER:  Do you mean Bates No. 000247?
14        MR. TINE:  Correct.
15        THE WITNESS:  That describes the test fixture
16   that I was talking about before.
17        MR. TINE:
18        Q    This UL test probe which is put the ice
19   dispenser to see if it makes contact with
20   dangerous pitch points or things of that nature?
21        A    Along with any other opening in their
22   product, yes.
23        Q    When this probe is being put up the ice
24   dispenser chute, how does one view where it is
                                                      59
```

```
 1   making contact?
 2        A    You observe where it goes.
 3        Q    Are you looking through the hole with
 4   the probe, or are you looking behind through the
 5   top of the chute; is the thing disassembled?
 6             Do you understand what I'm saying?
 7             How do you see where the probe is going?
 8        A    You test it with the product assembled.
 9        Q    Assembled?
10        A    Yes.
11        Q    How do you see where the probe is going?
12        A    You just look up the chute in this case.
13        Q    Is the same person who's working the
14   probe also looking up the chute?
15        A    Most likely, yes.
16        Q    Have you ever done this yourself?
17        A    Yes.
18        Q    Do you know -- did you personally do it
19   on this subject model refrigerator or this model
20   type?
21        A    No.
22        Q    If you can look at Exhibit No. 12,
23   which is Bates No. 000259.
24             There is a section that says customer
                                                      60
```

**STEPHEN G. BOUGHTON**

```
 1  exposure.
 2          Do you see that?
 3      A   Yes.
 4      Q   If you go to the bottom item, No. 7, and
 5  I'll read this: "Do any openings in the enclosure
 6  permit access to moving parts during normal
 7  operation."
 8          Next to it it says AC.  What's does AC
 9  mean?
10      A   Acceptable.
11      Q   What does it say in the next column
12  after that?
13      A   NA, for not applicable.
14      Q   Well, in the next column first it says
15  no change from current production, correct?
16      A   Yes.
17      Q   And then it says NA, correct?
18      A   Yes.
19      Q   And what does the NA mean?
20      A   Not applicable.
21      Q   What does that mean, not applicable?
22      A   In this particular case it probably
23  means that it was not reevaluated because it was
24  no different from current production.
                                              61
```

```
 1      Q   That's why that test wasn't implemented?
 2      A   Because there's nothing to test.
 3      Q   And No. 11, under status, it says not
 4  applicable.
 5          Can you tell me why that Item No. 11
 6  test is not applicable?
 7      A   Because as far as I know, there is no
 8  issue of entrapment of hair, clothing, body,
 9  etcetera.
10      Q   Same exhibit, Exhibit No. 12, Bates
11  No. 000262, at the bottom of that page it says
12  customer misuse.
13          Could you describe for me the purpose of
14  that section of this audit report?
15      A   It's pretty much self explanatory.  It's
16  looking at issues of any potential customer
17  misuse.
18      Q   So is the intent that there are
19  foreseeable misuses of the product for which
20  Whirlpool is testing to see if an end user could
21  be injured?
22      A   Yes.
23      Q   Are there any other documents other than
24  Exhibit Nos. 12 and 13 which further explain or
                                              63
```

```
 1      Q   So there was already a similar model
 2  that had a similar feature, so it's not retested?
 3      A   Since it's the same and it already
 4  passes, then you just don't repeat something that
 5  has already passed.
 6      Q   Is what I'm saying accurate, that there
 7  was a prior model that had a similar feature in
 8  this regard, with regard to openings, and
 9  therefore, the openings weren't tested?
10      A   That's correct.
11      Q   If you can take a look at Bates
12  No. 000260, item No. 8.
13          "Is the enclosure in which a high-speed
14  device is rotating strong enough to contain
15  fragments if the device fails in motion."
16          It says NA again, which means not
17  applicable?
18      A   Yes.
19      Q   So does this mean again that there was
20  no testing done again this time because in your
21  opinion there was a similar component tested on a
22  prior model?
23      A   No, because there is no high-speed
24  rotating device in this case.
                                              62
```

```
 1  elaborate on the testing performed on the subject
 2  model refrigerator or the model type?
 3      A   Not other than any tests that are
 4  mentioned in the safety audit or in the model
 5  approval document.
 6      Q   Let me ask you with respect to the UL
 7  probe which was inserted in the ice dispenser, is
 8  there any documentation other than Bates
 9  No. 000247 -- and I believe there is also a
10  reference to it in one of these safety audits --
11  is there any other documentation which would
12  explain how that test is performed, the results
13  thereof, or guidelines that need to be followed
14  in performing the test?
15      A   Not as part of these documents, no.
16      Q   Is there anything in Whirlpool's
17  possession which would explain in greater detail
18  how that test is to be performed or the results
19  therefrom or anything of that nature?
20      A   I believe that is described in UL 250.
21      Q   Which is a publication from UL?
22      A   Yes.
23      Q   Is Whirlpool in possession of that
24  publication?
                                              64
```

**Page 65**

1  A  Yes.
2  Q  This subject model refrigerator, do you
3  know if it was delivered to the end user with the
4  icemaker/dispenser/crusher, all those components
5  already installed?
6  A  I believe that they are.
7  Q  And I think I have already asked this.
8     The icemaker/dispenser/crusher, all
9  those units were designed and manufactured by
10 Whirlpool?
11 A  Yes.
12 Q  If you can look at Exhibit No. 13 again,
13 on the third page under the heading Product, it
14 says intermediate safety audit and then in
15 parentheses it says door chill, handles, and gold
16 control.
17    Does this safety audit specifically
18 relate to just those components?
19 A  It looks like there were some other
20 issues identified or at least other parts
21 reviewed at the same time, but it's primarily for
22 those components.
23 Q  And what are those components?
24    Door chill, what does that refer to?

**Page 66**

1  A  Door chill is a system that directs some
2  chilled air directly into the shelves on the door
3  to improve the temperature distribution in the
4  door area.
5  Q  And the next item is handles.
6     Is that referring to the exterior
7  handles on the freezer and on the refrigerator?
8  A  Yes.
9  Q  And gold control, what does that refer
10 to?
11 A  I believe that is an electronic
12 control.
13 Q  So the gold control refers to in your
14 belief electronic controls?
15 A  It may be, but I don't remember for
16 sure.
17 Q  When you're saying that, are you
18 thinking that those are the exterior controls of
19 Exhibit 3 or something else?
20 A  It could be that, or it could be the
21 temperature controls inside the refrigerator.
22    I don't remember for sure.
23 Q  Is there a separate safety audit report
24 that relate to other components or features of

**Page 67**

1  the refrigerator?
2  A  There would be on previous models and
3  for things that didn't change between previous
4  models and this model.  You won't review things
5  that have already been reviewed.
6     But I do see some references in here to
7  a drop-down shelf and to a veggie tray.
8  Q  So even though the title of this product
9  review refers to those three categories, you're
10 saying in certain instances testing was performed
11 on other features of the refrigerator as
12 referenced in that document?
13 A  Yes.
14 Q  Are you aware of any other safety
15 audits, documents relating to this refrigerator
16 or subject model refrigerator?
17 A  Not that I'm aware of.
18    There is a reference further back in
19 here to gold control knobs, which would indicate
20 this is not an electrical control.  That would be
21 a mechanical control.
22 Q  What Bates page is that on?
23 A  Bates No. 000322.
24 Q  Are you aware of any present or past

**Page 68**

1  claims against Whirlpool by anyone claiming to
2  have been injured by putting their hand up the
3  ice dispenser chute?
4  A  This is the first one I have heard of.
5  I've been involved in refrigerator design since
6  1968.
7  Q  Could you look at this document,
8  Bates No. 000001 through 14, and from looking at
9  the photographs 1 through 9, tell me what part is
10 missing from the interior of the freezer door.
11    And if it's easier to just refer to page
12 numbers and groups of parts, that is sufficient.
13 A  You're talking about what is missing
14 from --
15 Q  From the ice crusher, ice holster
16 assembly that goes inside the freezer door.
17 A  The only thing I can tell that's missing
18 is the part that's in this drawing, in Exhibit
19 No. 11.
20 Q  Exhibit No. 11, that drawing, could you
21 look at the parts listing, which is Bates label
22 No. 1 through 14, and tell me if you see an
23 exploded view or configuration which shows those
24 parts.

**Page 69**

```
1    A    It looks like everything is identified
2  on Bates No. 000005, which is entitled motor and
3  ice container parts.
4       MR. TINE:  Thank you.
5            I don't have any further questions.
6       MR. FOSTER:  I don't have any questions.
7            FURTHER DEPONENT SAITH NAUGHT. . . .
```

**Page 70**

```
           UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

   JASMINE D. BUNTON, by her      )
   legal guardian, LOURENCO P.    )
   DOSSANTOS and LOURENCO P.      )
   DOSSANTOS,                     )
                                  )
              Plaintiffs,         )
                                  )
         -vs-                     ) No. 04-CV-12369-NG
                                  )
   SEARS ROEBUCK & CO. and        )
   WHIRLPOOL CORPORATION,         )
                                  )
              Defendants.         )

         This is to certify that I have read the
   transcript of my deposition taken on the 17th day
   of June, 2005, in the foregoing cause, and that
   the foregoing transcript accurately states the
   questions asked and the answers given by me, with
   the changes or corrections, if any, made on the
   Errata Sheet(s) attached hereto.


                      STEPHEN G. BOUGHTON
                           DEPONENT
                      Subscribed and sworn to
                      before me this      day of
                                   , 2005.


                      Notary Public
```

**Page 71**

```
   STATE OF ILLINOIS )
                     ) SS:
   COUNTY OF COOK    )

         SHARON L. GAUGHAN, being first duly
   sworn on oath says that she is a court reporter
   doing business in the City of Chicago; that she
   reported in shorthand the testimony given at the
   taking of said deposition, and that the foregoing
   is a true and correct transcript of her shorthand
   notes so taken as aforesaid, and contains all the
   testimony given by STEPHEN G. BOUGHTON at said
   deposition.

         And further, that she is not connected
   by blood or marriage with any of the parties to
   this action, nor is she a relative or employee or
   attorney or counsel of any of the parties, nor is
   she a relative or employee of such attorney or
   counsel, or financially interested in the action,
   or interested directly or indirectly in the
   matter in controversy.

         That the preceding deposition was read
   by said deponent, and any and all corrections
```

**Page 72**

```
   which the deponent desires to make shall be duly
   made by the deponent on the enclosed errata
   sheet(s), indicating page and line to be
   corrected, and that the explanation, if any,
   given by the deponent for said corrections shall
   be thereon noted.




                      CERTIFIED SHORTHAND REPORTER
                      CSR No. 084-002169


                      Subscribed and sworn to
                      before me this      day of
                                   , 2005.



                      Notary Public
```

# STEPHEN G. BOUGHTON

```
                    SULLIVAN REPORTING COMPANY
                    Two North LaSalle Street
                    Suite 1780
                    Chicago, Illinois   60602
                    (312) 782-4702

                    June 28, 2005

Mr. Robert W. Foster, Jr., Esq.
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th floor
Columbia, South Carolina   29211

RE:  Bunton vs. Sears/Whirlpool

Dear Mr. Foster:

        Enclosed please find the transcript of
the discovery deposition of STEPHEN G. BOUGHTON,
taken on the 17th day of June, 2005, in the
above-entitled cause.
        Since signature was reserved, please ask
STEPHEN G. BOUGHTON to review his transcript from
June 17, 2005, making any necessary corrections
on the errata sheets and to sign and notarize the
deponent's signature page.  Please send the
original signed errata sheets and signed
deponent's certification to MR. ANDREW TINE, keep
a copy for yourself, and please send a copy to me
for my records.
        According to amended Rule 207(a),
signature must be obtained within 28 days or the
deposition may then be used fully as though
signed.
        Your cooperation in this matter is
greatly appreciated.  Thank you.

                    Sincerely,


                    Sharon L. Gaughan, CSR
                    SULLIVAN REPORTING COMPANY

CC:  Mr. Andrew Tine
```

73

**EXHIBIT A**