UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO: 04-CV-12369-NG VOLUME 1

*************************************

JASMINE D. BUNTON, by her legal guardian, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS

Plaintiffs

vs.

SEARS ROEBUCK and CO.,

Defendant

*************************************

DEPOSITION of JASMINE D. BUNTON, a witness called on behalf of the Defendant, pursuant to the Massachusetts Rules of Civil Procedure, before Lisa E. Berkland, a Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Campbell, Campbell, Edwards & Conroy, One Constitution Plaza, Boston, Massachusetts, on Wednesday, April 6, 2005, commencing at 9:00 a.m..

EYAL COURT REPORTING, INC.
4 Faneuil Hall Marketplace
Boston, Massachusetts 02109
(617) 723-9432 (800) 322-3925

EXHIBIT B

APPEARANCES:

NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
(By Robert W. Foster, Esquire)
Meridian, 17th Floor
1320 Main Street
Columbia, South Carolina 29201
(803) 255-9414
On behalf of the Defendant.

CAMPBELL, CAMPBELL, EDWARDS & CONROY
(By Julie B. Goldman, Esquire)
One Constitution Plaza, 3rd Floor
Boston, Massachusetts 02129
(617) 241-3000
Co-Counsel for the Defendant.

HAESE, LLC
(By Andrew J. Tine, Esquire)
30 Franklin Street, 3rd Floor
Boston, Massachusetts 02110
(617) 428-0266
On behalf of the Plaintiffs.

ALSO PRESENT:
Lourenco P. Dossantos

INDEX

| WITNESS: | DIRECT | CROSS |
|---|---|---|
| JASMINE D. BUNTON | | |
| (By Mr. Foster) | 4 | |

EXHIBITS

| Number | Description | Page |
|---|---|---|
| 1 | Copy of photos | 33 |

P-R-O-C-E-E-D-I-N-G-S

That, JASMINE D. BUNTON, having first been duly sworn, on oath, deposes and testifies as follows:

DIRECT EXAMINATION

BY MR. FOSTER:

**Q. Are you ready?**

A. Ah-huh.

**Q. Jasmine, my name is Robert Foster. I'm from South Carolina. I'm a lawyer for Sears and Whirlpool. Julie Goldman is here. She is from Boston. The two of us are lawyers. We represent the companies who made the refrigerator where you were injured. Okay?**

A. (Witness nods.)

**Q. I'm going to ask you some questions today just so I can find out -- just so we can find out what happened. We want to talk about your hand that got cut. You can tell us, and then we can go back and tell everybody at Sears and Whirlpool exactly what happened. Okay?**

A. (Witness nods.)

**Q. You have to answer, Jasmine, so the court reporter can write it down. Instead of nodding your head, just say "yes" and "no." Try to give us words for answers. Can you do that?**

A. Okay.

**Q. Okay. Good.**

MR. TINE: Just to put on the record, with respect to stipulations, I would like to reserve 30 days to read and sign, reserving as to all objections, except as to form.

MR. FOSTER: That's fine.

**Q. We are taking this deposition on behalf of both Sears and Whirlpool. So you only have to give it one time. Okay?**

A. Okay.

**Q. Do you know what a deposition is?**

A. No.

**Q. Okay. Well, that's what we are doing here today. A deposition is where a lawyer asks the witness, and you are a witness, questions. And the court reporter here, she gave you the oath to**

EXHIBIT B

**tell the whole truth and nothing but the truth. Did you understand that oath?**
A. Yes.
**Q. Do you understand what it means to tell the whole truth?**
A. Yes.
**Q. Okay. So that's all we want you to do, just to tell the truth as best you can remember. If you can't remember something, then just tell us "I don't remember." Okay?**
A. Okay.
**Q. We are not here to make this difficult or hard; and we are not here to try to trick you. We are just here to talk. So all of us -- your lawyer is here to help you, and we are here to find out what happened. Okay?**
A. Okay.
**Q. Now, are you missing school today?**
A. Yes.
**Q. Okay. What school do you go to?**
A. St. Kevin's.
**Q. What grade are you in now?**

A. Third.
**Q. You are in the third grade?**
A. Yes.
**Q. How old are you today?**
A. 9.
**Q. When is your birthday?**
A. July 8th.
**Q. Okay. So this coming July 8th, you will be 10 years old?**
A. Yes.
**Q. Okay. At the time of the accident, the accident where you cut your finger, you were 8 years old?**
A. Yes.
**Q. Okay. What fingers did you cut?**
A. Here. (Indicating.)
**Q. On your left hand?**
A. Yes.
**Q. We will take a look at that in a little bit.**
**Do you know the address where your school is located?**
A. No.
**Q. What's the name of the school again?**

A. St. Kevin's.
**Q. How many grades is St. Kevin's?**
A. Eight.
**Q. It goes up to the eighth grade?**
A. Yes.
**Q. Does it start in kindergarten or first grade?**
A. Kindergarten.
**Q. How long have you gone to that school?**
A. This year -- actually, I don't really know.
**Q. Did you go there in kindergarten?**
A. No.
**Q. Did you go there in the first grade?**
A. No.
**Q. Did you go there last year?**
A. Yes.
**Q. Okay. So last year was the first year you went there?**
A. Yes.
**Q. Okay. Is it a private school or is it a public school, do you know?**
A. It's a Catholic.
**Q. It's a Catholic school?**

A. Yes.
**Q. Where is it located?**
A. Dorchester.
**Q. Dorchester. Okay. How far away is that from here?**
A. I don't know.
**Q. Okay. How long did it take you to get here this morning?**
A. I have no idea.
**Q. Okay. Where do you live now? What address do you live at?**
A. 7 Bloomfield.
**Q. 7 what?**
A. Bloomfield.
**Q. Okay. Is that where you lived at the time of the accident?**
A. No.
**Q. Where did you live at the time of the accident? Do you remember the address?**
A. 78 Summer Street.
**Q. Okay. Where is 7 Bloomfield?**
A. It is --
**Q. How far away is it from where you used to live? Is it in the same neighborhood?**

EXHIBIT B

A. No.
**Q. Okay. What kind of -- do you live in a house, an apartment? What kind of place do you live in today?**
A. I don't know.
**Q. Okay. Is it just one house all by itself or are there other people that live in the building?**
A. Other people that live in the building.
**Q. What floor do you live on?**
A. First.
**Q. How big is the building? How many floors is the building?**
A. Three.
**Q. All right. In school, Jasmine, have they taught you how to read yet?**
A. Yes.
**Q. Do you know how to read?**
A. Not a lot.
**Q. When did you first start reading?**
A. When I was in second grade.
**Q. Okay. You don't read a lot right now?**
A. No.
**Q. If I handed you something -- let me hand**

**you something to see if we can find out how much you are reading. Let's see if I have something here.**
**English is your primary language, right?**
A. Yes.
**Q. Do you speak any other language?**
A. Yes.
**Q. What other language?**
A. Cape Verdian.
MR. DOSSANTOS: It's called Cape Verdian creole.
**Q. All right. This is just the owner's manual for the refrigerator. Let's just look at this big heading called "Warranty." Do you see that?**
A. Yes.
**Q. Can you try to read that paragraph for me?**
A. "When there..." --
MR. DOSSANTOS: She is bad at reading.
A. "...refrigerator for one year from the date of purchase when this refrigerator

is..." --
**Q. "...operated."**
A. Operated..." --
**Q. "...and mal..." --**
MR. TINE: You are having trouble now.
MR. FOSTER: I was reading it upside down.
**Q. "...and maintained according..." --**
A. "...according to..." --
**Q. Those are big words. "...instructions." Okay. That's good. I just wanted to know how far you have gotten in your reading.**
**What other courses do you take in school besides reading? What else do they teach you?**
A. Math and science, social studies.
**Q. Okay. Which one are you strongest in? What do you make your best grades in?**
A. Math.
**Q. Okay. What do you make your lowest grades in?**
A. Spelling.

**Q. All right. Do you know why you -- when you went to this new school, the Catholic school, did you start at the beginning of the second grade at that school or did you move in the middle of the year?**
A. I moved in, I think, the middle of the year.
**Q. Okay. Why did you move to that Catholic school?**
A. I don't know.
**Q. What school did you go to -- what's the name of the Catholic school you go to?**
A. St. Kevin's.
**Q. What school did you go to before you went to St. Kevin's?**
A. St. Patrick's.
**Q. Okay. Is that also a Catholic school?**
A. Yes.
**Q. All right. Were you doing okay at St. Patrick's?**
A. Yes, but I'm still doing kind of like the same thing.
**Q. I see. So whatever you were maybe having trouble with at St. Patrick's, you are**

EXHIBIT B

**still having the same troubles at St. Kevin's?**
A. Yes.
**Q. What kind of troubles were you having at St. Patrick's, would you say?**
A. Like -- I don't really know.
**Q. Okay. Was it with the school work or was it with people or was it with the teachers?**
A. It was, I think, school work.
**Q. Okay. Then you decided to change schools?**
A. I didn't decide. My father decided to.
**Q. Your father decided to. All right. Did you change schools before the accident or after the accident?**
A. Before.
**Q. Okay. And the accident was in April a year ago. So you started St. Kevin's before the accident; is that right?**
A. Yes.
**Q. All right. How soon before the accident did you start at St. Kevin's?**
A. I do not really know.

**Q. Was it before Christmas or after Christmas of last year; do you remember that?**
A. No.
**Q. All right. That's okay. How many people are in your class at St. Kevin's?**
A. I think 13, including me.
**Q. Okay. How many teachers do you have?**
A. Two.
**Q. When you were at St. Patrick's, how many students were in your class?**
A. I do not know.
**Q. You don't remember?**
A. No, I don't remember.
**Q. How many teachers did you have at St. Patrick's?**
A. One, and I think I had like -- I don't really know.
**Q. All right. Did the accident hurt your school work at all?**
A. No, but it kept me out of school for a while.
**Q. Okay. So you missed some days of school?**
A. Yes.

**Q. But when you went back to school, were you able to do the same kind of work?**
A. Yes, but not like -- it was hard like -- when I went back to school, whenever I go to gym, when I have to run, it will slow down my running.
**Q. I see. Okay. So other than when you go to gym, where you have to do, like, track and basketball and things like that, is that right -- what do you do in gym?**
A. Lots of stuff.
**Q. What's one of the sports you play in gym?**
A. Basketball and soccer and like any sport.
**Q. Okay. So it slows you down a little bit when you go to gym?**
A. Yes.
**Q. That's because they had to take something out of your ankle?**
A. Yes.
**Q. Okay. Other than gym, did it hurt you in your math or your spelling or your reading or anything?**
A. No.
**Q. So it's just really the physical gym**

**part; is that right?**
A. Yes.
**Q. Okay. What was it that hurt you when you were doing gym?**
A. My leg, and sometimes my hand was -- it would come in the breeze and it would feel like something just hits my hand. (Indicating.)
**Q. What does that do when something hits your hand?**
A. It hurts.
**Q. Okay. Why does your leg hurt?**
A. My leg hurts because -- like, my brother kicked me one time on my leg, and it started bleeding. Now I have a bigger scar. So every time I, like, run, it stops my leg, and it hurts.
**Q. Did he kick you right where the sore was?**
A. Yes.
**Q. Okay. Why did he kick you?**
A. He was playing soccer, and he went, like, -- his leg just kicked --
**Q. Oh. He didn't mean to kick you?**
A. I know. He went to go kick the ball,

EXHIBIT B

which was right next to my leg. He kicked my leg.
**Q. So it was an accident?**
A. Yes.
**Q. But it messed up your cut area?**
A. Yes.
**Q. Did it start bleeding?**
A. Yes.
**Q. Did you have to go to the doctor?**
A. No.
**Q. All right. You just made it stop bleeding?**
A. Yes.
**Q. Okay. Other than when your brother kicked you, has your leg hurt at other times?**
A. Yes.
**Q. How does it hurt?**
A. It feels like it's swelling up bigger and it will start getting pain in it. It feels like it gets bigger, like, at the moment, and it hurts.
**Q. Okay. Is it getting better and better or is it about the same since you first had**

**the accident?**
A. It's kind of getting better.
**Q. Okay. You can feel it getting a little bit better?**
A. Yes.
**Q. Okay. How soon after the accident could you start running again? Could you start running after the accident at some point?**
A. I don't know how long.
**Q. Okay. Did you have to put a bandage on your leg after the accident?**
A. Yes.
**Q. They had to put something on it?**
A. Yes.
**Q. How long did you have the bandage on it?**
A. Not for long. When I was in the hospital, I couldn't get up by myself.
**Q. Okay. They had to get a nurse to help you get up?**
A. Or my grandmother, because she slept over there.
**Q. She slept at the hospital?**
A. Yes.
**Q. How many nights did you have to spend at**

**the hospital?**
A. I think one.
**Q. How old is your brother?**
A. He is 7, I think.
**Q. Your brother is a younger brother?**
A. Yes.
**Q. He is younger than you?**
A. Yes.
**Q. Okay. Do you have any other brothers or sisters other than your little brother?**
A. I have a big sister.
**Q. How old is she?**
A. I think 15. Yes, she is 15.
**Q. Does she live with you?**
A. No. She lives in Brockton.
**Q. She lives where?**
A. Brockton.
**Q. Who does she live with?**
A. Her mother.
**Q. Okay. Who lives with you right now in your apartment?**
A. My father, my grandma, my aunt, and my uncle, and my cousin, and my brother.
**Q. Okay. Do they live in the same apartment**

**with you?**
A. Yes.
**Q. Okay. Do you share a bedroom with anybody?**
A. Yes, my grandmother.
**Q. You share a bedroom with your grandmother?**
A. Yes.
**Q. What is your grandmother's name?**
A. Maria.
**Q. Do you know what her last name is?**
A. I think the same thing as my father.
**Q. Is it Maria Gomez?**
A. No.
**Q. That's someone different? Is it Maria DiPena, or is that someone different?**
A. I don't know.
**Q. Okay. You just know her -- what do you call her?**
A. Vo-Vo.
**Q. Vo-Vo? Is that what you call her?**
A. It's a name in Cape Verdian.
**Q. So that's what you call her? You don't call her "Maria," do you?**

EXHIBIT B

A. No.
**Q. You just call her a nickname?**
A. Yes.
**Q. What does she call you?**
A. My name.
**Q. She calls you Jasmine?**
A. Ah-huh.
**Q. In regular English, she calls you that?**
A. No.
**Q. She calls you that in the other language?**
A. Yes, which is kind of the same.
**Q. It sounds the same? How do you say it?**
A. Jasmine, but kind of like --
**Q. With an accent to it?**
A. Yes.
**Q. Let me just understand again who lives with you. You said your brother lives with you, your 7 year old brother?**
A. Yes.
**Q. And your dad lives with you?**
A. Yes.
**Q. And your grandmother lives with you?**
A. Yes.
**Q. And then you said an aunt and uncle?**

A. Yes, and a cousin.
**Q. What are their names?**
A. One is called another Maria, Julio.
**Q. Who is that? Is that your uncle?**
A. Yes, uncle. And Jason.
**Q. Jason is your cousin?**
A. Yes. Dillon.
**Q. Who is Dillon?**
A. Dillon is my brother.
**Q. Okay.**
A. My father, and my grandmother.
**Q. Okay. Now, at the time of the accident, did those same people live with you or only some of those people?**
A. Yes, they lived with me.
**Q. They lived with you on Sumner Street?**
A. Yes.
**Q. The same people that live with you now?**
A. Yes.
**Q. At the time of the accident, how many people were home at your apartment?**
A. My grandmother.

THE WITNESS: Is he a cousin, Daddy?

A. My father's cousin, and my brother.
**Q. The refrigerator where you got hurt, was that in the kitchen?**
A. Yes.
**Q. Was anybody in the kitchen when you got hurt?**
A. No.
**Q. Where was everyone else in the apartment?**
A. My brother was in my cousin's room watching TV, and my grandmother and I think my father's cousin was watching TV in the other room, in another room.
**Q. And what were you doing at the time of the accident?**
A. I didn't want to watch the show, so I went to go get a drink. I went to go get some ice, and then it just came out with the cubes. Then I kept on pressing "crush." I went to go put up my hand, and then I pressed my hand against the button, and it just cut me.
**Q. Okay. So you were trying to get -- you wanted to get crushed ice?**
A. Yes.

**Q. Why did you want to do that?**
A. So it would be smaller than like the big huge ice.
**Q. I see. Had you gotten crushed ice before from the refrigerator?**
A. Yes.
**Q. You had gotten it before?**
A. Yes.
**Q. How do you normally -- before the accident, how would you get crushed ice?**
A. I would just press the button and push the cup against it.
**Q. You would push the cup against a little lever?**
A. Yes, and it would just come down. But it came down in cubes.
**Q. I see. So you were trying to get crushed ice, and cubes came down?**
A. Yes.
**Q. Okay. Had you pushed the button to make the crushed ice?**
A. Yeah.
**Q. You did push it?**
A. Yes, but it like wouldn't start spinning,

EXHIBIT B

so I just put my hand up there, and then it pressed and --
**Q. Then it cut your finger?**
A. Yes.
**Q. Why did you stick your hand up there?**
A. Because I was trying to get the ice down because it wouldn't come down. My hand just pushed against it.
**Q. And then it cut your finger?**
A. Yes.
**Q. But before it cut your finger, were big ice cubes coming in your cup?**
A. Yes. I wanted little tiny crushed ice.
**Q. Was it a glass or a plastic cup?**
A. Plastic.
**Q. So you pushed your plastic cup up against the lever and big ice cubes came in your cup?**
A. Yes.
**Q. And you wanted crushed ice?**
A. Crushed.
**Q. Did you push the button for crushed ice?**
A. Yes.
**Q. Do you know why the crushed ice didn't**

**come out?**
A. No.
**Q. Well, after you pushed the button, did you try to get ice and big ice came out again?**
A. Yes.
**Q. Okay.**
A. Then I just tried to get it down.
**Q. What were you trying to get?**
A. Ice. I would just grab the ice and see if there were any in there.
**Q. I see.**
A. I pushed my hand against it.
**Q. Against the lever?**
A. Yes.
**Q. When you had your hand up in there?**
A. Yes.
**Q. And it cut it?**
A. Yes.
**Q. When you put your hand up in there, were you trying to get out crushed ice?**
A. I tried to, like, push.
**Q. Tried to push what?**
A. The ice down.

**Q. Was there ice stuck in there?**
A. Yes. Ice was stuck in there, and I was trying to get it out. I grabbed it and tried to get it out, but then I pressed the lever, and it just cut it.
**Q. When you had your cup, your plastic cup, and you pushed against the lever, did ice come into your cup?**
A. Yes, some ice came in. Then I tried it again, and none came out.
**Q. And then you stuck your hand in there?**
A. To see if, like, the ice was in there. I thought one might have been stuck in there. Then I just pushed my hand against the lever, and the blade just cut me.
**Q. When you first stuck your hand up in there, were there ice cubes in the little shoot area?**
A. Yes.
**Q. Could you get it to drop out or was it stuck up in there?**
A. It was stuck up in there because one of the cubes was, like, blocking the way.

Then I tried to get the cube out, and I pushed against it, and then the blade cut my hand.
**Q. Well, how many cubes were in the shoot when you stuck your hand in there? How many cubes were in there, do you know?**
A. I don't know.
**Q. Okay. When you did that, when you stuck your hand in there, had you ever seen anyone do that before?**
A. No.
**Q. Had you ever had ice stuck in the ice maker before?**
A. No.
**Q. What made you think you could stick your hand up there?**
A. I do not know.
**Q. Okay. You weren't really thinking one way or the other?**
A. Yes.
**Q. Had your dad ever tried to get ice out that way?**
A. No.
**Q. Had your brother or cousins ever tried to**

EXHIBIT B

**get ice out that way?**
A. No.
**Q. Did you have to open a little flap or trap door to stick your hand up there?**
A. No.
**Q. You just could stick it straight up in there?**
A. Yes.
**Q. How far did you stick your hand up into the shoot?**
A. I do not know. Almost about where the blade was, and it just cut.
**Q. How much of your hand went up into the ice maker?**
A. I don't know.
**Q. Was it all the way to your elbow?**
A. No.
**Q. It wasn't that far up?**
A. No. It was, I think, this far. (Indicating.)
**Q. So about the middle -- between your elbow and your wrist?**
A. Yes.
**Q. Your hand went up about that far?**

A. Yes. That's when it just cut me.
**Q. Okay. After you stuck your arm up in there, you then hit the lever with your arm?**
A. I think my arm, because it cut right here and right there. (Indicating.)
**Q. Okay. What part of your arm hit the lever?**
A. I think this part, or this part. (Indicating.) It was either right here or right here. (Indicating.)
**Q. Either right above the elbow or right in between the elbow and the wrist?**
A. Yes.
**Q. Hit the lever?**
A. Yes. Then the blade just cut me on my hand.
**Q. When you stuck your arm up in the shoot, what were you trying to do?**
A. I was trying to get that ice cube away from the thing so it could come down. Then it just, like, cut me.
**Q. When you stuck your arm up in there, was there ice blocking the shoot?**

A. Yes.
**Q. How did you get your arm past the ice?**
A. Because I pushed really hard. But then my hand hit the lever, and it just cut me.
**Q. When you say you pushed it really hard, why did you do that?**
A. Because I was trying to get the ice up.
**Q. Out of the shoot?**
A. Yes. Then I just hit the lever, and my hand just got cut.
**Q. Let me show you this owner's manual. I think it has a picture of the buttons that you pushed. Let me make sure I understand -- actually, I have a picture of the refrigerator. That might be better.**
**(Pause.)**
MR. FOSTER: Okay. These are photographs that you all produced in the initial disclosure.
MR. TINE: Yes.
**Q. It looks like there are probably four photographs on that; is that correct?**

MR. TINE: There are four copies. If she can interpret them, go right ahead.
**Q. Do you recognize if this looks like what your refrigerator ice dispenser looked like?**
A. Yes.
MR. FOSTER: Let's mark this as Exhibit Number 1.
(Exhibit 1, marked for identification.)
**Q. Let me just make sure I understand this. This looks like it has some buttons on it? (Indicating.)**
A. Yes.
**Q. Which button would you push if you wanted to get crushed ice?**
A. This one. (Indicating.)
**Q. Okay. So you are talking about the third from the left is the button you would push?**
A. Ah-huh.
**Q. That's the button you pushed?**
A. Yes.

EXHIBIT B

**Q. And it still wouldn't give you crushed ice?**
A. No.
**Q. And then over here to the right, it looks like it has a light? (Indicating.)**
A. Yes.
**Q. What would that do?**
A. It would put on the light. Then this one would put the light off. (Indicating.)
**Q. Put the light on or off?**
A. Yes.
**Q. What about these two buttons right over here? (Indicating.)**
A. Lock and unlock.
**Q. What would it lock?**
A. It would lock the thing so no ice would come through.
**Q. Okay.**
A. And this unlock button would let the ice come through. (Indicating.)
**Q. Okay. Was the lock on or was it off?**
A. On.
**Q. Was it locked or not locked?**
A. Unlocked.

**Q. It was what?**
A. Unlocked.
**Q. So did you have to push that button or was it already pushed to unlock?**
A. I pushed it when my hand was stuck in there so it wouldn't cut my whole three fingers off. So I pressed "lock." But then before I pressed "unlock," and I hit the crush button, and it wouldn't give me crushed ice.
**Q. I see. So you pushed the unlock button before the accident?**
A. Yes.
**Q. Okay. Then after your fingers got cut, you pushed the lock button?**
A. Yes.
**Q. How did you know about the lock and the unlock?**
A. I just knew because I could see -- it would show, like, the lock part and the unlock.
**Q. You could see it, and you could tell?**
A. Yes.
**Q. Had anyone in your house ever told you**

**how to do the lock and unlock button?**
A. No.
**Q. You could just look at it and tell?**
A. Yes.
**Q. Did anyone ever show you how to do the crushed ice or the regular ice?**
A. No.
**Q. You just looked at it and you could tell?**
A. Ah-huh.
**Q. How many times had you gotten crushed ice before the accident?**
A. I do not know.
**Q. Was it one time or a lot of times?**
A. I think a lot.
**Q. Okay.**
**Q. Had your dad ever told you about how to work the ice maker?**
A. No.
**Q. So where you stuck your hand was up this lever right here, the one to the left, right? (Indicating.)**
A. Yes.
**Q. Was there a little trap door or closed door right to the top of that?**

A. There was like a circle top of it, and I just put my hand up there.
**Q. It was just -- was it an open circle?**
A. Open.
**Q. It was open?**
A. Yes.
**Q. Was there a little flap that opens and closes?**
A. I didn't see it.
**Q. You didn't see that?**
A. No.
**Q. Did you ever have to pull open a flap before you stuck your hand up there?**
A. No.
**Q. Okay. And then the lever over on the right, what does that do? (Indicating.)**
A. That's the water.
**Q. Is the refrigerator in your apartment today?**
A. Yes.
**Q. Okay. So when you moved to the new apartment, you brought the refrigerator with you?**
A. Yes.

EXHIBIT B

**Q. Does the ice maker work?**
A. No. We didn't put the equipment back together.
**Q. All right. So everything on the refrigerator works, but the ice maker doesn't work?**
A. It doesn't work.
**Q. Okay.**
A. Neither does the water. We never put water in it.
**Q. Does the water work?**
A. No.
**Q. It doesn't work either?**
A. No.
**Q. Okay. When you went into the kitchen to get the ice, did you have to stand on a chair or anything?**
A. No.
**Q. You were just standing on the floor?**
A. Yes.
**Q. Once your arm hit the lever, then the blade started turning?**
A. Yes.
**Q. Okay. Now, show me where on your hand**

**the blades cut you?**
A. Right here, right here, and here. (Indicating.)
**Q. Three different places?**
A. Yes.
**Q. Okay. Let me try to describe that so she can write it all down.**
**I see a scar that starts at the very bottom of your middle finger; is that right?**
A. Yes.
**Q. And it goes from the bottom of your middle finger across the palm of your hand, almost to your thumb?**
A. Yes.
**Q. Okay. And then the one on the side, what do you call that finger?**
A. My pointer finger.
**Q. Okay. Then it also cut the side of your pointer finger, right?**
A. Yes.
**Q. It starts at the very bottom of your pointer finger?**
A. Yes.

**Q. And then just goes down towards your wrist a little bit?**
A. Yes.
**Q. Okay. Then it also cut the outside of your thumb?**
A. Yes.
**Q. Okay. That looks like it's at the very bottom of your thumb?**
A. Yes. And this I had to have surgery on because it opened up. (Indicating.)
**Q. What are you pointing to now?**
A. This. (Indicating.)
**Q. Right in between your thumb and your pointer finger?**
A. Yes.
**Q. That part wouldn't open up?**
A. Yes. It was like this. (Indicating.)
**Q. Your thumb couldn't open up all the way?**
A. Yes.
**Q. Okay. Where did they have to do surgery on your hand? What part of your hand did they do surgery, if you know?**
A. I do not know. First they did it for my nerves, and then they did it so my hand

could open up.
**Q. How many surgeries did they do on your hand?**
A. I think two.
**Q. One of them was to work on your nerves?**
A. Yes.
**Q. And then the other one was to try to open up your hand better?**
A. Yes.
**Q. Okay. You also had to get stitches, right?**
A. Yes.
**Q. Did you get stitches the day of the accident?**
A. I do not know.
**Q. Okay. But you remember you had stitches in your hand?**
A. Yes.
**Q. Do you remember how many stitches?**
A. No.
**Q. Okay. Then after the accident, when did they do the first surgery?**
A. I do not know.
**Q. Okay. Then later they did a second**

EXHIBIT B

**surgery?**
A. Yes.
**Q. How soon after the first surgery did they do the second surgery?**
A. I do not know.
**Q. All right. Now, when you hit the lever and it cut your hand, what did you do next?**
A. I called my grandmother.
**Q. You called your who?**
A. My grandmother, and his cousin. (Indicating.)
**Q. Okay. When you called them, had you already turned off -- had you locked the ice dispenser?**
A. Yes.
**Q. Was that the first thing you did?**
A. Yes. When I felt something cutting my hand, I just locked it.
**Q. Okay. So as soon as you felt the cut, you hit the lock button?**
A. Yes.
**Q. So it quit turning?**
A. Yes.

**Q. Was your arm still pushing the lever forward?**
A. No. Then I stopped pushing. I pushed my elbow a little bit over here, so it wouldn't, like, push back. (Indicating.)
**Q. So you quit pushing the lever?**
A. Yes.
**Q. And you hit the lock button?**
A. Yes.
**Q. So then it quit -- then the crushing quit turning?**
A. Yes.
**Q. Okay. How long before you could get your hand out of there?**
A. I do not know.
**Q. Was it a long time?**
A. Yes.
**Q. Why couldn't you get your hand to come out?**
A. It was, like, stuck between blades.
**Q. All right. So you couldn't -- no one could just pull your hand out?**
A. No.
**Q. If they pulled it out, it would have cut**

**your hand?**
A. Yes.
**Q. So what happened after you called your grandmother and your dad's cousin?**
A. He called the police.
**Q. Who called the police?**
A. His cousin. Then he couldn't talk, so I talked and told them.
**Q. Why couldn't he talk?**
A. I do not know.
**Q. So you started talking on the telephone?**
A. Yes.
**Q. Okay.**
A. Then he hanged up the phone, and the firemen came and everybody. It took a pretty long while to get it out, but finally they got it out. Then almost everyone in the neighborhood was there. They covered my hand with the bandages and stuff.
**Q. The fire department did?**
A. Yes. Then I left. Actually, my father and my grandmother and me left.
**Q. And went to the hospital?**

A. Yes.
**Q. Okay. Did you go to the hospital in an ambulance?**
A. Yes.
**Q. Who went with you in the ambulance?**
A. I think my grandmother and my father.
**Q. Okay. Do you know what hospital you went to?**
A. No.
**Q. Okay. Jasmine, does your hand still hurt you today?**
A. Yes.
**Q. Tell me how it hurts?**
A. Like, these two fingers --
**Q. The middle finger and your pointer finger?**
A. Yes. They feel like something is going right through it. There is like a gush, and it squeezes my fingers. Then some of the cuts start to ache. It keeps on coming down. It goes, like, into the cuts, and it starts hurting.
**Q. Okay. Can you make a ball with your fist?**

EXHIBIT B

A. Yes.
**Q. Does it hurt when you do that?**
A. Not really.
**Q. Can you open your fingers all the way up?**
A. Not all the way. Halfway.
**Q. What fingers do not move the way they used to?**
A. They will stay like this. (Indicating.) They won't go straight all the way. They will just keep on going like this. (Indicating.)
**Q. When you say, "like this," your fingers can go straight?**
A. Sometimes. But then as soon as they go like this, they start to crunch up. (Indicating.)
**Q. They start to curl up?**
A. Yes.
**Q. But you can straighten them out?**
A. Yes. Then I just have to go like this. (Indicating.) They keep on going like this. (Indicating.)
**Q. Then you have to make it go straight?**
A. Yes. I have to force it to go straight.

**Q. I see. Now, you write with your right hand?**
A. Yes.
**Q. So the cut on your left hand --**
A. It doesn't make my handwriting messy or even messier.
**Q. It does make it messier?**
A. It doesn't.
**Q. It does not. Okay.**
A. My handwriting is already messy.
**Q. It doesn't make it any different, right?**
A. Yes.
**Q. It was messy before, and it's messy now?**
A. Ah-huh.
**Q. Is there anything that you can't do with your left hand? Is there anything that you used to be able to do, like writing, that you can't do today with your left hand?**
A. No.
**Q. Okay. Do you play basketball?**
A. Yes. I can't, like, dribble the ball. I have to throw it to the other hand.
**Q. You have to bounce it with your right**

**hand?**
A. Yes.
**Q. Do you shoot with your right hand or your left hand?**
A. I don't really shoot. I just pass.
**Q. Do you pass with your right hand or your left hand?**
A. I think I push the ball with both. I grab the ball a little bit, but then this hand starts to quit, and then I just grab the ball with this hand and just throw it. (Indicating.)
**Q. Are you not able to play basketball today?**
A. I'm able, but I'm horrible at it.
**Q. Well, are you more horrible today than you were before the accident?**
A. Yes.
**Q. Okay. So you can't play basketball as well?**
A. Yes.
**Q. What is it about basketball that you can't play as well today?**
A. I cannot shoot any more.

**Q. Okay. Could you shoot before the accident?**
A. Yes. I would do it at my grandmother's house. She has a basketball hoop.
**Q. What else can you not do? We talked about basketball. We talked about writing.**
**What else can you not do that you could do before the accident?**
A. I don't know.
**Q. Okay. What do you do for hobbies? What are your hobbies after school?**
A. Those I would rather not talk about.
**Q. Oh. Why not?**
A. Cuz.
**Q. Okay. All right. Other than just playing around the house, what else do you do in the afternoon when you come home from school?**
A. My homework.
**Q. Okay. Does it make doing your homework harder because of the accident?**
A. No.
**Q. You do your homework about the same?**

A. Yes.
**Q. Other than homework, what do you do in the afternoons when you come home from school?**
A. I eat and sometimes I go play outside. Then I just watch T.V..
**Q. Okay. When you play outside, do you have a bicycle?**
A. I have one in Maine, but I don't ride it because I just don't know how to ride a two-wheeler yet.
**Q. I see. So you haven't learned how to ride with two wheels yet?**
A. No.
**Q. Are there any games that you can't play now that you used to like to play, like swimming, or anything like that?**
A. No.
**Q. Do you go swimming?**
A. Yes. I can swim perfectly fine.
**Q. Okay. Does your hand hurt you when you swim?**
A. Yes. Sometimes, like, when I paddle, the water will start pushing on my hand.

**Q. And you can feel that?**
A. Yes. I just can't feel with these two fingers, though. (Indicating.)
**Q. You are pointing to your middle finger and your pointer finger?**
A. Yes.
**Q. Can you feel those when you touch them?**
A. No. I only feel this one. (Indicating.) This one I just can't feel. (Indicating.)
**Q. You can feel your pointer finger?**
A. Yes, but not this. (Indicating.)
**Q. You cannot feel your middle finger?**
A. Yes.
**Q. When you squeeze your middle finger, can you feel that?**
A. No. I only feel it up to like here. (Indicating.) Then it stops the feeling on the tip.
**Q. So the tip of your finger, you don't feel it when you press that together?**
A. No.
**Q. Okay. Now, what about with your leg? That still hurts you today, your leg?**

A. Yes.
**Q. They had to take a nerve out of your leg, right?**
A. Yes.
**Q. What leg did they do that to?**
A. My left.
**Q. Where on your left leg?**
MR. TINE: Do you want to see it?
MR. FOSTER: Yes.
MR. TINE: Do you want to show him? Do you mind?
(Witness complies.).
A. Right here. (Indicating.)
**Q. So that's on your left, at your ankle, and it goes up your ankle?**
A. Yes.
**Q. There is a scar about --**
A. It was about here. (Indicating.) But this is where my brother hit me. (Indicating.)
**Q. So your brother kicked you at the top of the scar?**
A. Yes.

**Q. So now that scar is bigger?**
A. Yes.
**Q. That's about an inch and a half, two inches?**
MR. TINE: Probably three, but it doesn't matter. It is what it is.
**Q. Does that left leg hurt you when you run?**
A. Yes.
**Q. Other than running, when else does it hurt you?**
A. When I kick and swim, you know, when I'm kicking.
**Q. When you are kicking when you are swimming?**
A. Yes.
**Q. Do you play soccer?**
A. Not that good.
**Q. But do you play sometimes in gym?**
A. Yes.
**Q. Can you play soccer?**
A. No.
**Q. Does your leg hurt you when you play basketball?**
A. Yes, when I jump to shoot. It will still

EXHIBIT B

hurt, but I can't even shoot.
**Q. Okay. How many times have you had to have surgery on your leg? Was it just the one time?**
A. Yes.
**Q. Other than this accident where you got your fingers cut, have you been involved in any other accidents where you have had to go to the hospital?**
A. No.
**Q. Have you ever had to get stitches before?**
A. No.
**Q. Other than this accident?**
A. No.
**Q. How many days have you had to miss school because of this accident?**
A. I do not know.
**Q. You don't know?**
A. No.
**Q. Other than when you were in the hospital, did you have to stay home from school because of this accident or did you go back to school after you got out of the hospital?**

A. I think I went back to school.
**Q. Do you ever remember staying home from school and staying at your apartment instead of going to school?**
A. No.
**Q. So the only time you missed school was when you were at the hospital or at the doctor's office?**
A. Yes, or whenever I had an appointment.
**Q. Okay. How many different doctors have you seen since the accident? Has it been the same doctor or different doctors?**
A. Different doctors.
**Q. How many different doctors have you seen?**
A. I do not know.
**Q. Other than when you were in the hospital, how many times have you been to the doctor for appointments?**
A. I do not know.
**Q. Okay. Have you had to take any medicine because of this accident?**
A. Yes, but I didn't take it all.
**Q. What kind of medicine did you take, do you remember?**

A. It was to stop, like, the pain.
**Q. Okay. How long did you take that medicine?**
A. Not for a long time.
**Q. Was it a pill that you would take or was it syrup?**
A. It was a drinking medicine.
**Q. Okay. When was the last time you had to take that medicine?**
A. I do not know.
**Q. Okay. You are not taking any medicine today?**
A. No.
**Q. Have you taken any medicine in the last 30 days?**
A. No.
**Q. Do you remember the last time you took medicine because of this accident?**
A. No.
**Q. Was it a long time ago?**
A. Yes.
MR. FOSTER: Let's take a short break.
(Short recess.)

CONTINUING DIRECT EXAMINATION
BY MR. FOSTER:
**Q. Okay. Jasmine, your hand, when it hurts, does it hurt when you are just sitting here right now?**
A. No.
**Q. What makes it hurt? When you think about my hand hurts, what happened to make your hand hurt?**
A. When things blow through my hand, it will just feel like it stings.
**Q. I see. When you say when things blow through it?**
A. Blow, yeah, or when I'm swimming and water goes right through it.
**Q. When you are swimming and it hits the water?**
A. It will just feel like it stung.
**Q. I see. So when things hit your left hand --**
A. It will start hurting.
**Q. Like if someone throws you a basketball and the basketball hits your hand, it will start hurting?**

EXHIBIT B

A. Yes.
**Q. But if no one throws you the basketball, and you are just walking, it doesn't hurt?**
A. No, it doesn't hurt. But when it's really windy and the wind blows through it, it will hurt.
**Q. I see. So when the wind hits it, it will hurt?**
A. Wind or water.
**Q. Wind or water. Okay. What kind of hurt? What does it feel like?**
A. It feels like it's stinging.
**Q. All right. Let me see your left hand.**
A. I forgot to show you one more scar, right here. (Indicating.)
**Q. Okay.**
A. This is after the surgery. (Indicating.)
**Q. Okay.**
A. And right here was where I cut it really. (Indicating.)
**Q. Where you cut it really?**
A. Yes, where I really cut it.
**Q. And that's in between your thumb and your**

**pointer finger?**
A. Yes.
**Q. What do you mean that's where you cut it really?**
A. That's where I cut it, from here, here, and here. (Indicating.) It started from right here, but then it was right here. (Indicating.) I had four cuts.
**Q. You had four cuts from the crusher device?**
A. Yes.
**Q. Okay. Does anyone at school pick on you about the scar on your hand?**
A. No.
**Q. Does anyone say, "let me see your scar"?**
A. No.
**Q. Do you ever show it to anybody?**
A. Yes, like my lunch monitors, because them I can trust, and Ms. Mary, my school counselor.
**Q. You show them?**
A. Yes.
**Q. Why do you show them?**
A. Because them I can trust. They won't go

off telling everybody about it. So my school counselor, she promised me she would keep secrets. My lunch monitors, they never tell on anybody.
**Q. I see. So you feel like you can show them because you trust them?**
A. Yes.
**Q. Why can you not show your other schoolmates?**
A. Because they are all going to tell everybody, and it's going to be spreading all over.
**Q. I see. Why would they tell anybody?**
A. I don't know.
**Q. Well, why do you care if they tell anybody?**
A. I don't like -- they are going to start treating me, like, different.
**Q. If they knew you had a scar on your hand, they would treat you different?**
A. Yes. I just want to be treated like a normal person.
**Q. Okay. Do they treat you like a normal person right now?**

A. Yes, because none of my friends -- anybody I tell wouldn't tell them because I only tell people that I know I can trust.
**Q. I gotcha. So your friends that you don't know real well, they don't know about the scar on your hand?**
A. No.
**Q. They can't see it?**
A. I just hide my hand from them.
**Q. I see.**
A. I keep my hand under my desk or behind me or in my pockets.
**Q. All right. When you have your hands on your desk, can any of them see the scar?**
A. No because sometimes I put my desk -- the only time I put both hands on my desk is when she moves us for a test or something, when she moves me away from the rest of the class.
**Q. Then you do that?**
A. Yes.
**Q. Have any of your friends ever said anything to you about your scar?**

EXHIBIT B

A. No.
**Q. Because they don't know about it?**
A. None of them. Only Jasmine and Brendon. One day I hit my hand. I was just going to throw something away. Somebody threw a bag of chips. Everybody came tumbling over there, and then they slammed the desk, and it hit my hand and my leg.
**Q. And that hurt?**
A. Yes.
**Q. Okay. But no one saw the scar?**
A. Nobody saw the scar. It was just, like, down here. (Indicating.) The desk was right here next to me and, it just hit my hand over there, and my leg.
**Q. Okay.**
A. It hit one of my friends.
**Q. What hit one of your friends?**
A. The desk. They pushed her, and it hit her head.
**Q. Was that at your new school?**
A. Yes. Just two kids got hurt, me and her.
**Q. How did you get hurt?**
A. They pushed me, and my hand hit the desk,

and my leg.
**Q. It hit the desk, also?**
A. Yes.
**Q. Okay. Does your teacher know about the scar on your hand?**
A. Yes.
**Q. You told her?**
A. Yes.
**Q. Did you tell her or did she know about it?**
A. I told her.
**Q. What did you tell her?**
A. She is one of the people I can trust.
**Q. Okay. What did you tell her?**
A. I told her, like, my hand got cut. I wore sandals last time, and nobody knew why I was wearing sandals, but the teacher knew because I told her when I was wearing sandals.
**Q. What did you tell her?**
A. I only told her I cut my hand and I had surgery on my leg.
**Q. Okay.**
A. Because I couldn't wear shoes, any kind

of shoes that would press on me.
**Q. Okay.**
A. So that's when I first got boots.
**Q. I see. What did you tell your teacher about your hand?**
A. I told her I got cut from the refrigerator and then I went to the hospital. I just told her the basics.
**Q. All right. Fine.**
A. I only told her some of the details. I didn't tell her all the things.
**Q. You didn't tell her all the things you are telling me, did you?**
A. No.
**Q. What did she say about that? Did she say it's okay?**
A. Yes. And I told the principal because I was delivering something to one of the teachers and she said "Why are you wearing boots?," and then I told her the same thing.
**Q. Okay. Do the teachers treat you any differently because of your hand?**
A. No.

**Q. Now, as far as the scar on your foot, can you wear short pants?**
A. Yes.
**Q. Do you wear short pants to school?**
A. No.
**Q. You don't?**
A. We have to wear uniforms.
**Q. Oh, okay. What kind of uniform do you have to wear?**
A. It's like a green -- it's a jumper. It just has stripes, green, yellow, red and blue.
**Q. I see. Is it long pants?**
A. It's just a jumper.
**Q. A jumper? What do you mean by a jumper?**
A. It's kind of like a dress.
**Q. I see. How far down does it go?**
A. It comes to about under my knees. You have to wear stockings.
**Q. Okay. When you wear your uniform, your dress, can you see the scar on your foot?**
A. No.
**Q. Why can you not see it?**
A. Because I put on boots.

EXHIBIT B

**Q. Because you wear boots?**
A. Yes.
**Q. Do you wear boots all the time to school?**
A. Yes.
**Q. What kind of boots?**
A. The only time I don't wear boots is gym.
**Q. What do you wear at gym?**
A. A blue sweatshirt and blue shirt that says "St. Kevin's," and pants that say "St. Kevin's," and some sneakers. My pants are extra long. So that's the good thing.
**Q. Okay. Well, do you wear socks?**
A. Yes.
**Q. Okay.**
A. I wear any kind of socks that I have.
**Q. Do you wear your boots to school?**
A. Yes.
**Q. How high do the boots go up?**
A. Like up to about --
MR. TINE: Are those the same boots? (Indicating.)
THE WITNESS: Yes.
**Q. You wear boots that go halfway up your**

**leg?**
A. Yes.
**Q. And you wear that to school every day?**
A. Yes.
**Q. Is that part of your uniform?**
A. No. I get to wear boots because I already told the principal about it, and they already know.
**Q. Okay. So you get to wear boots to school because of the scar?**
A. Yes.
**Q. Do other students wear boots?**
A. Yes, sometimes. They only do it, but the principal never sees them.
**Q. Oh. They are not supposed to wear boots?**
A. They are not supposed to wear boots. Only when there is snow on the ground or puddles.
**Q. I see. But you get to wear boots all the time?**
A. Yes.
**Q. Do you feel upset about the scar on your leg when you are at school?**
A. No.

**Q. Do you think about it at all?**
A. No.
**Q. You just wear your boots, and it's okay?**
A. Yes.
**Q. Do any of your friends know about the scar on your foot?**
A. Only my two lunch monitors, which are my best friends.
**Q. Are they in your class?**
A. No. They are in eighth grade.
**Q. And you have told them about the scar?**
A. Yes.
**Q. Have you shown them the scar?**
A. Yes.
**Q. Why did you show them?**
A. Because them I know I can trust. All of the people I tell, I can trust. Some of the other kids that I don't tell, they just have to live with it.
**Q. Okay. And your other friends don't know about the scar on your foot?**
A. No, especially one of them, because one of them, she will tell anything. You just say something, and she will be

coming out and saying it. I learned that on the first day of school.
**Q. Okay. Not to tell her?**
A. Yes, not to tell her.
**Q. Well, I wouldn't tell her about that scar either then.**
A. I only know one more thing, never tell my father anything.
**Q. Oh. Because he will tell?**
A. One time I told my father something about my sister, and he went to go tell my sister it. Thanks a lot.
MR. TINE: He can't hold a secret.
**Q. Now, going back to the accident -- I'm trying to understand these levers and the crushing device. When you push the lever, can you hear a noise for the crusher device? Does it make a noise?**
A. No.
**Q. What happens when you push the lever? Does it make any noise at all?**
A. No.
**Q. How do you know --**

EXHIBIT B

A. I just know because I will hear some things going side to side and hitting some of the devices.
**Q. Hitting the blades?**
A. Yes.
**Q. What does it sound like?**
A. It sounds like --
**Q. You can hear crushing?**
A. I will hear -- (Indicating.)
**Q. Crush, crush, crush?**
A. Crush, crush, crush.
**Q. When it's crushing the ice, you can hear the crushing noise?**
A. Yes.
**Q. When you hit the lever that day, could you hear the crushing noise?**
A. No.
**Q. You cannot hear the crushing noise?**
A. No.
**Q. Did you hear any noise when you hit the lever?**
A. I just heard big cubes of ice hitting the sides of the machine.
**Q. You heard big cubes dropping down?**

A. Yes, just bang, bang, bang, bang.
**Q. All right. How long did you push the lever before you put your hand up there?**
A. I do not know.
**Q. Okay. When you pushed the lever, how many cubes of ice --**
A. I think four or five.
**Q. 4 or five dropped in your cup?**
A. Yes. Then one of the ices was blocking the way, and then I just put my hand up.
**Q. So four or five big cubes dropped into your cup, but then ice stopped dropping into your cup?**
A. Yes. Then I went to go see what was the matter by just putting my hand up there. Then I felt something cold, and I pushed it up.
**Q. And that was ice that you felt?**
A. Yes. It was cold.
**Q. So you knew you touched ice?**
A. Yes.
**Q. And after the cubes of ice dropped in your cup, then the ice blocked, and no more ice would come out?**

A. Yes.
**Q. That's when you stuck your hand there and you felt ice?**
A. Yes. Then I just pushed it up.
**Q. You pushed it up?**
A. Yes.
**Q. How many pieces of ice were in there, do you know?**
A. I do not know.
**Q. Okay. But then you pushed it up -- you pushed the ice up?**
A. Yes.
**Q. Did any more ice fall down?**
A. No because my hand was blocking the way.
**Q. Okay.**
A. Then I put my hand -- my arm hit the lever.
**Q. Once your left hand got cut, you pushed the lock button?**
A. Yes.
**Q. How soon after your cut did you push the lock button?**
A. As soon as I felt it, I just pressed it.
**Q. You just pressed the lock button so it**

**wouldn't turn any more?**
A. It wouldn't turn.
**Q. Okay. That's all I have.**
MR. TINE: Okay.
(Whereupon, the deposition concluded at 10:25 a.m..)

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF SUFFOLK
CERTIFICATE OF REPORTER

I, Lisa E. Berkland, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that the foregoing deposition of JASMINE D. BUNTON was taken before me on April 6, 2005.

The said witness was duly sworn before the commencement of the testimony; that the said testimony was taken stenographically by myself and then transcribed. To the best of my knowledge, the within transcript is a true and accurate record of said testimony.

I am not connected by blood or marriage with any of the said parties, nor interested directly in the matter in controversy.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of May, 2005.

Notary Public
Lisa E. Berkland, CSR

PLEASE NOTE: THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE CERTIFYING REPORTER