```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
NO: 04-CV-12369-NG            VOLUME 1
*******************************************
JASMINE D. BUNTON, by her legal guardian,
LOURENCO P. DOSSANTOS, and LOURENCO P.
DOSSANTOS,
                Plaintiffs
        vs.
SEARS ROEBUCK and CO.,
                Defendant
*******************************************


        DEPOSITION of LOURENCO P.
DOSSANTOS, a witness called on behalf of
the Defendant, pursuant to the
Massachusetts Rules of Civil Procedure,
before Lisa E. Berkland, a Certified
Shorthand Reporter and Notary Public in
and for the Commonwealth of
Massachusetts, at the offices of
Campbell, Campbell, Edwards & Conroy, One
Constitution Plaza, Boston,
Massachusetts, on Wednesday, April 6,
2005, commencing at 10:40 a.m..


          EYAL COURT REPORTING, INC.
            4 Faneuil Hall Marketplace
          Boston, Massachusetts  02109
    (617) 723-9432          (800) 322-3925
```

1      APPEARANCES:

2

       NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
3           (By Robert W. Foster, Jr., Esquire)
            Meridian, 17th Floor
4           1320 Main Street
            Columbia, South Carolina  29201
5           (803) 255-9414
                On behalf of the Defendant.

6

7      HAESE, LLC
            (By Andrew J. Tine, Esquire)
8           30 Franklin Street, 3rd Floor
            Boston, Massachusetts  02110
9           (617) 428-0266
                On behalf of the Plaintiffs.

10

11     ALSO PRESENT:
       Jasmine D. Bunton

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 38

1   A. It was never hooked up.
2   Q. Okay.
3         MR. TINE: Well, the water was
4   never hooked up.
5   A. Neither the water, nor ice.
6   Q. There was no water. So neither water nor
7      ice was ever working?
8   A. Never working.
9   Q. So you made your ice manually?
10  A. Yes.
11  Q. And you never used the lever on the left
12     to get ice or crush ice, right?
13  A. No.
14  Q. Did anyone in the apartment ever use that
15     lever?
16  A. No because we all knew that we were not
17     going to get ice from there. I don't
18     understand how she figured she could get
19     ice from there.
20  Q. Okay. So while you were in the apartment
21     -- how soon before the accident did you
22     and your sister buy the refrigerator?
23  A. I don't remember.
24  Q. Okay. Was it about a year? It wasn't

Page 42

1    their hand in there and get cut.
2  Q. What I'm asking is, after the accident
3     occurred, did anyone ever tell you that
4     Jasmine before the day of the accident
5     would try to use this ice dispenser to
6     get crushed ice?  Were you told that
7     afterwards?
8  A. No.
9  Q. Okay.  Are you aware of anyone else who
10    was living in the apartment ever using
11    the ice dispenser to get crushed ice?
12 A. Nothing that I know of.
13 Q. Okay.  And you were never aware that
14    Jasmine ever used the ice dispenser to
15    get crushed ice?
16 A. No.
17 Q. Okay.
18 A. I never thought she would do it.
19 Q. All right.  And the refrigerator has been
20    moved to your house that you live in
21    today?
22 A. Yes.
23 Q. But the ice dispenser doesn't work?
24 A. No.

Page 44

1  Q. Did you talk to her while her hand was
2     still stuck in the ice dispenser?
3  A. They wouldn't let me talk to her because
4     I was frustrated. I was going crazy.
5     Believe me, if you were in my shoes
6     there, you would have done the same thing
7     I did.
8  Q. So they told you to stay away?
9  A. They told me, "You have to stay away, we
10    will take care of this, she will be all
11    right." But I was in pain.
12 Q. So you never actually talked to her while
13    her hand was stuck in the ice maker?
14 A. I just said, "Jasmine, are you okay?"
15    She was crying, and she said she was
16    fine. But to me, it wasn't fine. To see
17    her in there, my heart was broken.
18 Q. But did you talk to her?
19 A. I did talk to her to see if she was all
20    right.
21 Q. What did she say?
22 A. She was telling me -- she was brave. She
23    was better than I.
24 Q. What did she say?