```
         UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
NO: 04-CV-12369-NG           VOLUME 1
*******************************************
JASMINE D. BUNTON, by her legal guardian,
LOURENCO P. DOSSANTOS, and LOURENCO P.
DOSSANTOS
              Plaintiffs
         vs.
SEARS ROEBUCK and CO.,
              Defendant
*******************************************
```

DEPOSITION of JASMINE D. BUNTON, a witness called on behalf of the Defendant, pursuant to the Massachusetts Rules of Civil Procedure, before Lisa E. Berkland, a Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Campbell, Campbell, Edwards & Conroy, One Constitution Plaza, Boston, Massachusetts, on Wednesday, April 6, 2005, commencing at 9:00 a.m..

EYAL COURT REPORTING, INC.
4 Faneuil Hall Marketplace
Boston, Massachusetts  02109
(617) 723-9432      (800) 322-3925

1    APPEARANCES:
2
     NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
3        (By Robert W. Foster, Esquire)
         Meridian, 17th Floor
4        1320 Main Street
         Columbia, South Carolina  29201
5        (803) 255-9414
             On behalf of the Defendant.
6
7    CAMPBELL, CAMPBELL, EDWARDS & CONROY
         (By Julie B. Goldman, Esquire)
8        One Constitution Plaza, 3rd Floor
         Boston, Massachusetts  02129
9        (617) 241-3000
             Co-Counsel for the Defendant.
10
11   HAESE, LLC
         (By Andrew J. Tine, Esquire)
12       30 Franklin Street, 3rd Floor
         Boston, Massachusetts  02110
13       (617) 428-0266
             On behalf of the Plaintiffs.
14
15   ALSO PRESENT:
     Lourenco P. Dossantos
16
17
18
19
20
21
22
23
24

1  A.  My father's cousin, and my brother.
2  Q.  The refrigerator where you got hurt, was
3      that in the kitchen?
4  A.  Yes.
5  Q.  Was anybody in the kitchen when you got
6      hurt?
7  A.  No.
8  Q.  Where was everyone else in the apartment?
9  A.  My brother was in my cousin's room
10     watching TV, and my grandmother and I
11     think my father's cousin was watching TV
12     in the other room, in another room.
13 Q.  And what were you doing at the time of
14     the accident?
15 A.  I didn't want to watch the show, so I
16     went to go get a drink.  I went to go get
17     some ice, and then it just came out with
18     the cubes.  Then I kept on pressing
19     "crush."  I went to go put up my hand,
20     and then I pressed my hand against the
21     button, and it just cut me.
22 Q.  Okay.  So you were trying to get -- you
23     wanted to get crushed ice?
24 A.  Yes.

1   Q. Was there ice stuck in there?
2   A. Yes. Ice was stuck in there, and I was
3      trying to get it out. I grabbed it and
4      tried to get it out, but then I pressed
5      the lever, and it just cut it.
6   Q. When you had your cup, your plastic cup,
7      and you pushed against the lever, did ice
8      come into your cup?
9   A. Yes, some ice came in. Then I tried it
10     again, and none came out.
11  Q. And then you stuck your hand in there?
12  A. To see if, like, the ice was in there. I
13     thought one might have been stuck in
14     there. Then I just pushed my hand
15     against the lever, and the blade just cut
16     me.
17  Q. When you first stuck your hand up in
18     there, were there ice cubes in the little
19     shoot area?
20  A. Yes.
21  Q. Could you get it to drop out or was it
22     stuck up in there?
23  A. It was stuck up in there because one of
24     the cubes was, like, blocking the way.

Page 30

1      get ice out that way?
2  A.  No.
3  Q.  Did you have to open a little flap or
4      trap door to stick your hand up there?
5  A.  No.
6  Q.  You just could stick it straight up in
7      there?
8  A.  Yes.
9  Q.  How far did you stick your hand up into
10     the shoot?
11 A.  I do not know.  Almost about where the
12     blade was, and it just cut.
13 Q.  How much of your hand went up into the
14     ice maker?
15 A.  I don't know.
16 Q.  Was it all the way to your elbow?
17 A.  No.
18 Q.  It wasn't that far up?
19 A.  No.  It was, I think, this far.
20     (Indicating.)
21 Q.  So about the middle -- between your elbow
22     and your wrist?
23 A.  Yes.
24 Q.  Your hand went up about that far?

Page 31

1  A.  Yes. That's when it just cut me.
2  Q.  Okay. After you stuck your arm up in
3      there, you then hit the lever with your
4      arm?
5  A.  I think my arm, because it cut right here
6      and right there. (Indicating.)
7  Q.  Okay. What part of your arm hit the
8      lever?
9  A.  I think this part, or this part.
10     (Indicating.) It was either right here
11     or right here. (Indicating.)
12 Q.  Either right above the elbow or right in
13     between the elbow and the wrist?
14 A.  Yes.
15 Q.  Hit the lever?
16 A.  Yes. Then the blade just cut me on my
17     hand.
18 Q.  When you stuck your arm up in the shoot,
19     what were you trying to do?
20 A.  I was trying to get that ice cube away
21     from the thing so it could come down.
22     Then it just, like, cut me.
23 Q.  When you stuck your arm up in there, was
24     there ice blocking the shoot?

1   A.   Yes.
2   Q.   How did you get your arm past the ice?
3   A.   Because I pushed really hard. But then
4        my hand hit the lever, and it just cut
5        me.
6   Q.   When you say you pushed it really hard,
7        why did you do that?
8   A.   Because I was trying to get the ice up.
9   Q.   Out of the shoot?
10  A.   Yes. Then I just hit the lever, and my
11       hand just got cut.
12  Q.   Let me show you this owner's manual. I
13       think it has a picture of the buttons
14       that you pushed. Let me make sure I
15       understand -- actually, I have a picture
16       of the refrigerator. That might be
17       better.
18            (Pause.)
19            MR. FOSTER:  Okay. These are
20       photographs that you all produced in the
21       initial disclosure.
22            MR. TINE:  Yes.
23  Q.   It looks like there are probably four
24       photographs on that; is that correct?

Page 42

```
1        surgery?
2    A.  Yes.
3    Q.  How soon after the first surgery did they
4        do the second surgery?
5    A.  I do not know.
6    Q.  All right.  Now, when you hit the lever
7        and it cut your hand, what did you do
8        next?
9    A.  I called my grandmother.
10   Q.  You called your who?
11   A.  My grandmother, and his cousin.
12       (Indicating.)
13   Q.  Okay.  When you called them, had you
14       already turned off -- had you locked the
15       ice dispenser?
16   A.  Yes.
17   Q.  Was that the first thing you did?
18   A.  Yes.  When I felt something cutting my
19       hand, I just locked it.
20   Q.  Okay.  So as soon as you felt the cut,
21       you hit the lock button?
22   A.  Yes.
23   Q.  So it quit turning?
24   A.  Yes.
```

1   your hand?
2   A.  Yes.
3   Q.  So what happened after you called your
4       grandmother and your dad's cousin?
5   A.  He called the police.
6   Q.  Who called the police?
7   A.  His cousin.  Then he couldn't talk, so I
8       talked and told them.
9   Q.  Why couldn't he talk?
10  A.  I do not know.
11  Q.  So you started talking on the telephone?
12  A.  Yes.
13  Q.  Okay.
14  A.  Then he hanged up the phone, and the
15      firemen came and everybody.  It took a
16      pretty long while to get it out, but
17      finally they got it out.  Then almost
18      everyone in the neighborhood was there.
19      They covered my hand with the bandages
20      and stuff.
21  Q.  The fire department did?
22  A.  Yes.  Then I left.  Actually, my father
23      and my grandmother and me left.
24  Q.  And went to the hospital?