## A
- FDID: 25035
- State: MA
- Incident Date: MM 04 DD 16 YYYY 2004
- Station: (blank)
- Incident Number: 04-0021491
- Exposure: 000
- [ ] Delete
- [ ] Change
- [ ] No Activity
- NFIRS -1 Basic

## B Location*
[ ] Check this box to indicate that the address for this incident is provided on the Wildland Fire Module In Section B "Alternative Location Specification". Use only for Wildland fires.

Census Tract: (blank)

- [X] Street address
- [ ] Intersection
- [ ] In front of
- [ ] Rear of
- [ ] Adjacent to
- [ ] Directions

- Number/Milepost: 000078
- Prefix: (blank)
- Street or Highway: SUMNER
- Street Type: ST
- Suffix: (blank)
- Apt./Suite/Room: (blank)
- City: Boston
- State: MA
- Zip Code: 02125

Cross street or directions, as applicable: (blank)

## C Incident Type*
357 | Extrication of victim(s) from

## D Aid Given or Received*
1. [ ] Mutual aid received
2. [ ] Automatic aid recv.
3. [ ] Mutual aid given
4. [ ] Automatic aid given
5. [ ] Other aid given
N. [X] None

Their FDID: (blank)  Their State: (blank)  Their Incident Number: (blank)

## E1 Date & Times
Midnight is 0000
Check boxes if dates are the same as Alarm Date. ALARM always required.

| | Month | Day | Year | Hr Min Sec |
|---|---|---|---|---|
| Alarm* | 04 | 16 | 2004 | 19:47:28 |
| [ ] Arrival* | 04 | 16 | 2004 | 19:49:38 |
| [ ] Controlled | | | | |
| [ ] Last Unit Cleared | 04 | 16 | 2004 | 21:16:23 |

## E2 Shift & Alarms
Local Option
- Shift or Platoon: (blank)
- Alarms: (blank)
- District: 07

## E3 Special Studies
Local Option
- Special Study ID#: (blank)
- Special Study Value: (blank)

## F Actions Taken*
- Primary Action Taken (1): 23 | Extricate, disentangle
- Additional Action Taken (2): (blank)
- Additional Action Taken (3): (blank)

## G1 Resources*
[ ] Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | | |
| EMS | | |
| Other | | |

[ ] Check box if resource counts include aid received resources.

## G2 Estimated Dollar Losses & Values
LOSSES: Required for all fires if known. Optional for non fires.

- Property $ ___ , 000 , 000  [ ] None
- Contents $ ___ , 000 , 000  [ ] None

PRE-INCIDENT VALUE: Optional
- Property $ ___ , 000 , 000  [ ] None
- Contents $ ___ , 000 , 000  [ ] None

## Completed Modules
- [ ] Fire-2
- [ ] Structure-3
- [ ] Civil Fire Cas.-4
- [ ] Fire Serv. Cas.-5
- [ ] EMS-6
- [ ] HazMat-7
- [ ] Wildland Fire-8
- [X] Apparatus-9
- [ ] Personnel-10
- [ ] Arson-11

## H1* Casualties [ ] None
| | Deaths | Injuries |
|---|---|---|
| Fire Service | | |
| Civilian | | |

## H2 Detector
Required for Confined Fires.
1. [ ] Detector alerted occupants
2. [ ] Detector did not alert them
U. [ ] Unknown

## H3 Hazardous Materials Release
- N. [ ] None
- 1. [ ] Natural Gas: slow leak, no evauation or HazMat actions
- 2. [ ] Propane gas: <21 lb. tank (as in home BBQ grill)
- 3. [ ] Gasoline: vehicle fuel tank or portable container
- 4. [ ] Kerosene: fuel burning equipment or portable storage
- 5. [ ] Diesel fuel/fuel oil: vehicle fuel tank or portable
- 6. [ ] Household solvents: home/office spill, cleanup only
- 7. [ ] Motor oil: from engine or portable container
- 8. [ ] Paint: from paint cans totaling < 55 gallons
- 0. [ ] Other: Special HazMat actions required or spill > 55gal., Please complete the HazMat form

## I Mixed Use Property
- NN [ ] Not Mixed
- 10 [ ] Assembly use
- 20 [ ] Education use
- 33 [ ] Medical use
- 40 [ ] Residential use
- 51 [ ] Row of stores
- 53 [ ] Enclosed mall
- 58 [ ] Bus. & Residential
- 59 [ ] Office use
- 60 [ ] Industrial use
- 63 [ ] Military use
- 65 [ ] Farm use
- 00 [ ] Other mixed use

## J Property Use*
### Structures
- 131 [ ] Church, place of worship
- 161 [ ] Restaurant or cafeteria
- 162 [ ] Bar/Tavern or nightclub
- 213 [ ] Elementary school or kindergarten
- 215 [ ] High school or junior high
- 241 [ ] College, adult education
- 311 [ ] Care facility for the aged
- 331 [ ] Hospital
- 341 [ ] Clinic, clinic type infirmary
- 342 [ ] Doctor/dentist office
- 361 [ ] Prison or jail, not juvenile
- 419 [ ] 1-or 2-family dwelling
- 429 [X] Multi-family dwelling
- 439 [ ] Rooming/boarding house
- 449 [ ] Commercial hotel or motel
- 459 [ ] Residential, board and care
- 464 [ ] Dormitory/barracks
- 519 [ ] Food and beverage sales
- 539 [ ] Household goods, sales, repairs
- 579 [ ] Motor vehicle/boat sales/repair
- 571 [ ] Gas or service station
- 599 [ ] Business office
- 615 [ ] Electric generating plant
- 629 [ ] Laboratory/science lab
- 700 [ ] Manufacturing plant
- 819 [ ] Livestock/poultry storage (barn)
- 882 [ ] Non-residential parking garage
- 891 [ ] Warehouse

### Outside
- 124 [ ] Playground or park
- 655 [ ] Crops or orchard
- 669 [ ] Forest (timberland)
- 807 [ ] Outdoor storage area
- 919 [ ] Dump or sanitary landfill
- 931 [ ] Open land or field
- 936 [ ] Vacant lot
- 938 [ ] Graded/care for plot of land
- 946 [ ] Lake, river, stream
- 951 [ ] Railroad right of way
- 960 [ ] Other street
- 961 [ ] Highway/divided highway
- 962 [ ] Residential street/driveway
- 981 [ ] Construction site
- 984 [ ] Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:

Property Use: 429
Multifamily dwellings

NFIRS-1 Revision 03/11/99

**000123**

**K1 Person/Entity Involved**
Local Option

Business name (if applicable) — Area Code - Phone Number

Check This Box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs. | First Name | MI | Last Name | Suffix
Number | Prefix | Street or Highway | Street Type | Suffix
Post Office Box | Apt./Suite/Room | City
State | Zip Code

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

**K2 Owner**  ☐ Same as person involved? Then check this box and skip The rest of this section.
Local Option

Business name (if Applicable) — Area Code - Phone Number

☐ Check this box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs. | First Name | MI | Last Name | Suffix
Number | Prefix | Street or Highway | Street Type | Suffix
Post Office Box | Apt./Suite/Room | City
State | Zip Code

**L Remarks**
Local Option

☐ More Remarks? Check this box and attach Supplement Forms (NFIRS-1S) as Necessary

**L Authorization**

| F42 | Austin, William G | FLT | E21 | 04 | 17 | 2004 |
| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |

Check Box if same as Officer in charge. [X]

| F42 | Austin, William G | FLT | E21 | 04 | 17 | 2004 |
| Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year |

**000124**

Boston Fire Department    25035    04/16/2004    04-0021491