```
1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
2

3
    JASMINE D. BUNTON, by her      )
4   legal guardian, LOURENCO P.    )
    DOSSANTOS and LOURENCO P.      )
5   DOSSANTOS,                     )
                                   )
6                 Plaintiffs,      )
                                   )
7        -vs-                      ) No. 04-CV-12369-NG
                                   )
8   SEARS ROEBUCK & CO. and        )
    WHIRLPOOL CORPORATION,         )
9                                  )
                  Defendants.      )
10
```

11         The discovery deposition of STEPHEN G.

12  BOUGHTON, taken under oath on the 17th day of

13  June, 2005, at Suite 4400, One North Wacker

14  Drive, Chicago, Illinois, pursuant to the

15  applicable provisions of the Federal Rules of

16  Civil Procedure, before Sharon L. Gaughan, a

17  Certified Shorthand Reporter, in and for said

18  County of Cook and State of Illinois, pursuant

19  to notice.

20

21

22

23

24

```
 1      APPEARANCES:

 2           HAESE, LLC, by
             MR. ANDREW J. TINE
 3           30 Federal Street
             Boston, Massachusetts 02110
 4           (617) 428-0266
                  appeared for the Plaintiffs;
 5
             NELSON, MULLINS, RILEY &
 6           SCARBOROUGH, LLP, by
             MR. ROBERT W. FOSTER, JR.
 7           1320 Main Street, 17th Floor
             Columbia, South Carolina 29211
 8                appeared for the Defendants.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

2

1   A   I can't tell from this photograph what
2   the model number is. I don't know that I can
3   answer that question.
4   Q   I'm going to represent to you that
5   Exhibit No. 2 is a photograph of the model number
6   and serial number of the refrigerator.
7   And tell me if that helps you to
8   identify whether or not you have seen that
9   subject model refrigerator before at anytime.
10  A   I probably have, but I don't have any
11  way of knowing that for sure.
12  Q   How would you come about to possibly see
13  this type of refrigerator in your capacity at
14  Whirlpool?
15  A   I work in the same building with the
16  engineers who design the refrigerators. So
17  that's how I would get exposed to it.
18  Q   Did you have any specific involvement
19  with the design or manufacturing of this model
20  refrigerator, the one that has been shown to you
21  as Exhibit Nos. 1 and 2?
22  A   I believe so, yes.
23  Q   And how were you involved with the
24  design or manufacture of that refrigerator?

14

1   A   I would have been involved with the
2   model approval process, and in particular, the
3   safety audit on this model.
4   Q   Have you ever been involved with any
5   safety testing performed on this refrigerator
6   after its production and distribution to market?
7   A   I'm not sure what you mean by that.
8   Q   I'm asking whether or not you have been
9   involved in any safety testing on the
10  refrigerator after it was actually put in use?
11  A   Not that I can remember.
12  Q   Do you have any specific recollection of
13  a safety audit being performed on this subject
14  model refrigerator?
15  A   I don't know if it was on this exact
16  model.
17  Q   What do you have a recollection of?
18  A   I believe there is a safety audit that
19  was performed on either this model or a similar
20  model.
21  Q   If you can take a look at what's been
22  marked as Exhibit No. 3.
23      Could you tell me if you are familiar
24  with those sorts of controls?

15

```
 1         A    Yes.
 2         Q    If you can explain to me what each one
 3   of those controls means.
 4         A    The left-most button blocks out the
 5   dispenser to keep it from operating.
 6              The next button to the right unlocks the
 7   dispenser.
 8              The third button selects the
 9   ice-crushing mode.
10              The fourth button selects the icecube
11   dispensing mode.
12              The fifth button turns off the light in
13   the dispenser.  And the right-hand button turns
14   the light on.
15         Q    Does the lock, the first and second
16   button, the unlocking mechanism, do those have
17   any sort of a code -- let me just say that.
18              Do they have any sort of a code that is
19   required to be put in for their operation?
20         A    I don't understand your question.
21              What do you mean by code?
22         Q    Let me rephrase it.
23              To lock the dispenser, is it as simple
24   as pressing the lock button?
```

16

1  manufactured with the refrigerator?
2      A    I suppose it could.  But that was not
3  the intent of the design.
4      Q    When this subject model refrigerator was
5  designed -- let me ask you this.
6           Was it foreseeable to Whirlpool that an
7  end user would take ice from an ice tray and put
8  it into the ice bin for dispensing?
9      A    I don't know if that was ever
10 considered.
11          As I said, that was not the intent of
12 the design.
13     Q    Let me ask you your opinion then,
14 whether you believe that it is foreseeable that
15 an end user would use ice trays to make their own
16 ice and put it in the ice collection bin for
17 dispensing from the automatic dispenser?
18     A    Well, this is the first time I have ever
19 heard of anybody doing that.  So I suppose I
20 would say no.
21     Q    If someone did that, made ice from
22 manual ice trays and put it in the automatic
23 dispensing unit and utilized it, could you see
24 any harm resulting from that?

37

1   Q   And in the safety audit or safety
2   considerations for this subject model
3   refrigerator was it considered that someone may
4   try to free that ice damn or ice jam?
5   A   Not in terms of a safety hazard, no.
6   Q   So in Whirlpool's design process did it
7   ever consider that an ice jam or an ice damn
8   would occur and an individual would try to free
9   that jam by sticking their hand up the ice chute?
10  A   Well, that is certainly one way that you
11  could do it.
12  Q   Right. And in the safety audits which
13  you were involved in was it ever considered that
14  someone would actually do it, would actually put
15  their hand up the ice chute to try to free an ice
16  jam?
17  A   I would not consider that to be a safety
18  hazard.
19  Q   Could you elaborate on that; why you do
20  not believe that to be a safety hazard?
21  A   Well, when I clear an ice jam like that
22  in my refrigerator, I reach up there and I
23  dislodge the cubes and they fall out.
24  Q   Can you can reach up with your hand?

41

1  A   As far as I can. That opening, of
2  course, is not very far. But I can reach up far
3  enough.
4         If there are icecubes jammed in there
5  and if I can free it from underneath, I'll do
6  that and make the icecubes fall out.
7         If I can't reach the jam, then I open
8  the door and reach in from the inside.
9  Q   And in the refrigerator which you are
10 using at home to free ice jams, are you concerned
11 about reaching too far and reaching any working
12 parts?
13 A   No.
14 Q   Is that a different model refrigerator
15 than the one that is the subject of this
16 litigation?
17 A   No. The mechanism is basically the same
18 as this one.
19 Q   Is it your opinion that it's impossible
20 for someone to reach up the ice chute and become
21 injured by the working mechanisms of the ice
22 crusher?
23 A   Well, obviously in this case, this is
24 the first one that I've ever heard of like this.

42

1  Obviously, it is possible because it appears to
2  have happened in this case.
3      Q   That was going to be my follow-up
4  question, whether you believe that this happened
5  or not.
6      A   Well, I suppose if it hadn't happened,
7  we wouldn't be here.
8      Q   What type of safety tests or safety
9  audit tests were performed to determine whether
10 someone could injure themselves by putting their
11 hand up the ice chute?
12     A   We use a standard underwriter's
13 laboratory test fixture to determine whether it's
14 likely for someone to be able to reach into that
15 particular hazardous part.
16     Q   Could you describe that test fixture for
17 me.
18     A   It's called an articulator probe.
19     Q   Do these comes in different sizes and
20 lengths and configurations?
21     A   No.
22     Q   What does it look like?
23     A   It basically simulates a wrist and a
24 single articulated finger.

43

```
1    is in the ice bucket regardless of whether the
2    ice is turned on or connected.
3         Q    If the external water source were not
4    hooked up to the refrigerator, would it make the
5    ice dispenser dangerous?
6         A    No.
7         Q    Is this a product that Whirlpool
8    considers to be dangerous by its nature?
9         A    No.
10        Q    Is this a product that can become
11   dangerous through normal use?
12        A    No.
13        Q    Is the general design intent to prevent
14   injury to foreseeable users?
15        A    The intent of the design is to reduce
16   the risk of injury to consumers.
17        Q    Do you know if there were any design
18   considerations, such as making the dispenser
19   chute smaller, to prevent a broader range of
20   individuals from being able to put their hands up
21   the ice chute?
22        A    I'm sorry.  I lost the first part of
23   your question.
24        Q    Sure.
```

49

1    A    That's correct.

2    Q    Was there ever any design or safety consideration to put some kind of code or other features to make it more complicated to unlock the ice or water dispenser?

6    A    Not on this model, no.

7    Q    That consideration, has it ever been implemented on other models?

9    A    Yes.

10    Q    When the lock is on does it prevent the ice crusher from working; when the lock is activated, does it prevent the ice crusher from working?

14    A    Yes.

15    Q    Do you have knowledge of the dimensions or distances from the chute entranceway to the ice crusher mechanisms?

18    A    Approximately, yes.

19    Q    Approximately, can you tell me?

20    A    I believe it's around 8 inches. It might be a little more than that, but I think that's approximately right.

23    Q    Is there a drawing or plan or some sort of document that we can interpret those

51

```
 1   from underneath, I would make an attempt to
 2   dislodge the cubes.
 3           And if that didn't work, then I would
 4   open the door and reach in from the inside.
 5       Q   Potentially, if you had this subject
 6   model refrigerator and reached up 8 inches and
 7   hit the ice crusher mechanism and depressed the
 8   lever activating it, potentially you can hurt
 9   yourself?
10       A   Well, I can't because I can't get my
11   hand up there.
12       Q   But if someone could, they could hurt
13   injure themselves that way?
14       A   Not if you were dislodging icecubes, no.
15       Q   Why not?
16       A   Because the icecubes would be in the
17   way.
18       Q   If you move the icecubes, would you then
19   encounter the crusher?
20       A   Well, if you stick your hand up from
21   underneath and there are icecubes in the way,
22   the only for you to get the icecubes out is for
23   them to fall down through the chute.  To do that,
24   you would have to remove your hand.
```

54

1   Q    Unless you have a narrow hand?
2   A    Well, you still have the icecubes in the
3   way.
4   Q    So in your opinion the icecubes couldn't
5   fall past someone's hand?
6   A    I don't see how they could, unless your
7   hand and wrist were less than half the diameter
8   of the ice chute opening.
9   Q    What features are in place to stop
10  someone from putting their hand up the ice chute?
11  A    The diameter of the bottom of the
12  opening.
13  Q    Any other features?
14  A    Well, that combined with the length
15  between there and the crusher blades.
16  Q    Any other features besides the diameter
17  of the opening and the distance between the
18  opening and crusher blades as a safety feature to
19  stop someone from injuring themselves and putting
20  their hand up there?
21  A    There is also a trap door that is
22  covering the bottom of the chute.
23  Q    This trap door, which direction can it
24  not open?

Sullivan Reporting Company
TWO NORTH LA SALLE STREET • CHICAGO, ILLINOIS 60602

1        I believe in the comment section it says
2   something about a new indoor ice feature.
3        A    Yes.
4        Q    What does that mean; can you explain
5   that to me.
6        A    The indoor ice feature means the ice
7   bucket is located in the door instead of inside
8   the freezer compartment.
9        Q    So was there a previous model or
10  previous design where this ice bucket was located
11  in the back part of the freezer, as opposed to
12  the freezer door?
13       A    It was located on a shelf in the freezer
14  compartment before.
15       Q    Did that subject model refrigerator have
16  a crusher mechanism, also, the ability to crush
17  ice?
18       A    Yes.
19       Q    Where was the crusher located in that
20  model refrigerator?
21       A    At the front of the ice bucket.
22       Q    Not in the freezer door, but in the back
23  of the freezer itself or on one of the shelves?
24       A    At the front of the bucket, which is

58

sitting on a shelf in the freezer compartment.

    Q   Okay. This 9-page document, which is Bates No. 220 through 228, entitled test plan agreement, could you explain to me what this document is?

    A   That's a list of all of the tests that are to be performed on this particular model in order to approve it for production.

    Q   Okay. If you can look at Bates No. 247, where it says probe test, if you can explain to me what that means there in that discussion concerning the probe test.

    MR. FOSTER: Do you mean Bates No. 000247?

    MR. TINE: Correct.

    THE WITNESS: That describes the test fixture that I was talking about before.

    MR. TINE:

    Q   This UL test probe which is put the ice dispenser to see if it makes contact with dangerous pitch points or things of that nature?

    A   Along with any other opening in their product, yes.

    Q   When this probe is being put up the ice dispenser chute, how does one view where it is

59

```
 1   exposure.
 2           Do you see that?
 3      A    Yes.
 4      Q    If you go to the bottom item, No. 7, and
 5   I'll read this: "Do any openings in the enclosure
 6   permit access to moving parts during normal
 7   operation."
 8           Next to it it says AC.  What's does AC
 9   mean?
10      A    Acceptable.
11      Q    What does it say in the next column
12   after that?
13      A    NA, for not applicable.
14      Q    Well, in the next column first it says
15   no change from current production, correct?
16      A    Yes.
17      Q    And then it says NA, correct?
18      A    Yes.
19      Q    And what does the NA mean?
20      A    Not applicable.
21      Q    What does that mean, not applicable?
22      A    In this particular case it probably
23   means that it was not reevaluated because it was
24   no different from current production.
```

61

```
 1   the refrigerator?
 2        A    There would be on previous models and
 3   for things that didn't change between previous
 4   models and this model.  You won't review things
 5   that have already been reviewed.
 6             But I do see some references in here to
 7   a drop-down shelf and to a veggie tray.
 8        Q    So even though the title of this product
 9   review refers to those three categories, you're
10   saying in certain instances testing was performed
11   on other features of the refrigerator as
12   referenced in that document?
13        A    Yes.
14        Q    Are you aware of any other safety
15   audits, documents relating to this refrigerator
16   or subject model refrigerator?
17        A    Not that I'm aware of.
18             There is a reference further back in
19   here to gold control knobs, which would indicate
20   this is not an electrical control.  That would be
21   a mechanical control.
22        Q    What Bates page is that on?
23        A    Bates No. 000322.
24        Q    Are you aware of any present or past
```

67

1  claims against Whirlpool by anyone claiming to
2  have been injured by putting their hand up the
3  ice dispenser chute?
4      A    This is the first one I have heard of.
5  I've been involved in refrigerator design since
6  1968.
7      Q    Could you look at this document,
8  Bates No. 000001 through 14, and from looking at
9  the photographs 1 through 9, tell me what part is
10 missing from the interior of the freezer door.
11         And if it's easier to just refer to page
12 numbers and groups of parts, that is sufficient.
13     A    You're talking about what is missing
14 from --
15     Q    From the ice crusher, ice holster
16 assembly that goes inside the freezer door.
17     A    The only thing I can tell that's missing
18 is the part that's in this drawing, in Exhibit
19 No. 11.
20     Q    Exhibit No. 11, that drawing, could you
21 look at the parts listing, which is Bates label
22 No. 1 through 14, and tell me if you see an
23 exploded view or configuration which shows those
24 parts.