UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL  )<br>GUARDIAN, LOURENCO P. DOSSANTOS, and  )<br>LOURENCO P. DOSSANTOS,  )<br>  )<br>Plaintiffs,  )<br>  )  No.: 04-CV-12369-NG<br>v.  )<br>  )<br>  )<br>SEARS ROEBUCK and COMPANY and  )<br>WHIRLPOOL CORPORATION,  )<br>  )<br>Defendants.  )<br>  ) | |

**DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S CAUSATION EXPERT TESTIMONY OF MARC RICHMAN**

Defendants come before this Court pursuant to Rules 104 and 702 of the Federal Rules of Evidence and file their Motion to Exclude Expert Testimony of Marc Richman. The grounds for this motion are fully described in Defendants' accompanying Memorandum of Law which is incorporated by reference as if fully contained herein. Defendants' motion to exclude Richman's testimony is based on the fact that Richman's expert opinions fail to meet the reliability and relevance requirements established by Federal Rule of Evidence 702 and <u>Daubert v. Merrell Dow Pharm., Inc</u>., 509 U.S. 579 (1993).

WHEREFORE, based upon the foregoing, Defendants ask this Court to exclude the proffered opinions of Marc Richman.

*[signature page follows on next page]*

Respectfully submitted
**SEARS, ROEBUCK AND CO., and
WHIRLPOOL CORPORATION**
By their Attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY, PROFESSIONAL CORPORATION


/s/ Steven M. Key_____
Richard L. Edwards (BBO# 151520)
Steven M. Key (BBO# 638145)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
redwards@campbell-trial-lawyers.com
skey@campbell-trial-lawyers.com

AND

Robert W. Foster, Jr., Esq. (Admitted Pro Hac Vice)
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Fl.
Columbia, South Carolina  29201
(803) 799-2000

## **CERTIFICATE OF SERVICE**

I, Steven M. Key, certify that on November 14, 2005, a true copy of ***Defendants' Motion To Exclude Plaintiffs Causation Expert Testimony Of Marc Richman*** was sent by e-mail to Andrew J. Tine, Haese, LLC, 70 Franklin St., 9th Floor, Boston, MA  02110.

/s/ Steven M. Key_____
Steven M. Key