```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


JASMINE D. BUNTON, by her      )
legal guardian, LOURENCO P.    )
DOSSANTOS and LOURENCO P.      )
DOSSANTOS,                     )
                               )
            Plaintiffs,        )
                               )
      -vs-                     )  No. 04-CV-12369-NG
                               )
SEARS ROEBUCK & CO. and        )
WHIRLPOOL CORPORATION,         )
                               )
            Defendants.        )
```

     The discovery deposition of STEPHEN G. BOUGHTON, taken under oath on the 17th day of June, 2005, at Suite 4400, One North Wacker Drive, Chicago, Illinois, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Sharon L. Gaughan, a Certified Shorthand Reporter, in and for said County of Cook and State of Illinois, pursuant to notice.

1

Sullivan Reporting Company
TWO NORTH LA SALLE STREET • CHICAGO, ILLINOIS 60602
(312) 782-4705

1  A    I would have been involved with the
2  model approval process, and in particular, the
3  safety audit on this model.
4  Q    Have you ever been involved with any
5  safety testing performed on this refrigerator
6  after its production and distribution to market?
7  A    I'm not sure what you mean by that.
8  Q    I'm asking whether or not you have been
9  involved in any safety testing on the
10 refrigerator after it was actually put in use?
11 A    Not that I can remember.
12 Q    Do you have any specific recollection of
13 a safety audit being performed on this subject
14 model refrigerator?
15 A    I don't know if it was on this exact
16 model.
17 Q    What do you have a recollection of?
18 A    I believe there is a safety audit that
19 was performed on either this model or a similar
20 model.
21 Q    If you can take a look at what's been
22 marked as Exhibit No. 3.
23      Could you tell me if you are familiar
24 with those sorts of controls?

15

```
 1    Obviously, it is possible because it appears to
 2    have happened in this case.
 3         Q    That was going to be my follow-up
 4    question, whether you believe that this happened
 5    or not.
 6         A    Well, I suppose if it hadn't happened,
 7    we wouldn't be here.
 8         Q    What type of safety tests or safety
 9    audit tests were performed to determine whether
10    someone could injure themselves by putting their
11    hand up the ice chute?
12         A    We use a standard underwriter's
13    laboratory test fixture to determine whether it's
14    likely for someone to be able to reach into that
15    particular hazardous part.
16         Q    Could you describe that test fixture for
17    me.
18         A    It's called an articulator probe.
19         Q    Do these comes in different sizes and
20    lengths and configurations?
21         A    No.
22         Q    What does it look like?
23         A    It basically simulates a wrist and a
24    single articulated finger.
```

43

1    A    That's correct.

2    Q    Was there ever any design or safety
3 consideration to put some kind of code or other
4 features to make it more complicated to unlock
5 the ice or water dispenser?

6    A    Not on this model, no.

7    Q    That consideration, has it ever been
8 implemented on other models?

9    A    Yes.

10    Q    When the lock is on does it prevent the
11 ice crusher from working; when the lock is
12 activated, does it prevent the ice crusher from
13 working?

14    A    Yes.

15    Q    Do you have knowledge of the dimensions
16 or distances from the chute entranceway to the
17 ice crusher mechanisms?

18    A    Approximately, yes.

19    Q    Approximately, can you tell me?

20    A    I believe it's around 8 inches. It
21 might be a little more than that, but I think
22 that's approximately right.

23    Q    Is there a drawing or plan or some sort
24 of document that we can interpret those

51