UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO: 04-CV-12369-NG            VOLUME 1
*******************************************

JASMINE D. BUNTON, by her legal guardian, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS

        Plaintiffs

   vs.

SEARS ROEBUCK and CO.,

        Defendant
*******************************************

    DEPOSITION of JASMINE D. BUNTON, a witness called on behalf of the Defendant, pursuant to the Massachusetts Rules of Civil Procedure, before Lisa E. Berkland, a Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Campbell, Campbell, Edwards & Conroy, One Constitution Plaza, Boston, Massachusetts, on Wednesday, April 6, 2005, commencing at 9:00 a.m..

      EYAL COURT REPORTING, INC.
      4 Faneuil Hall Marketplace
     Boston, Massachusetts   02109
  (617) 723-9432          (800) 322-3925

### Page 22

1  A. No.
2  Q. You just call her a nickname?
3  A. Yes.
4  Q. What does she call you?
5  A. My name.
6  Q. She calls you Jasmine?
7  A. Ah-huh.
8  Q. In regular English, she calls you that?
9  A. No.
10 Q. She calls you that in the other language?
11 A. Yes, which is kind of the same.
12 Q. It sounds the same? How do you say it?
13 A. Jasmine, but kind of like --
14 Q. With an accent to it?
15 A. Yes.
16 Q. Let me just understand again who lives
17    with you. You said your brother lives
18    with you, your 7 year old brother?
19 A. Yes.
20 Q. And your dad lives with you?
21 A. Yes.
22 Q. And your grandmother lives with you?
23 A. Yes.
24 Q. And then you said an aunt and uncle?

### Page 23

1  A. Yes, and a cousin.
2  Q. What are their names?
3  A. One is called another Maria, Julio.
4  Q. Who is that? Is that your uncle?
5  A. Yes, uncle. And Jason.
6  Q. Jason is your cousin?
7  A. Yes. Dillon.
8  Q. Who is Dillon?
9  A. Dillon is my brother.
10 Q. Okay.
11 A. My father, and my grandmother.
12 Q. Okay. Now, at the time of the accident,
13    did those same people live with you or
14    only some of those people?
15 A. Yes, they lived with me.
16 Q. They lived with you on Sumner Street?
17 A. Yes.
18 Q. The same people that live with you now?
19 A. Yes.
20 Q. At the time of the accident, how many
21    people were home at your apartment?
22 A. My grandmother.
23          THE WITNESS: Is he a cousin,
24    Daddy?

### Page 24

1  A. My father's cousin, and my brother.
2  Q. The refrigerator where you got hurt, was
3     that in the kitchen?
4  A. Yes.
5  Q. Was anybody in the kitchen when you got
6     hurt?
7  A. No.
8  Q. Where was everyone else in the apartment?
9  A. My brother was in my cousin's room
10    watching TV, and my grandmother and I
11    think my father's cousin was watching TV
12    in the other room, in another room.
13 Q. And what were you doing at the time of
14    the accident?
15 A. I didn't want to watch the show, so I
16    went to go get a drink. I went to go get
17    some ice, and then it just came out with
18    the cubes. Then I kept on pressing
19    "crush." I went to go put up my hand,
20    and then I pressed my hand against the
21    button, and it just cut me.
22 Q. Okay. So you were trying to get -- you
23    wanted to get crushed ice?
24 A. Yes.

### Page 25

1  Q. Why did you want to do that?
2  A. So it would be smaller than like the big
3     huge ice.
4  Q. I see. Had you gotten crushed ice before
5     from the refrigerator?
6  A. Yes.
7  Q. You had gotten it before?
8  A. Yes.
9  Q. How do you normally -- before the
10    accident, how would you get crushed ice?
11 A. I would just press the button and push
12    the cup against it.
13 Q. You would push the cup against a little
14    lever?
15 A. Yes, and it would just come down. But it
16    came down in cubes.
17 Q. I see. So you were trying to get crushed
18    ice, and cubes came down?
19 A. Yes.
20 Q. Okay. Had you pushed the button to make
21    the crushed ice?
22 A. Yeah.
23 Q. You did push it?
24 A. Yes, but it like wouldn't start spinning,

7 (Pages 22 to 25)

```
 1     so I just put my hand up there, and then
 2     it pressed and --
 3  Q. Then it cut your finger?
 4  A. Yes.
 5  Q. Why did you stick your hand up there?
 6  A. Because I was trying to get the ice down
 7     because it wouldn't come down. My hand
 8     just pushed against it.
 9  Q. And then it cut your finger?
10  A. Yes.
11  Q. But before it cut your finger, were big
12     ice cubes coming in your cup?
13  A. Yes. I wanted little tiny crushed ice.
14  Q. Was it a glass or a plastic cup?
15  A. Plastic.
16  Q. So you pushed your plastic cup up against
17     the lever and big ice cubes came in your
18     cup?
19  A. Yes.
20  Q. And you wanted crushed ice?
21  A. Crushed.
22  Q. Did you push the button for crushed ice?
23  A. Yes.
24  Q. Do you know why the crushed ice didn't
```
Page 26

```
 1     come out?
 2  A. No.
 3  Q. Well, after you pushed the button, did
 4     you try to get ice and big ice came out
 5     again?
 6  A. Yes.
 7  Q. Okay.
 8  A. Then I just tried to get it down.
 9  Q. What were you trying to get?
10  A. Ice. I would just grab the ice and see
11     if there were any in there.
12  Q. I see.
13  A. I pushed my hand against it.
14  Q. Against the lever?
15  A. Yes.
16  Q. When you had your hand up in there?
17  A. Yes.
18  Q. And it cut it?
19  A. Yes.
20  Q. When you put your hand up in there, were
21     you trying to get out crushed ice?
22  A. I tried to, like, push.
23  Q. Tried to push what?
24  A. The ice down.
```
Page 27

```
 1  Q. Was there ice stuck in there?
 2  A. Yes. Ice was stuck in there, and I was
 3     trying to get it out. I grabbed it and
 4     tried to get it out, but then I pressed
 5     the lever, and it just cut it.
 6  Q. When you had your cup, your plastic cup,
 7     and you pushed against the lever, did ice
 8     come into your cup?
 9  A. Yes, some ice came in. Then I tried it
10     again, and none came out.
11  Q. And then you stuck your hand in there?
12  A. To see if, like, the ice was in there. I
13     thought one might have been stuck in
14     there. Then I just pushed my hand
15     against the lever, and the blade just cut
16     me.
17  Q. When you first stuck your hand up in
18     there, were there ice cubes in the little
19     shoot area?
20  A. Yes.
21  Q. Could you get it to drop out or was it
22     stuck up in there?
23  A. It was stuck up in there because one of
24     the cubes was, like, blocking the way.
```
Page 28

```
 1     Then I tried to get the cube out, and I
 2     pushed against it, and then the blade cut
 3     my hand.
 4  Q. Well, how many cubes were in the shoot
 5     when you stuck your hand in there? How
 6     many cubes were in there, do you know?
 7  A. I don't know.
 8  Q. Okay. When you did that, when you stuck
 9     your hand in there, had you ever seen
10     anyone do that before?
11  A. No.
12  Q. Had you ever had ice stuck in the ice
13     maker before?
14  A. No.
15  Q. What made you think you could stick your
16     hand up there?
17  A. I do not know.
18  Q. Okay. You weren't really thinking one
19     way or the other?
20  A. Yes.
21  Q. Had your dad ever tried to get ice out
22     that way?
23  A. No.
24  Q. Had your brother or cousins ever tried to
```
Page 29

8 (Pages 26 to 29)

**Page 30**

1  get ice out that way?
2  A. No.
3  Q. Did you have to open a little flap or
4     trap door to stick your hand up there?
5  A. No.
6  Q. You just could stick it straight up in
7     there?
8  A. Yes.
9  Q. How far did you stick your hand up into
10    the shoot?
11 A. I do not know. Almost about where the
12    blade was, and it just cut.
13 Q. How much of your hand went up into the
14    ice maker?
15 A. I don't know.
16 Q. Was it all the way to your elbow?
17 A. No.
18 Q. It wasn't that far up?
19 A. No. It was, I think, this far.
20    (Indicating.)
21 Q. So about the middle -- between your elbow
22    and your wrist?
23 A. Yes.
24 Q. Your hand went up about that far?

**Page 31**

1  A. Yes. That's when it just cut me.
2  Q. Okay. After you stuck your arm up in
3     there, you then hit the lever with your
4     arm?
5  A. I think my arm, because it cut right here
6     and right there. (Indicating.)
7  Q. Okay. What part of your arm hit the
8     lever?
9  A. I think this part, or this part.
10    (Indicating.) It was either right here
11    or right here. (Indicating.)
12 Q. Either right above the elbow or right in
13    between the elbow and the wrist?
14 A. Yes.
15 Q. Hit the lever?
16 A. Yes. Then the blade just cut me on my
17    hand.
18 Q. When you stuck your arm up in the shoot,
19    what were you trying to do?
20 A. I was trying to get that ice cube away
21    from the thing so it could come down.
22    Then it just, like, cut me.
23 Q. When you stuck your arm up in there, was
24    there ice blocking the shoot?

**Page 32**

1  A. Yes.
2  Q. How did you get your arm past the ice?
3  A. Because I pushed really hard. But then
4     my hand hit the lever, and it just cut
5     me.
6  Q. When you say you pushed it really hard,
7     why did you do that?
8  A. Because I was trying to get the ice up.
9  Q. Out of the shoot?
10 A. Yes. Then I just hit the lever, and my
11    hand just got cut.
12 Q. Let me show you this owner's manual. I
13    think it has a picture of the buttons
14    that you pushed. Let me make sure I
15    understand -- actually, I have a picture
16    of the refrigerator. That might be
17    better.
18    (Pause.)
19    MR. FOSTER: Okay. These are
20 photographs that you all produced in the
21 initial disclosure.
22    MR. TINE: Yes.
23 Q. It looks like there are probably four
24    photographs on that; is that correct?

**Page 33**

1     MR. TINE: There are four
2  copies. If she can interpret them, go
3  right ahead.
4  Q. Do you recognize if this looks like what
5     your refrigerator ice dispenser looked
6     like?
7  A. Yes.
8     MR. FOSTER: Let's mark this
9  as Exhibit Number 1.
10    (Exhibit 1, marked for
11 identification.)
12 Q. Let me just make sure I understand this.
13    This looks like it has some buttons on
14    it? (Indicating.)
15 A. Yes.
16 Q. Which button would you push if you wanted
17    to get crushed ice?
18 A. This one. (Indicating.)
19 Q. Okay. So you are talking about the third
20    from the left is the button you would
21    push?
22 A. Ah-huh.
23 Q. That's the button you pushed?
24 A. Yes.

9 (Pages 30 to 33)