# Marc H. Richman, Sc.D., P.E.
# List of Trials, Depositions, and Hearings

## TRIALS 99 - 05

| Date | Caption | Case # | Nature | Court |
|---|---|---|---|---|
| 01/26/99 | Raimbeault v Takeuchi Mfg. | 3984 | backhoe injury | Providence Superior court (RI) |
| 3/31/99 | Revell v Pearl Vision | 3177 | safety glasses | Providence Superior court (RI) |
| 04/14/99 | Roberts v Foundry Assoc. | 4423 | fell through landing | Providence Superior Court (RI) |
| 04/27/99 | Cynthia Hanley-Turner | 3927 | Airplane engine rusted out | Fall River Superior Court (MA) |
| 05/27/99 | Sorogheye v Miche | 4277 | car accident | Providence Superior Court (RI) |
| 06/21/99 | Robichaud v Mitch | 4354 | truck accident | Barnstable Superior Court (MA) |
| 07/12/99 | Town of N. Prov. v Crocenzi | 4273 | Police car acc. | No. Prov. Municipal Court (RI) |
| 02/16/00 | F. Roldan | 4550 | exhaust fan no guards | Providence Superior Court (RI) |
| 06/15/00 | Delta Trading v Pure Water | 4605 | sprinkler leak | NY Supreme Court Manhattan |
| 08/15/00 | Epps v Sygma | 4520 | electric pallet jack amputated toe | Worcester Superi8or Court (MA) |
| 12/06/00 | Barbato v Stephenson | 4589 | stuck seat belt rear end collision | Providence Superior Court (RI) |
| 05/17/01 | Nicoletti v Leach Co. & Sanitary | 4381 | hopper flap - amputated finger | US District Court (RI) |
| 05/23/01 | Rabczak | 4272 | motorized lift chair fire | Providence Superior Court (RI) |
| 10/16/01 | Larquinho v Virginia Marcroft | 4604 | car accident-corvette | Providence District Court (RI) |
| 10/18/01 | State v Louis Vinagro | 4760 | motor cycle-speeding, DWI | RI Traffic Court (RI) |
| 03/19/02 | J. Kinder v 300 Broadway assoc | 4402 | broke ankle on steps | Providence Superior Court (RI) |

-1-

**EXHIBIT E**

| Date | Cases | # | Nature | Court |
|---|---|---|---|---|
| 05/16/02 | Daddio v riverbend campground | 4788 | stumbles into fire ring and burned | New Haven Superior Court (CT) |
| 11/14/02 | Smith v Gill | 4580 | fuel oil deliver line leak | Middlesex Superior court (MA) |
| 11/20/02 | Maxner v Crisha | 4669 | easter bunnies | U.S. District Court (RI) |
| 4/4/03 | Doran v Twin Oaks | 4868 | Tire blocks | Providence Superior Court |
| 4/22/03 | Fletcher v Whirlpool | | Refrigerator | Providence Superior Court |
| 5/20/03 | Shoucair v Brown University | | Discrimination | Providence Superior Court |
| **2004** | | | | |
| 02/19/04 | DenBesten v Safari | | Motor Home | Fall River Superior Court |
| 06/17/04 | Sullivan | | Truck door latch | Fall River Dept. Industrial Accid. |
| 11/05/04 | Comm. V Ryan | | Accident Recon. | Norfolk Superior Court |
| 01/27/05 | Sekeres v YMCA | | Slip & Fall | Providence Superior Court |
| 03/18/05 | Bargmann v VW | | Seat Belt | U.S. District Court (MA) |
| 03/24/05 | North Amer Concrete | | Loading of Cylinders | US District Court (CT) |
| [redacted] | | | | |
| Date | Cases | # | Nature | Court |
| 03/09/99 | Fletcher v Whirlpool | 3975 | whirlpool fridge crushing | Providence Superior Court (RI) |
| 03/15/99 | Roberts v Foundry | 4423 | fell through landing | Providence Superior Court (RI) |
| 07/27/99 | Murphree v Dvi, INc. | | Atheretomy catheter failure | US District CT. San Antonio (TX) |
| 08/11/99 | Kent v Advance Mixer | 4406 | cement truck | US District Court (VT) |
| 10/04/99 | Sorogheye v Miche | 4277 | car accident | Providence Superior Court (RI) |
| 12/03/99 | Shazanmi v Sears roebuck & Vendetti | 3802 | sears kerosene heater | US District Court (RI) |

**EXHIBIT E**

| 03/15/00 | Hurst v Kingsland | 3945 | table saw no guard | Litchfield Superior Court (CT) |
|---|---|---|---|---|
| 03/30/00 | Jedow v Held | 4461 | Jeep rollover | Judicial District Waterbury (CT) |
| 05/16/00 | Carvalho v Pennsylvania steel | 4454 | welded rail failure-personal injury | Bristol county superior Court (MA) |
| 05/23/00 | Petrarca v Mercedes-Benz | 4514 | defective wipers | State of RI Div. Motor Veh. (RI) |
| 06/21/00 | Fleming v Groen | 4594 | braising pan burn | US District Court (NY) |
| 08/07/00 | Gauvin v Kent Hospital & Otis | 4425 | elevator injury | Providence Superior Court (RI) |
| 08/17/00 | Walker v Miller Brewing co. | | Bottle Injury | US District Court (MA) |
| 09/11/00 | Gadarowski v Pak-Mor | 4219 | garbage truck injury | Hampden Superior Court (MA) |
| 11/24/00 | Barbato v Stephenson | 4589 | rear end | Providence Superior court (RI) |
| 01/31/01 | Stefania, Buonfiglio v Schlindler elev. | 4306 | elevator malfunctioned | New Haven Superior Court (CT) |
| 02/15/01 | Hunt v City of Providence | 4684 | trip & fall sidewalk | Providence Superior Court (RI) |
| 02/26/01 | Rabczak v Queen City med Mart | 4272 | motorized lift chair fire | Providence Superior Court (RI) |
| 07/13/01 | Pacheco v Atlantic Prosthetics | 4640 | prosthesis came apart | Bristol County Superior Court (MA) |
| 08/14/01 | Brown v Nu-Mark & Moore's Supplies | 4401 | table saw injury | US District Court N. District (WV) |
| 01/08/2002 | Lockhart v Emerson Electric | 4408 | radial arm saw injury | US District Court (CT) |
| 04/08/02 | Daddio v riverbend Campground | 4788 | stumbled into fire ring | New Haven Superior court (CT) |
| 12/12/02 | Whitehead v Maine Poly | 4805 | arm injury in packing machine | US District Court (RI) |
| 6/26/03 | Colardo v Wyatt Correctional Center | | Dental X Ray Unit | US District Court (RI) |

-3-

**EXHIBIT E**

| | | | | |
|---|---|---|---|---|
| 7/2/03 | Richards v Powerhouse Gym | | Exercise equipment | Providence Superior Court (RI) |
| 10/27/03 | Johnston v Narragansett Electric | 4610 | High voltage wires | Providence Superior Court |
| 12/15/03 | Johnston v Narragansett Electric | 4610 | High Voltage Wires | Providence Superior Court (RI) |
| **2004** | | | | |
| 01/20/04 | McSparren v Sears | | Riding mower | Providence Superior Court |
| 01/23/04 | Rossi v AMICA | | Personal oxygen equipment | Providence Superior Court |
| | | | | |
| 04/01/04 | Casco Bay Diesel v F/V Western Hunter | | Exercise Equipment | Providence Superior Court |
| 08/02/04 | Khoury v Moussa | | Paint Sprayer | Fall River Superior Court |
| 09/27/04 11/08/04 | Medhurst v Fisher Price | | Fire | Vermont Superior Court |
| 01/07/05 | Suchocki v Talberts | 4949 | Flat Bed Trailer | US District Court (CT) |
| | | | | |
| **DATE** | **CASE** | **FILE** | **MEMO** | **COURT** |
| 01/21/99 | Marcello v DelFarno | 3965 | boy on bike hit by car | Arbitration (RI) |
| 02/01/99 | Randall v McGinn | 4196 | mv collision | Arbitration (RI) |
| 09/30/99 | Currie v Agriturf, Inc. | 4417 | bobcat injury | Arbitration (MA) |
| 11/05/99 | Bonadie v Prov. Wash. Ins | 4437 | hit & run - vehicle | Arbitration (RI) |
| 01/10/00 | Walason v J&M d/b/a Warwick Ave Sunoco | 4313 | bronco explosion | Arbitration (RI) |
| 05/24/00 | Technology Applications v Atlantic Mutual | 4521 | pipe busting | Arbitration (RI) |

-4-

**EXHIBIT E**

| 06/23/00 | Maglioli v Ludowick Shippee | 4191 | ped -truck fatality | | Arbitration (RI) |
| 09/07/00 | Tech. Applications v Atlantic Mutual | 4521 | pipe busting | | Arbitration (RI) |
| 02/02/01 | Quincy Mut. Fire v Nationwide & Sposato | 4648 | Electrical outlet fire | | Arbitration (RI) |
| | | | | | |

c:\datawp\Trials and Depo 2005\4yr Log.wpd

-5-

**EXHIBIT E**