UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br>       Plaintiffs,<br><br>v.<br><br>SEARS ROEBUCK and COMPANY, and WHIRLPOOL CORPORATION.<br>       Defendants. | )<br>)<br>)<br>)<br>)   No.: 04-CV-12369-NG<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Steven M. Key hereby certify that I have conferred with counsel for the Plaintiffs, Andrew Tine, in an attempt to resolve and narrow the issues addressed in the Motion to Exclude Plaintiffs' Expert Marc Richman this 14th day of November, 2005.

                       Respectfully submitted
                       **SEARS, ROEBUCK AND CO., and**
                       **WHIRLPOOL CORPORATION**
                       By their Attorneys,
                       CAMPBELL CAMPBELL EDWARDS &
                       CONROY, PROFESSIONAL CORPORATION


                       /s/ Steven M. Key_____
                       Richard L. Edwards (BBO# 151520)
                       Steven M. Key (BBO# 638145)
                       One Constitution Plaza
                       Boston, MA 02129
                       (617) 241-3000
                       redwards@campbell-trial-lawyers.com
                       skey@campbell-trial-lawyers.com

                       AND

                       Robert W. Foster, Jr., Esq. (Admitted Pro Hac Vice)
                       Nelson Mullins Riley & Scarborough LLP
                       1320 Main Street, 17th Fl.
                       Columbia, South Carolina  29201
                       (803) 799-2000

## **CERTIFICATE OF SERVICE**

    I, Steven M. Key, certify that on November 14, 2005, a true copy of ***Certificate Pursuant To Local Rule 7.1(A)(2)*** was sent by e-mail to Andrew J. Tine, Haese, LLC, 70 Franklin St., 9th Floor, Boston, MA  02110.

                                            /s/ Steven M. Key_____
                                            Steven M. Key