UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL )<br>GUARDIAN, LOURENCO P. DOSSANTOS, and )<br>LOURENCO P. DOSSANTOS, )<br>      Plaintiffs, )<br>       )<br>v. )<br>       )<br>SEARS ROEBUCK and COMPANY and )<br>WHIRLPOOL CORPORATION, )<br>      Defendants. ) | No.: 04-CV-12369-NG |

**DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT BASED ON LACK OF CAUSATION EVIDENCE**

Defendants come before this Court and file their Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. In support of their Motion, Defendants submit the following grounds:

1. In their Complaint, Plaintiffs claim the subject refrigerator manufactured by Whirlpool Corporation and sold by Sears Roebuck and Company was defective and unreasonably dangerous.

2. In the present case, Plaintiffs' only evidence to support the assertion that the subject refrigerator was defective and proximately caused injury is the expert opinion testimony of Marc Richman.

3. As fully described in Defendants' Motion and Memorandum of Law to Exclude Expert Testimony, the defect and causation opinions of Marc Richman are inadmissible under Federal Rule of Evidence 702.

4. Without this expert's testimony, Plaintiffs claim that the refrigerator was defective would be based conjecture and surmise which is insufficient to establish

liability.  *See Fajardo Shopping Center, S.E. v. Sun Alliance Ins. Co. of Puerto Rico, Inc.*, 167 F.3d 1, 11 (1st Cir. 1999); *Euromotion, Inc. v. BMW of North America, Inc.,* 136 F.3d 866, 869 (1st Cir. 1998); *Cadle Company v. Hayes,* 116 F.3d 957, 960 (1st Cir. 1997); *see also In re JFD Enterprise, Inc.*, 223 B.R. 610, 629 (Bkruptcy, D. Mass. 1998) .

WHEREFORE, since the plaintiff cannot establish that a defect existed with the refrigerator, the Defendants ask this Court to grant summary judgment on Plaintiffs' claims for negligence, strict liability, and breach of warranty.

>
> Respectfully submitted
> **SEARS, ROEBUCK AND CO., and**
> **WHIRLPOOL CORPORATION**
> By their Attorneys,
> CAMPBELL CAMPBELL EDWARDS &
> CONROY, PROFESSIONAL CORPORATION
>
>
> /s/ Steven M. Key_____
> Richard L. Edwards (BBO# 151520)
> Steven M. Key (BBO# 638145)
> One Constitution Plaza
> Boston, MA 02129
> (617) 241-3000
> redwards@campbell-trial-lawyers.com
> skey@campbell-trial-lawyers.com
>
> AND
>
> Robert W. Foster, Jr., Esq. (Admitted Pro Hac Vice)
> Nelson Mullins Riley & Scarborough LLP
> 1320 Main Street, 17th Fl.
> Columbia, South Carolina  29201
> (803) 799-2000

## CERTIFICATE OF SERVICE

    I, Steven M. Key, certify that on November 14, 2005, a true copy of ***Defendants' Motion For Summary Judgment Based On Lack Of Causation Evidence*** was sent by e-mail to Andrew J. Tine, Haese, LLC, 70 Franklin St., 9th Floor, Boston, MA  02110

                                  /s/ Steven M. Key_____
                                  Steven M. Key