UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br><br>    Plaintiffs,<br><br>    v.<br><br>SEARS ROEBUCK and COMPANY and WHIRLPOOL CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) No.: 04-CV-12369-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS SEARS ROEBUCK & CO. AND WHIRLPOOL CORPORATION'S STATEMENT OF MATERIAL FACTS**

1.   This accident occurred on April 16, 2004, when 8-year old Jasmine Bunton reached up into the ice chute in an attempt to get crushed ice.  When the ice dispenser would not produce any more ice, Jasmine stuck her hand in the ice chute to see if any ice was in the chute (Bunton Dep., 28: 6-16, Ex. A).  While Jasmine's hand was inserted up in the ice chute, the lower portion of her arm pressed against the lever, which activated the ice crushing blades and cut her hand (Bunton Dep., 31: 7-17).

2.   This accident was a completely unforeseeable event and misuse of the product. The testimony from the Whirlpool engineer was that he had been around refrigerator designs since 1968, and the Bunton accident was the first time he had ever heard of a person being injured by putting their hand and arm up into the ice dispenser chute (Boughton Dep., 67: 24. 68: 1-6, Ex. B).  Plaintiff has produced no witness in this case who had ever heard of such an incident as this incident.

3.   While Jasmine Bunton was a foreseeable user of an automatic ice dispensing system on a refrigerator, her conduct of reaching up into the ice dispensing chute with her hand and arm was an unforeseeable, misuse of the product.

4.   The design of the ice dispensing system met all Whirlpool safety audit test requirements, and passed all Underwriters Laboratory testing procedures (Boughton Dep., 15: 1-3, 18-20; 43: 8-15).

5.   The ice dispenser design used in this product was approved and listed by U.L. as passing all safety testing requirements (Boughton Report, Ex. C; Richman Dep., pp. 36-37, 39, 110, 111,116 , Ex. D).

    Respectfully submitted
**SEARS, ROEBUCK AND CO., and**
**WHIRLPOOL CORPORATION**
By their Attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY, PROFESSIONAL CORPORATION

/s/ Steven M. Key_____
Richard L. Edwards (BBO# 151520)
Steven M. Key (BBO# 638145)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
redwards@campbell-trial-lawyers.com
skey@campbell-trial-lawyers.com

AND

Robert W. Foster, Jr., Esq. (Admitted Pro Hac Vice)
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Fl.
Columbia, South Carolina  29201
(803) 799-2000

**CERTIFICATE OF SERVICE**

   I, Steven M. Key, certify that on November 14, 2005, a true copy of ***Defendants Sears Roebuck & Co and Whirlpool Corporation's Statement Of Material Facts*** was sent by e-mail to Andrew J. Tine, Haese, LLC, 70 Franklin St., 9th Floor, Boston, MA  02110

        /s/ Steven M. Key_____
        Steven M. Key