UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO: 04-CV-12369-NG          VOLUME 1

*******************************************

JASMINE D. BUNTON, by her legal guardian, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS

        Plaintiffs

   vs.

SEARS ROEBUCK and CO.,

        Defendant

*******************************************

DEPOSITION of JASMINE D. BUNTON, a witness called on behalf of the Defendant, pursuant to the Massachusetts Rules of Civil Procedure, before Lisa E. Berkland, a Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Campbell, Campbell, Edwards & Conroy, One Constitution Plaza, Boston, Massachusetts, on Wednesday, April 6, 2005, commencing at 9:00 a.m..

EYAL COURT REPORTING, INC.
4 Faneuil Hall Marketplace
Boston, Massachusetts  02109
(617) 723-9432          (800) 322-3925

**Page 26**

1  so I just put my hand up there, and then
2  it pressed and --
3  Q. Then it cut your finger?
4  A. Yes.
5  Q. Why did you stick your hand up there?
6  A. Because I was trying to get the ice down
7  because it wouldn't come down. My hand
8  just pushed against it.
9  Q. And then it cut your finger?
10 A. Yes.
11 Q. But before it cut your finger, were big
12 ice cubes coming in your cup?
13 A. Yes. I wanted little tiny crushed ice.
14 Q. Was it a glass or a plastic cup?
15 A. Plastic.
16 Q. So you pushed your plastic cup up against
17 the lever and big ice cubes came in your
18 cup?
19 A. Yes.
20 Q. And you wanted crushed ice?
21 A. Crushed.
22 Q. Did you push the button for crushed ice?
23 A. Yes.
24 Q. Do you know why the crushed ice didn't

**Page 27**

1  come out?
2  A. No.
3  Q. Well, after you pushed the button, did
4  you try to get ice and big ice came out
5  again?
6  A. Yes.
7  Q. Okay.
8  A. Then I just tried to get it down.
9  Q. What were you trying to get?
10 A. Ice. I would just grab the ice and see
11 if there were any in there.
12 Q. I see.
13 A. I pushed my hand against it.
14 Q. Against the lever?
15 A. Yes.
16 Q. When you had your hand up in there?
17 A. Yes.
18 Q. And it cut it?
19 A. Yes.
20 Q. When you put your hand up in there, were
21 you trying to get out crushed ice?
22 A. I tried to, like, push.
23 Q. Tried to push what?
24 A. The ice down.

**Page 28**

1  Q. Was there ice stuck in there?
2  A. Yes. Ice was stuck in there, and I was
3  trying to get it out. I grabbed it and
4  tried to get it out, but then I pressed
5  the lever, and it just cut it.
6  Q. When you had your cup, your plastic cup,
7  and you pushed against the lever, did ice
8  come into your cup?
9  A. Yes, some ice came in. Then I tried it
10 again, and none came out.
11 Q. And then you stuck your hand in there?
12 A. To see if, like, the ice was in there. I
13 thought one might have been stuck in
14 there. Then I just pushed my hand
15 against the lever, and the blade just cut
16 me.
17 Q. When you first stuck your hand up in
18 there, were there ice cubes in the little
19 shoot area?
20 A. Yes.
21 Q. Could you get it to drop out or was it
22 stuck up in there?
23 A. It was stuck up in there because one of
24 the cubes was, like, blocking the way.

**Page 29**

1  Then I tried to get the cube out, and I
2  pushed against it, and then the blade cut
3  my hand.
4  Q. Well, how many cubes were in the shoot
5  when you stuck your hand in there? How
6  many cubes were in there, do you know?
7  A. I don't know.
8  Q. Okay. When you did that, when you stuck
9  your hand in there, had you ever seen
10 anyone do that before?
11 A. No.
12 Q. Had you ever had ice stuck in the ice
13 maker before?
14 A. No.
15 Q. What made you think you could stick your
16 hand up there?
17 A. I do not know.
18 Q. Okay. You weren't really thinking one
19 way or the other?
20 A. Yes.
21 Q. Had your dad ever tried to get ice out
22 that way?
23 A. No.
24 Q. Had your brother or cousins ever tried to

**Page 30**

1  get ice out that way?
2  A. No.
3  Q. Did you have to open a little flap or
4  trap door to stick your hand up there?
5  A. No.
6  Q. You just could stick it straight up in
7  there?
8  A. Yes.
9  Q. How far did you stick your hand up into
10  the shoot?
11  A. I do not know. Almost about where the
12  blade was, and it just cut.
13  Q. How much of your hand went up into the
14  ice maker?
15  A. I don't know.
16  Q. Was it all the way to your elbow?
17  A. No.
18  Q. It wasn't that far up?
19  A. No. It was, I think, this far.
20  (Indicating.)
21  Q. So about the middle -- between your elbow
22  and your wrist?
23  A. Yes.
24  Q. Your hand went up about that far?

**Page 31**

1  A. Yes. That's when it just cut me.
2  Q. Okay. After you stuck your arm up in
3  there, you then hit the lever with your
4  arm?
5  A. I think my arm, because it cut right here
6  and right there. (Indicating.)
7  Q. Okay. What part of your arm hit the
8  lever?
9  A. I think this part, or this part.
10  (Indicating.) It was either right here
11  or right here. (Indicating.)
12  Q. Either right above the elbow or right in
13  between the elbow and the wrist?
14  A. Yes.
15  Q. Hit the lever?
16  A. Yes. Then the blade just cut me on my
17  hand.
18  Q. When you stuck your arm up in the shoot,
19  what were you trying to do?
20  A. I was trying to get that ice cube away
21  from the thing so it could come down.
22  Then it just, like, cut me.
23  Q. When you stuck your arm up in there, was
24  there ice blocking the shoot?

**Page 32**

1  A. Yes.
2  Q. How did you get your arm past the ice?
3  A. Because I pushed really hard. But then
4  my hand hit the lever, and it just cut
5  me.
6  Q. When you say you pushed it really hard,
7  why did you do that?
8  A. Because I was trying to get the ice up.
9  Q. Out of the shoot?
10  A. Yes. Then I just hit the lever, and my
11  hand just got cut.
12  Q. Let me show you this owner's manual. I
13  think it has a picture of the buttons
14  that you pushed. Let me make sure I
15  understand -- actually, I have a picture
16  of the refrigerator. That might be
17  better.
18     (Pause.)
19     MR. FOSTER: Okay. These are
20  photographs that you all produced in the
21  initial disclosure.
22     MR. TINE: Yes.
23  Q. It looks like there are probably four
24  photographs on that; is that correct?

**Page 33**

1     MR. TINE: There are four
2  copies. If she can interpret them, go
3  right ahead.
4  Q. Do you recognize if this looks like what
5  your refrigerator ice dispenser looked
6  like?
7  A. Yes.
8     MR. FOSTER: Let's mark this
9  as Exhibit Number 1.
10     (Exhibit 1, marked for
11  identification.)
12  Q. Let me just make sure I understand this.
13  This looks like it has some buttons on
14  it? (Indicating.)
15  A. Yes.
16  Q. Which button would you push if you wanted
17  to get crushed ice?
18  A. This one. (Indicating.)
19  Q. Okay. So you are talking about the third
20  from the left is the button you would
21  push?
22  A. Ah-huh.
23  Q. That's the button you pushed?
24  A. Yes.