```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF MASSACHUSETTS
 3
 4   JASMINE D. BUNTON, by her      )
     legal guardian, LOURENCO P.    )
 5   DOSSANTOS and LOURENCO P.      )
     DOSSANTOS,                     )
 6                                  )
                  Plaintiffs,       )
 7                                  )
          -vs-                      )  No. 04-CV-12369-NG
 8                                  )
     SEARS ROEBUCK & CO. and        )
 9   WHIRLPOOL CORPORATION,         )
                                    )
10                Defendants.       )
11
12        The discovery deposition of STEPHEN G.
13   BOUGHTON, taken under oath on the 17th day of
14   June, 2005, at Suite 4400, One North Wacker
15   Drive, Chicago, Illinois, pursuant to the
16   applicable provisions of the Federal Rules of
17   Civil Procedure, before Sharon L. Gaughan, a
18   Certified Shorthand Reporter, in and for said
19   County of Cook and State of Illinois, pursuant
20   to notice.
21
22
23
24
                                                     1
```

1   A   I would have been involved with the
2   model approval process, and in particular, the
3   safety audit on this model.
4   Q   Have you ever been involved with any
5   safety testing performed on this refrigerator
6   after its production and distribution to market?
7   A   I'm not sure what you mean by that.
8   Q   I'm asking whether or not you have been
9   involved in any safety testing on the
10  refrigerator after it was actually put in use?
11  A   Not that I can remember.
12  Q   Do you have any specific recollection of
13  a safety audit being performed on this subject
14  model refrigerator?
15  A   I don't know if it was on this exact
16  model.
17  Q   What do you have a recollection of?
18  A   I believe there is a safety audit that
19  was performed on either this model or a similar
20  model.
21  Q   If you can take a look at what's been
22  marked as Exhibit No. 3.
23      Could you tell me if you are familiar
24  with those sorts of controls?

15

1   Obviously, it is possible because it appears to
2   have happened in this case.
3       Q   That was going to be my follow-up
4   question, whether you believe that this happened
5   or not.
6       A   Well, I suppose if it hadn't happened,
7   we wouldn't be here.
8       Q   What type of safety tests or safety
9   audit tests were performed to determine whether
10  someone could injure themselves by putting their
11  hand up the ice chute?
12      A   We use a standard underwriter's
13  laboratory test fixture to determine whether it's
14  likely for someone to be able to reach into that
15  particular hazardous part.
16      Q   Could you describe that test fixture for
17  me.
18      A   It's called an articulator probe.
19      Q   Do these comes in different sizes and
20  lengths and configurations?
21      A   No.
22      Q   What does it look like?
23      A   It basically simulates a wrist and a
24  single articulated finger.

43

1   the refrigerator?
2       A   There would be on previous models and
3   for things that didn't change between previous
4   models and this model.  You won't review things
5   that have already been reviewed.
6           But I do see some references in here to
7   a drop-down shelf and to a veggie tray.
8       Q   So even though the title of this product
9   review refers to those three categories, you're
10  saying in certain instances testing was performed
11  on other features of the refrigerator as
12  referenced in that document?
13      A   Yes.
14      Q   Are you aware of any other safety
15  audits, documents relating to this refrigerator
16  or subject model refrigerator?
17      A   Not that I'm aware of.
18          There is a reference further back in
19  here to gold control knobs, which would indicate
20  this is not an electrical control.  That would be
21  a mechanical control.
22      Q   What Bates page is that on?
23      A   Bates No. 000322.
24      Q   Are you aware of any present or past

67

```
 1    claims against Whirlpool by anyone claiming to
 2    have been injured by putting their hand up the
 3    ice dispenser chute?
 4        A    This is the first one I have heard of.
 5    I've been involved in refrigerator design since
 6    1968.
 7        Q    Could you look at this document,
 8    Bates No. 000001 through 14, and from looking at
 9    the photographs 1 through 9, tell me what part is
10    missing from the interior of the freezer door.
11             And if it's easier to just refer to page
12    numbers and groups of parts, that is sufficient.
13        A    You're talking about what is missing
14    from --
15        Q    From the ice crusher, ice holster
16    assembly that goes inside the freezer door.
17        A    The only thing I can tell that's missing
18    is the part that's in this drawing, in Exhibit
19    No. 11.
20        Q    Exhibit No. 11, that drawing, could you
21    look at the parts listing, which is Bates label
22    No. 1 through 14, and tell me if you see an
23    exploded view or configuration which shows those
24    parts.
```

Sullivan Reporting Company
TWO NORTH LA SALLE STREET • CHICAGO, ILLINOIS 60602
(312) 782-4705