

Refrigeration Technology

EVANSVILLE, INDIANA 47727 • AREA CODE (812) 426-4000
WRITER'S DIRECT NUMBER (812) 426-4903
FAX (812) 426-4029

September 30, 2005

# REPORT OF
# STEPHEN G. BOUGHTON

<u>JASMINE BUNTON</u>
<u>04-NA-ADC-29072</u>

## ASSIGNMENT:

Analyze the design of the refrigerator that is the subject of this lawsuit, model number 106.53634300, serial number sp2535958.

## OBSERVATIONS AND CONCLUSIONS:

1. I have examined the design of the model refrigerator and am familiar with the design of the ice delivery system. I am also involved in the safety audit process for refrigeration products.
2. The ice delivery system used in this refrigerator design was tested according to the UL testing protocol and passed all UL testing procedures. The refrigerator was approved and is listed by UL as passing safety testing requirements.
3. The design of this refrigerator meets all internal Whirlpool product safety requirements, including access to moving parts.
4. The safety audit and hazard analysis process failed to reveal any incident similar to the Bunton incident, and therefore this incident and injury was not reasonably foreseeable by Whirlpool Corporation.

*[signature]*

Stephen G. Boughton
September 30, 2005

CURRICULUM VITAE
STEPHEN G. BOUGHTON

EDUCATION:

Jefferson High School, Lafayette, Indiana, Diploma 1960
Purdue University, West Lafayette, Indiana, BSEE, 1964
Communications Officer School, US Air Force, 1965
University of Tennessee Nashville, graduate courses 1977 - 1978:
                              Economics I
                              Economics II
                              Accounting I
                              Accounting II

CONTINUING EDUCATION / TRAINING:

Statistics of Reliability Measurement, General Electric Co., 1969
Time Share Programming for Engineers, General Electric Co., 1970
Design of Experiments, General Electric Co., 1971
Analysis of Human Transactions, General Electric Co, 1972
Quality Awareness, General Electric Co., 1972
Value Planning, General Electric Co., 1972
Creative Engineering, General Electric Co., 1973
Decision Analysis, General Electric Co., 1974
Professional Engineer Review, General Electric Co., 1974
Assertive Management, Michigan State University, 1983
Product Safety and Liability Prevention, University of Wisconsin, 1984
Statistical Process Control, Employers Association of Grand Rapids, 1984
Essentials of Supervision, Whirlpool Corporation, 1988
Managerial Grid, Scientific Methods, Inc., 1988
Project Management, Whirlpool Corporation, 1990
Training the Engineering Expert Witness, University of Wisconsin, 1990
Technical Fundamentals for the Fire Investigator, University of Wisconsin, 1991
The Successful Defense of the Product Liability Lawsuit, University of Wisconsin, 1994
The Role of Warnings and Instructions, University of Wisconsin, 1996
Advanced Fire, Arson, and Explosion Investigation Science & Technology Program,
    Eastern Kentucky University, 1997
Investigation of Gas & Electric Appliance Fires, Fire Findings Laboratories, 1999

ADDITIONAL STUDY COURSES:

How to Conduct a Fire Investigation, University of Wisconsin, 1991
Electrical Fires; Cause, Prevention, Investigation, University of Wisconsin, 1991

PATENTS:

Three patents; Refrigerator door gasket, refrigerator door alignment means, and refrigerator temperature control mechanism. Patents assigned to General Electric Co.

PROFESSIONAL REGISTRATIONS:

Registered Professional Engineer
Certified Fire & Explosion Investigator

WORK EXPERIENCE:

| | |
|---|---|
| 1965 - 1968 | **Communications Officer, US Air Force**<br>Conducted site surveys and prepared communications plans for relocation of Air Force units between bases within Tactical Air Command. |
| 1968 - 1970 | **Evaluation Engineer, General Electric Co.**<br>Test engineer for electrical and electromechanical components on household refrigerators and freezers, and supervisor of lab technicians. |
| 1970 - 1972 | **Cost Improvement Engineer, General Electric Co.**<br>Designed and implemented cost reduction projects for refrigerators and freezers. |
| 1972 - 1974 | **Cabinet Design Engineer, General Electric Co.**<br>Designed shelves, shelf support systems, door gaskets and other mechanical components for refrigerators and freezers. |
| 1974 - 1975 | **Reliability Engineer, General Electric Co.**<br>Designed and implemented quality improvement projects for refrigerators and freezers. |
| 1975 - 1978 | **Design Engineer, Samsonite Corp.**<br>Designed folding furniture, outdoor furniture, reception room furniture and barstools. |
| 1978 - 1985 | **Product Engineering Manager, Attwood Corp.**<br>Designed hardware and accessories for recreational boats, supervising Engineers, Designers and Drafters. |
| 1985 - 1987 | **Chief Mechanical Engineer, Bennett Pump Co.**<br>Designed components and products for retail gasoline dispensing equipment, supervising Engineers, Designers and Drafters. |
| 1987 - 1990 | **Lead Engineer, Whirlpool Corp.**<br>Designed components and systems for household dishwashers, supervising Engineers, Designers and Drafters. |
| 1990 - | **Product Safety Manager, Whirlpool Corp.**<br>Design consultant for safety concerns. Provide engineering analysis and input to evaluate product liability claims on refrigerators, freezers, ice makers, room air conditioners, dehumidifiers, trash compactors and vacuum cleaners. |