```
                                                              Page 1
 1                             VOLUME I
                               PAGES 1-161
 2                             EXHIBITS: Per Index
 3
              UNITED STATES DISTRICT COURT
 4              DISTRICT OF MASSACHUSETTS
 5                             CIVIL ACTION NO.
                               04-CV-12369-NG
 6
 7    JASMINE D. BUNTON, By Her Legal    )
      Guardian, LOURENCO P. DOSSANTOS,   )
 8    and LOURENCO P. DOSSANTOS,         )
            Plaintiffs,                  )
 9                                       )
            v.                           )
10                                       )
      SEARS ROEBUCK AND CO. and          )
11    WHIRLPOOL CORP., INC.,             )
            Defendants.                  )
12
13
14         DEPOSITION OF MARC H. RICHMAN, Sc.D.,
15    P.E., a witness called on behalf of the
16    Defendants, pursuant to Rules 30 and 45 of
17    the Federal Rules of Civil Procedure, before
18    Mary E. Rinne, Registered Professional
19    Reporter and Notary Public for the
20    Commonwealth of Massachusetts, at the
21    offices of Winograd, Shine & Zachs, 123 Dyer
22    Street, Providence, Rhode Island, on
23    Tuesday, August 16, 2005, commencing at
24    10:07 a.m.
```

Page 34

1  logically?
2  A. For the same reason that the UL probe was
3     designed for penetration or contact with
4     electrical components and it's used by
5     Whirlpool in this refrigerator for contact
6     with mechanical components.
7         Same thing you apply -- if probes
8     are made first of all for one purpose, you
9     apply it to anything that the child might
10    get into contact with. You don't -- you
11    wouldn't apply it, perhaps, to a tractor
12    used on a farm because you wouldn't expect
13    the child of younger years to be exposed to
14    that.
15        But in a house where you have a
16    refrigerator and you have access through the
17    door of the freezer to an ice crusher, then
18    it's foreseeable that a youngster could walk
19    over there and stick his or her fingers up
20    into that chute.
21 Q. Exhibit No. 3, is that another probe that --
22    dimensions of a probe that you got from a UL
23    standard?
24 A. Yes.

Page 35

1  Q. Is that the probe that is specifically
2     mentioned in the UL standard dealing with
3     refrigerators?
4  A. It's the only probe that UL makes or
5     specifies. They don't have other probes.
6  Q. Well, Exhibit No. 3, is that the same
7     dimensions as the probe that is referenced
8     in the UL standard dealing with
9     refrigerators?
10 A. If they have -- yes.
11 Q. So if you were asked as an engineer to
12    determine which of these probes to utilize
13    in evaluating a refrigerator, would you find
14    it more logical from an engineering
15    standpoint to go to a refrigerator standard
16    or a toys standard?
17 A. The first probe I would use would be the
18    refrigerator -- the standard referred to in
19    the refrigerator standard.
20 Q. Okay.
21 A. But I would also ask myself, Is this product
22    going to be accessible to children? In
23    other words, is a child going to approach
24    the refrigerator? And then if there is an

Page 36

1     opening -- I mean, it's not like the child
2     isn't allowed into the refrigerator and
3     someone puts a tie to hold the doors closed
4     so the kid can't open up the refrigerator or
5     the freezer. That's one thing.
6         But here you've got a
7     through-the-freezer-door ice dispenser and
8     water dispenser. All it takes is a kid to
9     come over, press the dispenser bar, water
10    pours out; press the ice bar, crush door,
11    cubed ice comes out. So it is accessible to
12    a child in that case.
13        As an engineer looking at and
14    analyzing a design, performing what I
15    believe Mr. Boughton referred to as a safety
16    audit, I would ask, using probes, using an
17    adult probe, if a kid can come over there.
18    So I want probes that represent kids.
19 Q. Now, the probe that's in Exhibit No. 3, the
20    UL probe --
21 A. Yeah.
22 Q. -- did the ice dispenser on the subject
23    refrigerator, did it pass the probe test for
24    the probe that is in Exhibit No. 3?

Page 37

1  A. Yes, according to the documents produced by
2     Sears or Whirlpool in those Bates numbers.
3     It passed that test. And I couldn't get my
4     hand up there.
5  Q. Okay.
6  A. And looking at the dimensions, you couldn't
7     get that in there.
8  Q. Now, this probe that's in Exhibit No. 3, do
9     you believe this to be representative of
10    only an adult's fingers and hands?
11 A. It's an anthropomorphical representation of
12    an adult finger and hand.
13 Q. How do you know it is a representation of an
14    adult finger and hand? What's the basis of
15    you just stating that?
16 A. Because if you look at the dimensions, the
17    dimensions are far greater than that for a
18    child. I mean, as an example, the length of
19    the finger is 100 millimeters. That's
20    4 inches. Now, I don't see a child with a
21    4-inch finger length. I don't know if I got
22    a 4-inch finger length.
23 Q. Have you done any research in how UL came up
24    with the dimensions of the probe in Exhibit

Page 38

1  No. 3?
2  A. No. I would have assumed that they would
3     have used anthropomorphical data. There's
4     standards in SAE that list anthropomorphical
5     data that are used by the automotive
6     industry. There are tables that show
7     average heights, average weights, average
8     appendages, lengths and widths of every part
9     of the human body, and one can do an
10    averaging.
11        And if you're trying to get
12    something -- one device that will fit, you
13    got men, you got women, you got -- different
14    races have different physical sizes so all
15    of these are taken into account.
16        So somewhere along the line an
17    anthropologist is probably consulted,
18    medical people are consulted and they come
19    up with dimensions which are fed into UL
20    developing this probe.
21 Q. And my question is, do you know whether in
22    developing the probe in Exhibit No. 3 UL
23    included children's fingers and hands in the
24    development of this probe? Do you know one

Page 39

1     way or the other?
2  A. No, I don't. If they did, if they
3     considered children's hands, they didn't do
4     the job well in designing that probe.
5  Q. But you don't know what they did and the
6     type of research they utilized to develop
7     this probe. Is that correct?
8  A. That's right.
9  Q. Did the refrigerator in question meet UL
10    standards?
11 A. I believe so, yes.
12       (Cell phone interruption.)
13 Q. Other than these dimensions of the probe,
14    what else do you have in your file that
15    assisted you in your conclusions that we
16    haven't already talked about?
17 A. I think everything else is right in the
18    report.
19 Q. Let me just take a look at those papers to
20    see if there's anything else I haven't
21    seen.
22 A. Sure.
23 Q. I mean, I'll give them back to you.
24 A. I'll be happy to tell you what each thing

Page 40

1     is.
2        (Attorney Foster reviews documents
3     in file.)
4  Q. Are these your thoughts that you transcribed
5     and sent to Mr. Tine?
6  A. Yes, they are.
7  Q. And what is this correspondence dealing
8     with?
9  A. Basically, it's a letter from me to Mr. Tine
10    dated 28 May of this year. I had -- telling
11    him I had reviewed the Bates documents 218
12    to 388 and 123 to 217.
13 Q. Okay.
14 A. And about the scheduling of the deposition
15    and just my questions about getting the
16    parts for the refrigerator to put it whole
17    again or to see if we could get ahold of an
18    exemplar refrigerator/freezer or the door.
19 Q. What is this next correspondence?
20 A. Mr. Tine asked for a preliminary report
21    which is dated 30 June. And this is before
22    I was able to go out and look at the
23    refrigerator/freezer with the parts
24    reinstalled or put back in.

Page 41

1  Q. That was your preliminary report that you
2     signed?
3  A. This would be the preliminary report, yes.
4  Q. What is that?
5  A. Oh, Mr. Tine asked for -- in the 31 March
6     photographs, Mr. Tine had asked me to
7     provide him with two copies of the
8     photographs. And so I sent that to him. So
9     that package may have fewer. It may just
10    have one copy.
11 Q. All right. I'll give you that.
12 A. That was a fax cover sheet dated July 28th
13    in which I sent Mr. Tine a copy of the
14    report that I -- my report dated 27 July
15    2005.
16 Q. Are these copies of the photographs that are
17    actually in your report?
18 A. This is the Xerox of the photographs in the
19    report. Because when I faxed it to
20    Mr. Tine, I couldn't -- I didn't want to run
21    the photographs through the fax machine, I
22    Xerox'd them first.
23 Q. Is this just another copy of your
24    preliminary report?

Page 110

1  are not aware of any other incident?
2  A. Right.
3  Q. If you look at your final report, and on
4     page 2 near the bottom --
5  A. Right.
6  Q. -- I think you're actually talking about the
7     subject refrigerator in the second to the
8     last paragraph?
9  A. Yes.
10 Q. And you've given the model number and the
11    serial number. Correct?
12 A. Yes, that's right.
13 Q. And then you state that this label also
14    indicates that the unit has the UL
15    laboratory seal. Do you see that?
16 A. Yes.
17 Q. Where is that label on the product itself?
18 A. Figure 2.
19 Q. So that label identifies the model number,
20    the serial number and a variety of other
21    information, but then it has the UL seal --
22 A. Yeah.
23 Q. -- on Figure 2 of your report?
24 A. Yes.

Page 111

1  Q. What does that UL seal mean to you as an
2     engineer?
3  A. It means it passed a certain UL standard.
4  Q. And what is UL?
5  A. Underwriters Laboratory is an independent
6     laboratory. It was set up years ago. Most
7     of their work was on insulation for
8     electrical wiring, and you could never buy a
9     piece of wiring cord without having a UL
10    sticker on it or a tag right in the middle
11    of the cord.
12        Basically, over the years they have
13    turned into a testing lab where they will
14    develop test programs and they develop
15    protocol for a manufacturer to use and they
16    go out and do spot checks to make sure the
17    manufacturer -- they bring some of the
18    products into their place.
19        They do spot checks to see that the
20    manufacturer is following the procedures.
21    And if the manufacturer isn't, there's a --
22    I don't know the financial arrangements, but
23    I know that there's a fee involved. But if
24    the manufacturer is following it and the

Page 112

1  ones that are tested meet the specs, then
2  they're allowed to put the UL logo on their
3  product.
4  Q. Do you consider UL the foremost independent
5     safety testing organization in the country
6     today?
7  A. No.
8  Q. Who do you consider to be superior to UL
9     when it comes to safety testing and
10    approval?
11 A. Well, UL is better than ANSI. ANSI doesn't
12    do testing, they do standards. But the way
13    in which ANSI develops the standards is by
14    consensus, and the manufacturers have a very
15    large representation on the committees.
16 Q. Mm-hmm.
17 A. I don't think UL works that way. I don't
18    know the ins and outs of their procedure for
19    generating a standard and who pays for it or
20    so forth. I find in the times that I've
21    used or looked at UL standards, I found them
22    lacking in different respects. And they --
23    so I don't consider probably any of these
24    labs very good.

Page 113

1  Q. Well, I can understand you saying that based
2     on this lawsuit.
3  A. No, I'm saying in general. Because I think
4     that it depends on who pays them to develop
5     the standards.
6  Q. My question is more towards not whether you
7     think they're a good testing laboratory, but
8     do you believe they are the foremost
9     independent testing and approval
10    organization in the country?
11 A. I think in certain respects ASME with their
12    boiler code is -- is more prominent and
13    Factory Mutual.
14 Q. Now, what is the difference between ASME and
15    ANSI?
16 A. Well, American Society of Mechanical
17    Engineers, ASME, developed standards before
18    there was ever an ANSI. And they developed
19    standards involving mechanical engineering.
20    One of the prime ones was boiler codes so
21    steam boilers didn't explode. Because, go
22    back 70, 80, 90 years, you had steam boiler
23    explosions all over the place.
24        And so they developed the codes and

29 (Pages 110 to 113)

Page 114

1  the standards that are used for all of that
2  application. They developed the codes
3  regarding rotating machinery and nip points
4  and pinch points.
5  Q. Other than just having standards, does ASME
6     have a stamp of approval that they put on a
7     product?
8  A. In boiler codes, yes, they are the ones who
9     certify that a particular welding shop or
10    boiler manufacturer can stamp it as a
11    Class A or a Class B with different
12    capabilities and they put their stamp on a
13    boiler. It's not the same as putting your
14    stamp on an oil tank in a house that only
15    has eight pounds test pressure. Boilers
16    have to take a lot more. So they issue the
17    certification for that.
18         American Welding Society issues
19    certification for welders to go out and be
20    able to do certain types of work. So all of
21    these are more professional type of
22    organizations that represent that particular
23    field of engineering as well as the safety
24    standards in the field. Factory Mutual does

Page 115

1     it from an insurance perspective.
2  Q. Well, what about consumer products that we
3     consumers have in residential property, what
4     approval and testing organization is
5     superior to UL for those types of consumer
6     products in your opinion, if any?
7  A. I would say that for gas appliances the
8     American Gas Association. The Canadian
9     Standards Association is very good.
10 Q. Superior to --
11 A. I would say so.
12 Q. -- UL?
13 A. Yes.
14 Q. The CSA is superior to UL in your opinion?
15 A. Yes. But, you know, as I say, I am not that
16    familiar with how UL develops the
17    standards. And it's -- if people follow a
18    standard that's already developed, they can
19    follow it to the letter --
20 Q. Mm-hmm.
21 A. -- and it's approved.
22 Q. Mm-hmm.
23 A. But if the standard is deficient, then
24    that's what leads to problems.

Page 116

1  Q. Are you aware of any UL violations with the
2     subject refrigerator?
3  A. No.
4  Q. The 8-1/4 inches that you measured in your
5     report --
6  A. Right.
7  Q. -- what are the two points between that
8     8-1/4 of an inch measures to?
9  A. The distance from the bottom of that plastic
10    ice guide --
11 Q. The opening --
12 A. The opening --
13 Q. -- to the ice guide --
14 A. -- to the cone at the bottom up to the
15    inside of the -- let's see. Up to here.
16 Q. To the underneath side of the ice crushing
17    machine?
18 A. Yeah, the underneath side of the ice
19    crushing machine is 6-3/4.
20 Q. Oh, 6-3/4.
21 A. And then if I look at the bottom of the ice
22    crushing mechanism, there's an additional
23    1-1/2 inches to the blades.
24 Q. So the 8-1/4 inches is from the opening of

Page 117

1     the ice chute to the blades?
2  A. Yeah. To the first blade. Because there's
3     several blades.
4  Q. Going down to your report on page 3 under
5     Analysis. We may have touched on this, I
6     just want to make sure I asked you this
7     question. Right under Analysis you state
8     that according to the deposition testimony
9     of Mr. Boughton and the safety audits
10    performed by Whirlpool, a UL articulated
11    probe was used to determine point of
12    operation of the ice crusher blades. Do you
13    see that?
14 A. Yes.
15 Q. Do you have any criticism of Whirlpool
16    utilizing the UL articulated probe when it
17    tested this product during the testing
18    process?
19 A. That's the central point to my argument,
20    that they should have used the one that --
21    that an adult wouldn't get hurt, the probe
22    was for an adult. That if they had used the
23    probe that was designed to represent the
24    child's hand and fingers, it would have