UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL ) <br> GUARDIAN, LOURENCO P. DOSSANTOS, and ) <br> LOURENCO P. DOSSANTOS, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SEARS ROEBUCK and COMPANY, and ) <br> WHIRLPOOL CORPORATION. ) <br>     Defendants. ) | No.: 04-CV-12369-NG |

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)**

    I, Steven M. Key hereby certify that I have conferred with counsel for the Plaintiffs, Andrew Tine, in an attempt to resolve and narrow the issues addressed in the Motion For Summary Judgment in good faith this 14th day of November, 2005.

                                    Respectfully submitted
                                    **SEARS, ROEBUCK AND CO., and**
                                    **WHIRLPOOL CORPORATION**
                                    By their Attorneys,
                                    CAMPBELL CAMPBELL EDWARDS &
                                    CONROY, PROFESSIONAL CORPORATION

                                    /s/ Steven M. Key_____
                                    Richard L. Edwards (BBO# 151520)
                                    Steven M. Key (BBO# 638145)
                                    One Constitution Plaza
                                    Boston, MA 02129
                                    (617) 241-3000
                                    redwards@campbell-trial-lawyers.com
                                    skey@campbell-trial-lawyers.com

                                    AND

                                    Robert W. Foster, Jr., Esq. (Admitted Pro Hac Vice)
                                    Nelson Mullins Riley & Scarborough LLP
                                    1320 Main Street, 17th Fl.
                                    Columbia, South Carolina  29201
                                    (803) 799-2000

## **CERTIFICATE OF SERVICE**

     I, Steven M. Key, certify that on November 14, 2005, a true copy of ***Certificate Pursuant To Local Rule 7.1(A)2)*** was sent by e-mail to Andrew J. Tine, Haese, LLC, 70 Franklin St., 9th Floor, Boston, MA  02110.

                                        /s/ Steven M. Key_____
                                        Steven M. Key