

**haese**

Attorneys at Law
30 Federal Street, 3rd Floor
Boston, Massachusetts 02110-2508

Telephone  617.428.0266
Facsimile  617.428.0276
Web Site  www.haese.com

100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

Telephone  860.249.7194
Facsimile  860.249.7195

March 9, 2006

Maryellen Molloy, Courtroom Clerk
The Honorable Nancy Gertner
United States District Court Judge
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA  02110

**Re:**   *Bunton, et als.v. Sears Roebuck and Whirlpool*
       *Case No. 1:04-cv-12369-NG*

Dear Madame Clerk:

The above-referenced personal injury matter, claimed for a jury trial, has been assigned to Judge Gertner.  We are writing on behalf of the plaintiffs, Jasmine D. Bunton and Lourenco Dossantos, to request that it be set down for trial at the earliest possible time during the Summer of 2006.  Discovery has closed and a JAMS mediation session in November, 2005 before retired Judge Cortland Mathers did not produce any resolution.  This case involves serious injuries to the hand of an eight-year-old girl and significant out-of-pocket medical expenses which, to date, have not been reimbursed by the defendants.

In addition to the early trial date, we would request a brief scheduling order to address the deadlines for various required pre-trial submissions.

I appreciate you attention to this matter and look forward to hearing from you.

Sincerely,

Glenn H. Haese

cc:   Steven M. Key, Esq.
      Robert W. Foster, Jr., Esq.
      Andrew Penry, Esq.

Attorneys also admitted to practice in
Colorado, Connecticut, Rhode Island
and France