UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br>　　　　Plaintiffs,<br><br>　v.<br><br>SEARS ROEBUCK AND CO., and WHIRLPOOL CORPORATION,<br>　　　　Defendants. | No.: 04-CV-12369-NG |

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO
UNDERGO EXAMINATION BY DR. CHARLES CASSIDY**

Sears Roebuck and Co. and Whirlpool Corporation (collectively "Defendants") move this court pursuant to Fed. R. Civ. P. 35 and L.R. 7.1 for an order compelling the minor plaintiff to undergo a physical examination by her treating physician, Dr. Charles Cassidy ("Dr. Cassidy").

As reason therefore, this lawsuit involves a personal injury that the minor plaintiff, Jasmine Bunton ("Bunton"), suffered on April 16, 2004 after she unexpectedly slid her hand and arm up an ice dispenser chute that was part of a Whirlpool refrigerator and reached the ice crusher blades in the ice crushing feature. She suffered lacerations to her left thumb, and her left index and middle fingers as well as digital nerve damage. On May 7, 2004, Dr. Cassidy performed surgery on her hand to repair the nerve damage. Since the surgery, there is no record of her ever treating with Dr. Cassidy again.

The plaintiff has retained Dr. Frank A. Graf ("Dr. Graf") as an expert in this action. Dr. Graf has testified at his deposition that it would be good medical practice for Bunton to have a follow-up examination with Dr. Cassidy. The Defendants' expert witness, Dr. Edward Nalebuff, concurred.

The Defendants seek an order compelling Bunton to undergo a follow-up examination with Dr. Cassidy, at the Defendant's expense, so that the court and the parties can fully understand the true facts as to the physical condition of the plaintiff. *Looney v. National Railroad Passenger Corp.*, 142 F.R.D. 264 (D. Mass. 1992); *see also Hardy v. Riser*, 309 F. Supp. 1234, 1241 (D.C. Miss. 1970).

The Defendants incorporate by reference the attached memorandum of law in support of this motion.

Respectfully submitted
**SEARS, ROEBUCK AND CO., and WHIRLPOOL CORPORATION**
By their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY, PROFESSIONAL CORPORATION

/s/ Steven M. Key
Richard L. Edwards (BBO# 151520)
Steven M. Key (BBO# 638145)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
redwards@campbell-trial-lawyers.com
skey@campbell-trial-lawyers.com
AND
Robert W. Foster, Jr., Esq. (Admitted Pro Hac Vice)
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Fl.
Columbia, South Carolina  29201
(803) 799-2000

**CERTIFICATE OF SERVICE**

I, Steven M. Key, certify that on March 13, 2006, a true copy of ***Defendants' Motion to Compel Plaintiff to Undergo Examination by Dr. Charles Cassidy*** was sent by first-class mail, postage prepaid to Glen, Haese, LLC, 70 Franklin St., 9th Floor, Boston, MA  02110

/s/ Steven M. Key
Steven M. Key