

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JASMINE D. BUNTON, BY HER
LEGAL GUARDIAN, LOURENCO
P. DOSSANTOS, and LOURENCO
P. DOSSANTOS,

    Plaintiffs

V.                    Case No. 04-11633RGS

SEARS ROEBUCK & CO. and
WHIRLPOOL CORPORATION.

    Defendants.

## DEPOSITION OF FRANK GRAF, M.D.

This deposition taken pursuant to subpoena at the medical offices of FRANK GRAF, M.D., 152 Court Street, Portsmouth, New Hampshire, on Friday, October 21, 2005, commencing at 8:32 A.M.

C. J. REPORTING
A5 Colonial Drive, Unit No. 7
Andover, Massachusetts 01810
978-409-9090
www.cjreporting.com

1  digital area of her hand would reach maximum
2  medical improvement in one year and one month from
3  the surgery; what's the basis of that?
4  A. My knowledge and experience and study of this
5  issue.
6  Q. It's your opinion that you could not believe that
7  Jasmine Bunton will reduce her sensory deficits at
8  all since the date of your examination?
9  A. That's correct.
10 Q. Do you think that Jasmine would be benefitted by
11 having a follow-up medical examination by
12 Dr. Cassidy who performed the surgery?
13 A. Of course.
14 Q. And why is that?
15 A. Well, just good medicine and good follow up.  I
16 mean, it would be up to him, of course, if he
17 thinks he's finished with the patient and doesn't
18 need to see her then that's one thing, but he
19 probably would be interested to reassess her.
20 Q. What is a keloid --
21 A. Keloid.
22 Q. K-E-L-O-I-D.  Keloid formation.
23 A. It an abnormal scar characterized by a raised

1   A.   No, not in recent years.  At present, I'm senior
2        active staff, as well.  I no longer take emergency
3        calls.  So that I would have limited access to
4        patients through the emergency room at this point,
5        which is a joyful thing for me.
6   Q.   Well, what I was thinking was more of patients who
7        would actually come to you just in your private
8        practice here, that you examined initially, but
9        determined that a nerve graft to the hand or
10       finger was necessary.  Have you experienced that
11       since 1971 ever?
12            MR. TINE:  I'm confused by the question, but
13       if you understand it, please answer.
14            MR. FOSTER:  Q.    Yes.
15  A.   Well, no, this type of a patient would come
16       through the emergency room.  And over the years
17       I've taken care of all types of hand injuries.
18  Q.   Yes.
19  A.   But that has not included -- including digital
20       nerve repair, but it's not included segmental loss
21       of the nerve requiring a nerve graft.
22  Q.   What is your basis for concluding that a patient
23       like Jasmine who received a nerve graft to a