00001

Page 1

```
 1   UNITED STATES DISTRICT COURT
     DISTRICT OF MASSACHUSETTS
 2                       DOCKET No. 04-CV-12369-NG
     ****************************************
 3   JASMINE D. BUNTON, By Her Legal      *
     Guardian, Lourenco P. Dossantos and  *
 4   Lourenco P. Dossantos,               *
           Plaintiffs                     *
 5                                        *
     VS.                                  *
 6                                        *
     SEARS ROEBUCK and COMPANY,           *
 7      Defendant                         *
     ****************************************
 8
 9            DEPOSITION of EDWARD NALEBUFF, M.D.,
10   an expert witness called on behalf of the
11   Plaintiff, taken pursuant to the applicable
12   provisions of the Federal Rules of Civil
13   Procedure, before Jane M. Walsh, Shorthand
14   Reporter and Notary Public in and for the
15   Commonwealth of Massachusetts, at the offices
16   of Campbell, Campbell, Edwards & Conroy, One
17   Constitution Plaza, Boston, Massachusetts, on
18   Thursday, January 12, 2006, commencing at
19   10:12 a.m.
20
21
22
23   CJ REPORTING
     A5 COLONIAL DRIVE, SUITE 7
24   ANDOVER, MASSACHUSETTS 01810
```

1   Q      Oh, I'm sorry.  Go ahead, Doctor.

2   A      Sometime in November of '04 they recorded that she

3   had sensation out to the proximal phalanx and they

4   noted a Tinel (phonetics) sign to the tip.  I

5   examined her and I noticed sensation out to the

6   distal joint, so I know that from, between the

7   time of surgery of May, she went from here which

8   she had nothing to here.  By March she was here,

9   so I assume that, I would think that the following

10  year she would be out to the tip.  (Indicating)

11  Now, once the nerve grows back there, then

12  you might have sensation, but then you have the

13  additional thing of reeducation because a child is

14  going to use this and reinstitute, reeducate the

15  brain.  So if you want to say how much can you get

16  out of nerve repair?  About two years, but then

17  after that will you continue to improve?

18  Absolutely, because you've got a child with

19  reeducation, the brain interpreting these impulses

20  coming up.

21  So she's not an end result, and really my

22  personal opinion is that it's not fair to her or

23  to anyone else to consider her an end result at

24  this stage.  She's going to get better and she is

```
1    not an end result yet.  Close, she ought to be
2    reevaluated, and I would love the opportunity to
3    now reevaluate her.  When I evaluated her in March
4    of '05, I didn't for a moment consider she was an
5    end result.  I made an estimate of what she was
6    going to be.
7    Q    And I don't think your papers reflect that you
8    thought it was an end result.
9    A    Okay.
10   Q    I'm not suggesting that.  I'm trying to determine
11   from you, I think you've now provided us -- When
12   can she be evaluated and with some degree of
13   certainty determine that, well, she's pretty close
14   to where she's ever going to be?
15   A    Yeah.  I think she could be reevaluated now.
16   Q    And you think we can determine --
17   A    I can determine now, I can get a much more
18   educated picture of where she is now than she was
19   a year ago.
20   Q    Okay.
21   A    That has to do with her scars as well, the keloid
22   and the other scars because they soften for a
23   couple of years.
24   Q    What do you think about that keloid?  What should
```

1    be done with respect to that?
2    A    Well, when you treat a keloid, you watch it for a
3    period of time because they soften and you don't
4    really consider doing anything until maybe about
5    two years. Now, if they soften, you may do
6    nothing. It they don't soften, you do a Z-plasty
7    and you rearrange the scar. The reason she has a
8    keloid is because the scar was made longitudinally
9    because they have to do that to get the nerve out.
10   But that's not the way you would make an elective
11   incision in that area. So a little zigzag would
12   completely cut down a keloid formation.
13   Q    Okay.
14   A    Okay.
15   Q    Now, the nerve removed in her leg to repair her
16   hand, that creates some sort of permanent sensory
17   loss in the leg?
18   A    That's correct.
19   Q    And where is that sensory loss?
20   A    On the side, on the side of the foot.
21   Q    Is it localized or sensory loss below it?
22   A    It's right along the side where that nerve
23   supplies the sensation and it's, I think hand
24   surgeons agree that is a small price to pay to be

1   able to fix a nerve that otherwise you might have
2   to sew together under undue tension.  So that's
3   one alternative that they chose.  They had some
4   alternatives they were considering, but that's
5   what they chose and I think it was a good one.
6   Q   And just my understanding, the loss of feeling
7   there, is it localized in some fashion or does it
8   extend below the nerve?
9   A   No, just the surface.
10  Q   Just the surface?
11  A   It supplies sensation to the skin.  It's not a
12  motor nerve.  It's a pure sensory nerve to the
13  side of the foot, and hand surgeons have felt that
14  this was a pretty good sacrifice for the gain.
15  Q   Okay.  Let's take a look at your opinions.  I
16  guess we'll take them in order.  If you could take
17  a look at Exhibit 1.
18  A   You want me to look at it here?
19  Q   I'm trying to determine what I'm going to ask you,
20  so I've just put it in front of you for your
21  convenience.
22  A   All right.
23  Q   I think you just testified with respect to, in
24  your conclusion on the second page going over to

```
 1   the third you state, "there is evidence that the
 2   nerve is recovering and now --
 3   A     Where are we starting now?
 4   Q     Going on the bottom of the second page on to the
 5   third.
 6   A     Okay.
 7   Q     And your conclusion.
 8   A     Yes.  Go ahead.
 9   Q     "There is evidence that the nerve is recovering
10   and now extends out to the distal
11   interphalangeal" --
12   A     Interphalangeal crease, yes.
13   Q     "Joint crease.  Next year her sensation will
14   extend to the tips."
15   A     Uh-huh.
16   Q     And that was based upon the progress you had seen
17   to date?
18   A     Yes.
19   Q     Okay, and your opinion is today that she really
20   should be reevaluated?
21   A     Absolutely.
22   Q     Okay, and then at the bottom you say, "I doubt
23   that she will ever have completely normal
24   sensation in these digits."  Which digits were you
```

1  talking about?

2  A     Index and middle finger.

3  Q     If you could just elaborate on that statement what
4  you thought at the time?

5  A     Well, because normal sensation is very critical
6  two point discrimination, and although her two
7  point discrimination is very functional, if you
8  want to compare it to another finger, I doubt that
9  it will ever be as good as the next finger, but it
10 should be perfectly functional, very excellent
11 functionally.

12 Q     You mean functional enough to --

13 A     You can recognize, recognize fabrics, recognize
14 sharp, recognize soft, hard, the ability to use
15 your hand without looking at it, and if she gets
16 even six point, six point millimeter, that's good,
17 but I suspect it's going to be better than that,
18 but I have to evaluate it.  If it's not, it's not,
19 but she has to be evaluated to see just what she
20 gets.

21 Q     Do you think an injury like this, the one that you
22 analyzed with respect to her would stop her from
23 being a hand surgeon if that was her operating
24 hand?