## Key, Steven M.

**From:** Andy Penry [Andy.Penry@tprr.com]
**Sent:** Tuesday, March 07, 2006 4:52 PM
**To:** Key, Steven M.
**Cc:** Glenn Haese
**Subject:** Bunton exam

I have your letter to Mr. Haese about a further exam of Miss Bunton by her treating physician. If we believe there is a need for a further exam of Miss Bunton, we will schedule one and provide you with the medical record of the exam. But it is the decision of Miss Bunton and her father, in consultation with counsel if necessary, and not a decision for the defendants. So we will not subject her to such an examination at defendants' request. If you care to discuss it further, please feel free to call me.