UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL )<br>GUARDIAN, LOURENCO P. DOSSANTOS, and )<br>LOURENCO P. DOSSANTOS, )<br>       Plaintiffs, )<br>)<br>v. )<br>)<br>SEARS ROEBUCK AND CO., and )<br>WHIRLPOOL CORPORATION, )<br>       Defendants. ) | No.: 04-CV-12369-NG |

## CERTIFICATION OF COUNSEL

I, Steven M. Key, certify that good faith efforts were made to reach an agreed upon resolution relating to Defendant's Motion To Compel Plaintiff To Undergo Examination By Dr. Charles Cassidy.

/s/ Steven M. Key_____
Steven M. Key

## CERTIFICATE OF SERVICE

I, Steven M. Key, certify that on March 13, 2006, a true copy of *Certification of Counsel* was sent by first-class mail, postage prepaid to Glen, Haese, LLC, 70 Franklin St., 9th Floor, Boston, MA 02110

/s/ Steven M. Key_____
Steven M. Key