## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br><br>PLAINTIFFS,<br><br>v.<br><br>SEARS ROEBUCK AND CO. et al.,<br><br>DEFENDANT. | CIVIL ACTION NO.: 04-CV-12369-NG |

### MOTION FOR ADMISSION *PRO HAC VICE* OF J. ANTHONY PENRY

Plaintiffs Jasmine D. Bunton and Lourenco P. Dissantos, by and through the undersigned counsel of record, hereby move, pursuant to Local Rule 83.5.3, for the admission, *pro hac vice*, of J. Anthony Penry, a member at the firm of Taylor, Penry, Rash & Rieman, 510 Glenwood Ave., Suite 319, Raleigh, NC 27603. Such admission is for the purpose of this case only.

As grounds for this motion, and as set forth in the Affidavit of J. Anthony Penry attached hereto, plaintiffs, and undersigned counsel state as follows:

1. Mr. Penry is duly admitted and licensed to practice law in North Carolina and before the U.S. Court of Appeals for the Fourth and Federal Circuits.

2. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and

3. He is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

4. On or about January 24, 2006, the former lead attorney for this case, Mr. Andrew J. Tine, left this firm with no prior notice given, thus necessitating the appearance of Mr. J. Anthony Penry.

5. On or about March 7, 2005, Plaintiffs' counsel, upon Defendants' request, assented to Defendants' Motion for Admission *pro hac vice* of Mr. Robert W. Foster, an attorney licensed in the States of South Carolina and Georgia and before the U.S. Court of Appeals for the Forth and Federal Circuit.

6. Plaintiffs have requested that Mr. Penry represent them in this action.

7. Counsel for the Defendants have not assented to this motion.

WHEREFORE, the undersigned respectfully request that the motion be allowed and that J. Anthony Penry be admitted to practice before this Court for the duration of this action.

For Plaintiffs,

/s/ Glenn H. Haese

Glenn H.Haese, BBO #662939
Haese, LLC
30 Federal Street
Boston, MA 02110
(617) 428-0266 – Telephone
(617) 428-0276 – Fax
ghaese@haese.com

DATED: March 13th, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL )<br>GUARDIAN, LOURENCO P. )<br>DOSSANTOS, and LOURENCO P. )<br>DOSSANTOS, )<br>  )<br>PLAINTIFFS, )<br>  )<br>v. )<br>  )<br>SEARS ROEBUCK AND CO. et al., )<br>  )<br>DEFENDANT. )<br>_____ ) | CIVIL ACTION NO.: 04-CV-12369-NG |

CERTIFICATE OF ANTHONY J. PENRY

I, Anthony J. Penry, hereby depose and state as follows:

1. I am an attorney duly licensed to practice law in the State of North Carolina in both state and federal courts and before the U.S. Court of Appeals for the Fourth and Federal Circuits.

2. I am a member of each of the above-listed bars in good standing and there are no disciplinary proceedings pending against me.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. This ~~affidavit~~ CERTIFICATE is made in support of a motion made by Glenn H. Haese, of Haese, LLC, admitted to practice before the United States District Court for the District of Massachusetts. If allowed, I will be working with Mr. Haese to prosecute the interests

-1-

of our client, Jasmine D. Bunton, by her legal guardian, Lourenco P. Dossantos and Lourenco P. Dossantos, in the above captioned action.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 6th DAY OF March, 2006.

_____
J. Anthony Penry, Esq.