

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
1320 Main Street / 17th Floor / Columbia, South Carolina 29201
Tel: 803.799.2000  Fax: 803.256.7500
www.nelsonmullins.com

Robert W. Foster, Jr.
(Admitted in SC & GA)
803.255.9414
robbie.foster@nelsonmullins.com

August 1, 2005

<u>Via Facsimile 617-428-0276</u>



Andrew J. Tine, Esquire
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA  02110

RE: Jasmine D. Bunton, by Her Legal Guardian, Lourenco P. Dossantos, and Lourenco P. Dossantos v. Sears Roebuck and Co.
Civil Action No. 04-4374-H
Whirlpool No. 04-NA-ADC-29072
Sears No. 2004-005740
Our File No. 02289/01753

Dear Andrew:

This confirms our agreement that you will be allowed to depose either Mr. Boughton or Dr. Nalebuff up until the time a pre-trial conference is held in this matter. If settlement at the November 30, 2005, mediation conference is unsuccessful, then we can attempt to arrange dates for those depositions.

In light of the November 30 mediation date, we would reiterate our request to have Jasmine Bunton examined by her surgeon, Dr. Cassidy. It has been some time since Dr. Cassidy has evaluated this patient. As your own expert doctor acknowledged, it would be in Jasmine's best interest that she be re-examined by the treating surgeon. Similarly, we believe the chances of successfully mediating this case will be enhanced with such an examination and report back to all the parties involved.

Since time is running short, please advise at your earliest convenience if you would like for us to schedule such an examination by Dr. Cassidy.

Very truly yours,

*Robert W. Foster,*

Robert W. Foster, Jr.

Atlanta • Charleston • Charlotte • Columbia • Greenville • Myrtle Beach • Raleigh • Winston-Salem • Washington, DC

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
1320 Main Street / 17th Floor / Columbia, South Carolina 29201
Tel: 803.799.2000  Fax: 803.256.7500
www.nelsonmullins.com

Robert W. Foster, Jr.
(Admitted in SC & GA)
803.255.9414
robbie.foster@nelsonmullins.com

January 17, 2006



Via Facsimile 617-428-0276
Andrew J. Tine, Esquire
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA  02110

RE:  Jasmine D. Bunton, by Her Legal Guardian, Lourenco P. Dossantos, and Lourenco P. Dossantos v. Sears Roebuck and Co.
Civil Action No. 04-4374-H
Whirlpool No. 04-NA-ADC-29072
Sears No. 2004-005740
Our File No. 02289/01753

Dear Mr. Tine:

As we have discussed, we are in the process of scheduling Dr. Cassidy's deposition probably for the middle of February 2006. Based on the depositions of Dr. Graf and Dr. Nalebuff, it is apparent to all that Jasmine Bunton should be evaluated at this time by Dr. Cassidy. Whirlpool would offer to pay whatever reasonable expenses are incurred for Jasmine Bunton to be evaluated by Dr. Cassidy so all the parties would understand her present physical condition. We would recommend that this evaluation by Dr. Cassidy occur prior to his deposition so the parties would not be in a position to have to depose Dr. Cassidy twice.

If Plaintiffs are unwilling to allow Jasmine Bunton to be evaluated at this time by her surgeon, we will file a motion with the Court requesting that such evaluation be conducted in order for all the parties to understand Jasmine Bunton's present physical condition.

Very truly yours,

Robert W. Foster, Jr.

RWFJR:coc
cc:  Richard L. Edwards, Esq.
     Steven M. Key, Esq.