## Key, Steven M.

**From:** Andrew J. Tine [atine@HAESE.COM]
**Sent:** Monday, January 23, 2006 8:22 AM
**To:** Key, Steven M.; Robbie Foster
**Cc:** Edwards, Richard L.
**Subject:** RE: Bunton v. Whirlpool: Dr. Cassidy deposition

Steve:

February 17th is OK with me.  Obviously this is not my deposition, so I will not be bringing a check.

Sincerely,

Andrew J. Tine

>-----Original Message-----
>**From:** Key, Steven M. [mailto:skey@Campbell-trial-lawyers.com]
>**Sent:** 19. January 2006 4:06 PM
>**To:** Robbie Foster; Andrew J. Tine
>**Cc:** Edwards, Richard L.
>**Subject:** Bunton v. Whirlpool: Dr. Cassidy deposition
>
>His next available date to be deposed is Friday, February 17 in the afternoon.  If no one has a conflict with that date, then I will notice it for then at 3:00 at his office in the New England Medical Center, 260 Tremont Street, 8th Floor, Boston, MA.  Please note that Dr. Cassidy requires $1,000 for the first hour of the deposition and $500 for every hour thereafter.  He needs a deposit ahead of time of $500.
>
>**Steven M. Key**
>**Campbell Campbell Edwards & Conroy**
>  **Professional Corporation**
>
>
>
>One Constitution Plaza
>Boston, MA  02129
>Tel:    (617) 241-3014
>Fax:   (617) 241-5115
>Email:  skey@campbell-trial-lawyers.com
>
>**Note** : This e-mail contains information from the law firm of Campbell Campbell Edwards & Conroy Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call 617-241-3000.