## Key, Steven M.

**From:** Andy Penry [Andy.Penry@tprr.com]
**Sent:** Sunday, February 12, 2006 12:18 PM
**To:** Key, Steven M.
**Subject:** FW: Bunton v. Whirlpool; Dr. Cassidy

-----Original Message-----
**From:** Andy Penry
**Sent:** Sunday, February 12, 2006 12:16 PM
**To:** 'skey@campbell-triallawyers.com'
**Cc:** 'Glenn Haese'
**Subject:** Bunton v. Whirlpool; Dr. Cassidy

Mr. Key, I will be entering appearance for plaintiffs as trial counsel in this case, in association with Mr. Haese. A copy of your 2/7/06 letter concerning the deposition of Dr. Cassidy and the proposed additional examination of the minor plaintiff has been referred to me. Your letter was apparently the first that anyone at the Haese firm, other than the now-departed Mr. Tine, knew of the request to schedule an exam and deposition on 2/17.

I am not available on the 17th, as my wife is scheduled to deliver our child at (or about) that time. As I will be conducting all further oral discovery and trying the case, I need to be there. Further, it appears that none of this has been communicated to our clients, so schedule is likely an issue for them as well.

Please call me at 919 833 9449 to discuss rescheduling the deposition and the issue of further examination of Ms. Bunton. Thanks.