UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br><br>PLAINTIFFS,<br><br>v.<br><br>SEARS ROEBUCK AND CO. et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO.: 04-CV-12369-NG |

## PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO COMPLY WITH THEIR DUTY TO SUPPLEMENT AND CORRECT PRIOR DISCLOSURES AND DISCOVERY RESPONSES

Plaintiffs Jasmine D. Bunton, by her legal guardian, and Lourenco P. Dossantos hereby move this Court for an order to compel Defendants to supplement and to correct prior disclosures and discovery responses as well as information contained in an expert's report and information provided by an expert through a deposition as required by Rule 26(e) FRCP.

In support of this motion, Plaintiffs provide the attached memorandum.

Plaintiffs,
By their attorneys,

_[signature]_

Glenn H. Haese, BBO# 662939
Haese, LLC
30 Federal Street
Boston, MA 02110
(617) 428-0266 – Telephone
(617) 428-0276 – Fax
Ghaese@haese.com

## CERTIFICATE OF SERVICE

I, Glenn H. Haese, certify that on the 5th day of May, 2006, a true copy of the foregoing *Plaintiffs' Motion to Compel* was filed electronically and sent by first-class mail, postage prepaid, to:

Richard L. Edwards, Esq.
Steven M. Key, Esq.
Campbell Campbell Edwards & Conroy, PC
One Constitution Plaza
Boston, MA  02129

Robert W. Foster, Jr. Esq.
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Fl.
Columbia, SC  29201

J. Anthony Penry, Esq.
Taylor, Penry, Rash & Rieman
510 Glenwood Avenue, Suite 319
Raleigh, NC  27603