UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS, <br><br> PLAINTIFFS, <br><br> v. <br><br> SEARS ROEBUCK AND CO. et al., <br><br> DEFENDANTS. | CIVIL ACTION NO.: 04-CV-12369-NG |

**CERTIFICATION OF COUNSEL**

I, Glenn H. Haese, certify that good faith efforts were made by me to resolve the underlying dispute of Plaintiffs' Motion to Compel Defendants to comply with their Duty to Supplement and Correct Prior Disclosures and Discovery Responses.

_____
Glenn H. Haese, BBO# 662939
Haese, LLC
30 Federal Street
Boston, MA 02110
(617) 428-0266 – Telephone
(617) 428-0276 – Fax
Ghaese@haese.com

−1−

## **CERTIFICATE OF SERVICE**

I, Glenn H. Haese, certify that on the 5th day of May, 2006, a true copy of the foregoing *Certification of Counsel* was filed electronically and sent by first-class mail, postage prepaid, to:

Richard L. Edwards, Esq.
Steven M. Key, Esq.
Campbell Campbell Edwards & Conroy, PC
One Constitution Plaza
Boston, MA  02129

Robert W. Foster, Jr. Esq.
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Fl.
Columbia, SC  29201

J. Anthony Penry, Esq.
Taylor, Penry, Rash & Rieman
510 Glenwood Avenue, Suite 319
Raleigh, NC  27603