## CERTIFICATE OF SERVICE

I, Glenn H. Haese, certify that on the 5th day of May, 2006, a true copy of the foregoing *Memorandum of Law in Support of Plaintiff's Motion* was filed electronically and sent by first-class mail, postage prepaid, to:

Richard L. Edwards, Esq.
Steven M. Key, Esq.
Campbell Campbell Edwards & Conroy, PC
One Constitution Plaza
Boston, MA  02129

Robert W. Foster, Jr. Esq.
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Fl.
Columbia, SC  29201

J. Anthony Penry, Esq.
Taylor, Penry, Rash & Rieman
510 Glenwood Avenue, Suite 319
Raleigh, NC  27603