UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
JASMINE D. BUNTON, BY HER LEGAL            )
GUARDIAN,  LOURENCO P. DOSSANTOS, and )
LOURENCO P. DOSSANTOS,                     )
        Plaintiffs,                      )
                                         )        No.: 04-CV-12369-NG
        v.                               )
                                         )
SEARS ROEBUCK AND CO., and                 )
WHIRLPOOL CORPORATION,                     )
_____Defendants._____)

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to L.R. 83.5.2, Steven M. Key hereby gives notice of his withdrawal as counsel for Sears Roebuck and Co. and Whirlpool Corporation (collectively the "Defendants").  The Defendants remain represented by Robert W. Foster, Jr. and Richard L. Edwards.

        /s/ Steven M. Key_____
        Steven M. Key, BBO #638145
        Campbell Campbell Edwards & Conroy
        Professional Corporation
        Boston, MA  02129
        (617) 241-3000