UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL )<br>GUARDIAN, LOURENCO P. )<br>DOSSANTOS, and LOURENCO P. )<br>DOSSANTOS, )<br>  )<br>PLAINTIFFS, )<br>  )<br>v. )<br>  )<br>SEARS ROEBUCK AND CO. et al., )<br>  )<br>DEFENDANTS. )<br>_____) | CIVIL ACTION NO.: 04-CV-12369-NG |

## CERTIFICATION OF COUNSEL

I, Glenn H. Haese, certify that good faith efforts were made by me to resolve the underlying dispute of Plaintiffs' Motion to Compel Defendants to comply with the prior discovery order of the court according. Defendants' counsel agreed to produce unredacted documents that would resolve the discovery dispute by July 20, 2006. As of this date July 21, 2006 plaintiff's attorneys have not received the promised documents. Defendants' attorneys have failed to comply with the agreement made at the discovery conference, and thus this Motion to Compel has become necessary.

_____
Glenn H. Haese, BBO# 662939
Haese, LLC
30 Federal Street
Boston, MA 02110
(617) 428-0266 – Telephone
(617) 428-0276 – Fax
Ghaese@haese.com

**CERTIFICATE OF SERVICE**

I, Glenn H. Haese, certify that on the 21st day of July, 2006, a true copy of the foregoing *Certification of Counsel* was filed electronically and sent by first-class mail, postage prepaid, to:

Richard L. Edwards, Esq.
Steven M. Key, Esq.
Campbell Campbell Edwards & Conroy, PC
One Constitution Plaza
Boston, MA  02129

Robert W. Foster, Jr. Esq.
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Fl.
Columbia, SC  29201

J. Anthony Penry, Esq.
Taylor, Penry, Rash & Rieman
510 Glenwood Avenue, Suite 319
Raleigh, NC  27603