## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL ) GUARDIAN, LOURENCO P. ) DOSSANTOS, and LOURENCO P. ) DOSSANTOS, ) ) PLAINTIFFS, ) ) v. ) ) SEARS ROEBUCK AND CO. et al., ) ) DEFENDANTS. ) _____ ) | CIVIL ACTION NO.: 04-CV-12369-NG |

## MOTION TO COMPEL DEFENDANTS TO COMPLY WITH A PRIOR COURT ORDER REQUESTING SUPPLEMENTING AND CORRECTING OF PRIOR DISCLOSURES AND DISCOVERY RESPONSES AND FOR SANCTIONS

Now comes the Plaintiff in the above named action requesting that this court order defendants to (a) follow the court's prior discovery order; (b) to produce unredacted versions of the responsive documents required by the court's prior discovery order; and (c) that sanctions be ordered against defendants for reasonable expenses and attorney's fees for bringing the motion to compel before the court.

Plaintiffs,
By their attorneys,

Glenn H. Haese, BBO# 662939
Haese, LLC
30 Federal Street
Boston, MA 02110
(617) 428-0266 – Telephone
(617) 428-0276 – Fax
ghaese@haese.com

DATED this ____ of July, 2006

## CERTIFICATE OF SERVICE

I, Glenn H. Haese, certify that on the ____ day of July, 2006, a true copy of the foregoing was filed electronically and sent by first-class mail, postage prepaid, to:

Richard L. Edwards, Esq.
Steven M. Key, Esq.
Campbell Campbell Edwards & Conroy, PC
One Constitution Plaza
Boston, MA  02129

Robert W. Foster, Jr. Esq.
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Fl.
Columbia, SC  29201

J. Anthony Penry, Esq.
Taylor, Penry, Rash & Rieman
510 Glenwood Avenue, Suite 319
Raleigh, NC  27603