**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION

**EXHIBIT A**



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

STEVEN M. KEY
(617) 241-3014

June 9, 2006

Glenn Haese, Esq.
Haese, LLC
30 Federal Street, 3rd Floor
Boston, MA 02110

RECEIVED JUN 12 2006 Haese, LLC

Re: *Bunton vs. Sears Roebuck & Co. et al.*
Civil Action No.: 04-CV-12369NG

Dear Attorney Haese:

Please find enclosed the following:

- Sears Roebuck and Co.'s Supplemental Response To Plaintiffs' First Set of Interrogatories
- Defendant Whirlpool Corporation's Supplemental Response To Plaintiffs' First Request For Production of Documents

Should you have any questions, please do not hesitate to call.

Very truly yours,

Steven M. Key

SMK:
Encls.
cc: Robert W. Foster, Jr.
Richard L. Edwards
J. Anthony Penry

CONNECTICUT • MAINE • MASSACHUSETTS • NEW HAMPSHIRE • NEW JERSEY • PENNSYLVANIA • RHODE ISLAND