# EXHIBIT B



*Via Facsimile and Certified Mail*

June 20, 2006

Steven M. Key, Esq.  *(617) 241-5115*
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Third Floor
Boston, MA 02129

Certified Article Number
7160 3901 9844 0443 5891
SENDERS RECORD

Robert Foster, Esq.  *(617) 573-4710*
Nelson Mullins
1320 Main Street, 17th Floor
Columbia, SC 29201

Certified Article Number
7160 3901 9844 0443 5679
SENDERS RECORD

**haese**

Attorneys at Law
30 Federal Street, 3rd Floor
Boston, Massachusetts 02110-2508

Telephone 617.428.0266
Facsimile 617.428.0276
Web Site www.haese.com

100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

Telephone 860.249.7194
Facsimile 860.249.7195

Re:   **Bunton v. Sears Roebuck et al.**

Dear Mr. Key and Mr. Foster:

We have reviewed the documents that you have submitted to us after Judge Gertner granted our recent motion to compel. The documents submitted to us have been redacted and are thus not complete. In particular, the contact dates (full name and address) of the injured child and of his parents and possibly their counsel, have been deleted.

The Plaintiff has a legitimate interest in receiving unredacted versions of those documents to investigate the other accidents involving ice makers, so that punitive damages in the underlying litigation can be assessed.

Please submit to us complete (i.e. unredacted) versions of any and all documents that Judge Gertner has compelled your client to produce.

In order to resolve this matter without further recourse to the Court, I request a discovery conference to be held. Please contact my office at your earliest convenience so that we can hopefully resolve this issue soon.

This letter is sent in compliance with Local Rule 37.1(A).

Yours very truly,

Glenn H. Haese
Attorney at Law

Attorneys also admitted to practice in
Colorado, Connecticut, Rhode Island
and France



**haese**

Attorneys at Law
30 Federal Street, 3rd Floor
Boston, Massachusetts
02110

Telephone 617.428.0266
Facsimile 617.428.0276
Web Site www.haese.com

100 Pearl Street, 14th Floor
Hartford, Connecticut
06103

Telephone 860.249.7194
Facsimile 860.249.7195

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** STEVEN M. KEY, ESQ. | **FROM:** GLENN H. HAESE |
| **COMPANY:** CAMPBELL, CAMPBELL, EDWARDS & CONROY | **DATE:** June 20, 2006 |
| **FAX NUMBER:** (617) 241-5115 | **TIME:** 4:49 PM |
| **PHONE NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |

**MATTER:**
BUNTON v. SEARS ROEBUCK et al.

**NOTES AND COMMENTS:**

TO FOLLOW BY CERTIFIED MAIL.

Confidentiality Note

The information contained in this facsimile message is attorney-client privileged and confidential in nature, intended only for the use of the individual or entity named on the attached cover sheet. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited by law. If you have received this communication in error, please immediately notify us by telephone and return the original message to the sender at the above address.

**Please phone (617) 428-0266 if transmission is incomplete or illegible.**



**haese**

Attorneys at Law
30 Federal Street, 3rd Floor
Boston, Massachusetts
02110

Telephone 617.428.0266
Facsimile 617.428.0276
Web Site www.haese.com

100 Pearl Street, 14th Floor
Hartford, Connecticut
06103

Telephone 860.249.7194
Facsimile 860.249.7195

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** ROBERT FOSTER, ESQ. | **FROM:** GLENN H. HAESE |
| **COMPANY:** NELSON MULLINS | **DATE:** June 20, 2006 |
| **FAX NUMBER:** (617) 573-4710 | **TIME:** 4:50 PM |
| **PHONE NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |

**MATTER:**
BUNTON v. SEARS ROEBUCK et al.

**NOTES AND COMMENTS:**

TO FOLLOW BY CERTIFIED MAIL.

Confidentiality Note

The information contained in this facsimile message is attorney-client privileged and confidential in nature, intended only for the use of the individual or entity named on the attached cover sheet. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited by law. If you have received this communication in error, please immediately notify us by telephone and return the original message to the sender at the above address.

**Please phone (617) 428-0266 if transmission is incomplete or illegible.**

```
* * * COMMUNICATION RESULT REPORT ( JUN. 20. 2006  5:10PM ) * * *
                                                        TTI  HAESE LLC  617 428 0276

TRANSMITTED/STORED  JUN. 20. 2006  5:08PM
FILE  MODE           OPTION              ADDRESS              RESULT        PAGE
-------------------------------------------------------------------------------
7937  MEMORY TX                          916175734710         OK            2/2

REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL              E-2) BUSY
  E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```



**haese**

Attorneys at Law
30 Federal Street, 3rd Floor
Boston, Massachusetts
02110

Telephone 617.428.0266
Facsimile 617.428.0276
Web Site www.haese.com

100 Pearl Street, 14th Floor
Hartford, Connecticut
06103

Telephone 860.249.7194
Facsimile 860.249.7195

## FACSIMILE TRANSMITTAL SHEET

| TO: ROBERT FOSTER, ESQ. | FROM: GLENN H. HAESE |
|---|---|
| COMPANY: NELSON MULLINS | DATE: June 20, 2006 |
| FAX NUMBER: (617) 573-4710 | TIME: 4:50 PM |
| PHONE NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: 2 |

MATTER:
BUNTON v. SEARS ROEBUCK et al.

NOTES AND COMMENTS:

TO FOLLOW BY CERTIFIED MAIL.

Confidentiality Note

The information contained in this facsimile message is attorney-client privileged and confidential in nature, intended only for the use of the individual or entity named on the attached cover sheet. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited by law. If you have received this communication in error, please immediately notify us by telephone and return the original message to the sender at the above address.

Please phone (617) 428-0266 if transmission is incomplete or illegible.

```
* * * COMMUNICATION RESULT REPORT ( JUN. 20. 2006  5:09PM ) * * *
                                                 TTI  HAESE LLC  617 428 0276

TRANSMITTED/STORED  JUN. 20. 2006  5:08PM
FILE MODE           OPTION              ADDRESS              RESULT      PAGE
-----------------------------------------------------------------------------
7936 MEMORY TX                          916172415115         OK          2/2

---------------------------------------------------------------------------
   REASON FOR ERROR
     E-1) HANG UP OR LINE FAIL              E-2) BUSY
     E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```



**haese**

Attorneys at Law
30 Federal Street, 3rd Floor
Boston, Massachusetts
02110

Telephone 617.428.0266
Facsimile 617.428.0276
Web Site www.haese.com

100 Pearl Street, 14th Floor
Hartford, Connecticut
06103

Telephone 860.249.7194
Facsimile 860.249.7195

## FACSIMILE TRANSMITTAL SHEET

| TO: STEVEN M. KEY, ESQ. | FROM: GLENN H. HAESE |
|---|---|
| COMPANY: CAMPBELL, CAMPBELL, EDWARDS & CONROY | DATE: June 20, 2006 |
| FAX NUMBER: (617) 241-5115 | TIME: 4:49 PM |
| PHONE NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: 2 |

**MATTER:**
BUNTON v. SEARS ROEBUCK et al.

**NOTES AND COMMENTS:**

TO FOLLOW BY CERTIFIED MAIL.

**Confidentiality Note**

The information contained in this facsimile message is attorney-client privileged and confidential in nature, intended only for the use of the individual or entity named on the attached cover sheet. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited by law. If you have received this communication in error, please immediately notify us by telephone and return the original message to the sender at the above address.

Please phone (617) 428-0266 if transmission is incomplete or illegible.

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9844 0443 5891 | A. Received by (Please Print Clearly)    B. Date of Delivery |
| | C. Signature    ☐ Agent   ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 1. Article Addressed to:<br><br>Steven M. Key, Esq.<br>Campbell, Campbell, Edwards & Conroy<br>One Constitution Plaza<br>Third Floor<br>Boston, MA 02129 | Reference Information<br><br>Bunton<br><br>Glenn H. Haese |

PS Form 3811, July 2001     Domestic Return Receipt