# Nelson Mullins

**EXHIBIT C**

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
1320 Main Street / 17th Floor / Columbia, South Carolina 29201
Tel: 803.799.2000  Fax: 803.256.7500
www.nelsonmullins.com

Robert W. Foster, Jr.
(Admitted in SC & GA)
Tel: 803.255.9414
robbie.foster@nelsonmullins.com

June 26, 2006

<u>Via Facsimile 617-428-0276</u>
Glenn H. Haese, Esquire
Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110

RE: Jasmine D. Bunton, by Her Legal Guardian, Lourenco P. Dossantos,
and Lourenco P. Dossantos v. Sears Roebuck and Co.
Civil Action No. 04-4374-H
Our File No. 02289/01753

Dear Glenn:

We are somewhat perplexed by your request for unredacted documents we produced pursuant to Judge Gertner's Order granting your recent motion to compel. The only information we redacted was the claimant's contact information. There are no attorneys involved.

The information we provided should be adequate to fully apprise you of the incident, and extent of injuries ($300, stitches). The date of the incident, post-Bunton incident, should be sufficient to allow you to assess punitive damages and admissibility of the incident. Other than to interfere with Whirlpool/Sears' right to resolve this claim, we are unclear of your need for the contact information.

However, as you have requested, we would be happy to discuss your needs in more detail to help us understand why you need more information. Dick Edwards and I are available this Wednesday or Friday, June 28 or 30, for a telephone conference (Steven Key has recently left the Campbell firm). Please let us know if either of these dates suits your schedule.

Very truly yours,

*Robert W. Foster*

Robert W. Foster, Jr.

cc: Richard L. Edwards, Esquire

Atlanta • Boston • Charleston • Charlotte • Columbia • Greenville • Myrtle Beach • Raleigh • Washington, DC • Winston-Salem



# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, South Carolina 29201
Tel: 803.799.2000  Fax: 803.256.7500
www.nelsonmullins.com

## Facsimile Cover Sheet

TO:        Glenn H. Haese, Esq.                FAX No.  617-428-0276

TO:        Richard L. Edwards, Esquire         FAX No.  617-241-5115

                                               PAGES:  2 including cover sheet

\* \* \*

FROM:       Robert W. Foster, Jr.              DID No.  803.255.9414
RETURN TO:  Carol Cooper                       FAX No.  803.255.5187
DATE/TIME:  June 26, 2006                      FILE No. 02289/01753

COMMENTS:

CONFIDENTIALITY NOTICE: The information contained in this facsimile message may be attorney privileged and confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

PLEASE LET US KNOW IMMEDIATELY IF YOU DID NOT RECEIVE ALL PAGES                FAX Page 1