# EXHIBIT D



*Via First Class Mail*

July 07, 2006

Robert W. Foster, Jr. Esq.
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Fl.
Columbia, SC 29201

  Re: *Jasmine Bunton, by her legal guardian, Lourenco P. Dossantos and Lourenco Dossantos v. Sears Roebuck and Co., et al.*
    Civil Action No. 04-CV-12369-NG

Mr. Foster:

This letter is meant to memorialize what was discussed during the conference call this morning.

Your office will supply us with unredacted copies of the documents we had requested, concerning the known claim against Whirlpool/Sears, with the contact dates (full name and address) of the injured party and of his parents and their counsel by July 20, 2006. As you agreed to over the phone, the claimant will not sign a confidentiality clause as part of a settlement with Whirlpool/Sears that would prevent them from discussing all aspects of their claim with us. We are to be given complete and unimpeded access to the claimant concerning any and all relevant topics to the Bunton Case.

Any attempts to block our efforts to have free and unfettered access to the child and the family for complete and open discussions will be met with an immediate Motion to Compel.

Very truly yours,

Glenn H. Haese
Attorney at Law

  cc: Andy Penry, Esq.
    Richard Edwards, Esq.

haese

Attorneys at Law
30 Federal Street, 3rd Floor
Boston, Massachusetts 02110-2508
Telephone 617.428.0266
Facsimile 617.428.0276
Web Site www.haese.com

100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Telephone 860.249.7194
Facsimile 860.249.7195

Attorneys also admitted to practice in
Colorado, Connecticut, Rhode Island
and France