UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br><br>    Plaintiffs,<br><br>v.<br><br>SEARS ROEBUCK & CO. and WHIRLPOOL CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) No.: 04-CV-12369-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher B. Parkerson on behalf of the Defendants **SEARS, ROEBUCK & CO. and WHIRLPOOL CORPORATION.**

**SEARS, ROEBUCK & CO. and**
**WHIRLPOOL CORPORATION**
**By its Attorneys,**
**CAMPBELL CAMPBELL EDWARDS & CONROY,**
**PROFESSIONAL CORPORATION,**

*s/ Christopher B. Parkerson*
Christopher B. Parkerson (BBO# 662952)
Richard L. Edwards (BBO# 151520)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I certify that on August 2, 2006, a true copy of the above document was delivered by first class mail to the following counsel of record:

Glenn Haese, Esq.
Haese, LLC
30 Federal Street, 3rd Floor
Boston, MA 02110

*s/ Christopher B. Parkerson* on
Christopher B. Parkerson