

FILED
\*RKS OFFICE

August 02, 2006      2006 AUG 16  P 1: 57

United States District Court   U.S. DISTRICT COURT
Office of the Clerk            DISTRICT OF MASS.
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02110

**haese**

Attorneys at Law
30 Federal Street, 3rd Floor
Boston, Massachusetts 02110-2508

Telephone 617.428.0266
Facsimile 617.428.0276
Web Site www.haese.com

100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

Telephone 860.249.7194
Facsimile 860.249.7195

RE:  **Civil Action No. 04-CV-12369-NG**
     **Jasmine Bunton et al. v. Sears, Roebuck et al.**

Dear Madame Clerk:

This is to advise you that Defendants have finally produced the unredacted versions of the documents that we requested. The documents were received at our offices on July 31, 2006. It appears that Defendants had sent them to an incorrect address.

As a result, the motion to compel has been rendered moot and we will consent to its withdrawal. We apologize for any inconvenience that this may have caused.

Very truly yours,

Glenn H. Haese
Attorney At Law

Attorneys also admitted to practice in
Colorado, Connecticut, Rhode Island
and France