

Refrigeration Technology

EVANSVILLE, INDIANA 47727 • AREA CODE (812) 426-4000
WRITER'S DIRECT NUMBER (812) 426-4903
FAX (812) 426-4029

September 30, 2005

REPORT OF
STEPHEN G. BOUGHTON

<u>JASMINE BUNTON</u>
<u>04-NA-ADC-29072</u>

## ASSIGNMENT:

Analyze the design of the refrigerator that is the subject of this lawsuit, model number 106.53634300, serial number sp2535958.

## OBSERVATIONS AND CONCLUSIONS:

1. I have examined the design of the model refrigerator and am familiar with the design of the ice delivery system. I am also involved in the safety audit process for refrigeration products.
2. The ice delivery system used in this refrigerator design was tested according to the UL testing protocol and passed all UL testing procedures. The refrigerator was approved and is listed by UL as passing safety testing requirements.
3. The design of this refrigerator meets all internal Whirlpool product safety requirements, including access to moving parts.
4. The safety audit and hazard analysis process failed to reveal any incident similar to the Bunton incident, and therefore this incident and injury was not reasonably foreseeable by Whirlpool Corporation.

Stephen G. Boughton
September 30, 2005