## A

25035  FDID *  |  MA State *  |  MM 04 DD 16 YYYY 2004  Incident Date *  |  Station  |  04-0021491  Incident Number *  |  000  Exposure *

☐ Delete
☐ Change
☐ No Activity

NFIRS -1
Basic

## B Location*

☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module in Section B *Alternative Location Specification*. Use only for Wildland fires.

Census Tract [    ] - [    ]

☒ Street address
☐ Intersection
☐ In front of
☐ Rear of
☐ Adjacent to
☐ Directions

000078  Number/Milepost  Prefix  |  SUMNER  Street or Highway  |  ST  Street Type  |  Suffix

Boston  Apt./Suite/Room  City  |  MA State  |  02125  Zip Code  - 

Cross street or directions, as applicable

## C Incident Type *

357  |  Extrication of victim(s) from
Incident Type

## D Aid Given or Received*

1 ☐ Mutual aid received
2 ☐ Automatic aid recv.
3 ☐ Mutual aid given
4 ☐ Automatic aid given
5 ☐ Other aid given
N ☒ None

Their FDID | Their State

Their Incident Number

## E1 Date & Times

Midnight is 0000

Check boxes if dates are the same as Alarm Date.

| | Month | Day | Year | Hr Min Sec |
|---|---|---|---|---|
| Alarm ALARM always required | 04 | 16 | 2004 | 19:47:28 |
| ☐ Arrival * ARRIVAL required, unless canceled or did not arrive | 04 | 16 | 2004 | 19:49:38 |
| ☐ Controlled CONTROLLED Optional, Except for wildland fires | | | | |
| ☐ Last Unit Cleared LAST UNIT CLEARED, required except for wildland fires | 04 | 16 | 2004 | 21:16:23 |

## E2 Shift & Alarms

Local Option

Shift or Platoon | Alarms | 07 District

## E3 Special Studies

Local Option

Special Study ID# | Special Study Value

## F Actions Taken *

23  |  Extricate, disentangle
Primary Action Taken (1)

Additional Action Taken (2)

Additional Action Taken (3)

## G1 Resources *

☐ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | | |
| EMS | | |
| Other | | |

☐ Check box if resource counts include aid received resources.

## G2 Estimated Dollar Losses & Values

LOSSES: Required for all fires if known. Optional for non fires.

| | | | None |
|---|---|---|---|
| Property $ | , 000 , | 000 | ☐ |
| Contents $ | , 000 , | 000 | ☐ |

PRE-INCIDENT VALUE: Optional

| | | | |
|---|---|---|---|
| Property $ | , 000 , | 000 | ☐ |
| Contents $ | , 000 , | 000 | ☐ |

## Completed Modules

☐ Fire-2
☐ Structure-3
☐ Civil Fire Cas.-4
☐ Fire Serv. Cas.-5
☐ EMS-6
☐ HazMat-7
☐ Wildland Fire-8
☒ Apparatus-9
☐ Personnel-10
☐ Arson-11

## H1* Casualties ☐ None

| | Deaths | Injuries |
|---|---|---|
| Fire Service | | |
| Civilian | | |

## H2 Detector

Required for Confined Fires.

1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

## H3 Hazardous Materials Release

N ☒ None
1 ☐ Natural Gas: slow leak, no evacuation or HazMat actions
2 ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
3 ☐ Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint cans totaling < 55 gallons
0 ☐ Other: Special HazMat actions required or spill > 55gal., Please complete the HazMat form

## I Mixed Use Property

NN ☐ Not Mixed
10 ☐ Assembly use
20 ☐ Education use
33 ☐ Medical use
40 ☐ Residential use
51 ☐ Row of stores
53 ☐ Enclosed mall
58 ☐ Bus. & Residential
59 ☐ Office use
60 ☐ Industrial use
63 ☐ Military use
65 ☐ Farm use
00 ☐ Other mixed use

## J Property Use*

### Structures

131 ☐ Church, place of worship
161 ☐ Restaurant or cafeteria
162 ☐ Bar/Tavern or nightclub
213 ☐ Elementary school or kindergarten
215 ☐ High school or junior high
241 ☐ College, adult education
311 ☐ Care facility for the aged
331 ☐ Hospital

341 ☐ Clinic, clinic type infirmary
342 ☐ Doctor/dentist office
361 ☐ Prison or jail, not juvenile
419 ☐ 1-or 2-family dwelling
429 ☒ Multi-family dwelling
439 ☐ Rooming/boarding house
449 ☐ Commercial hotel or motel
459 ☐ Residential, board and care
464 ☐ Dormitory/barracks
519 ☐ Food and beverage sales

539 ☐ Household goods, sales, repairs
579 ☐ Motor vehicle/boat sales/repair
571 ☐ Gas or service station
599 ☐ Business office
615 ☐ Electric generating plant
629 ☐ Laboratory/science lab
700 ☐ Manufacturing plant
819 ☐ Livestock/poultry storage (barn)
882 ☐ Non-residential parking garage
891 ☐ Warehouse

### Outside

124 ☐ Playground or park
655 ☐ Crops or orchard
669 ☐ Forest (timberland)
807 ☐ Outdoor storage area
919 ☐ Dump or sanitary landfill
931 ☐ Open land or field

936 ☐ Vacant lot
938 ☐ Graded/care for plot of land
946 ☐ Lake, river, stream
951 ☐ Railroad right of way
960 ☐ Other street
961 ☐ Highway/divided highway
962 ☐ Residential street/driveway

981 ☐ Construction site
984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:

Property Use  | 429

Multifamily dwellings

NFIRS-1 Revision 03/11/99

**K1  Person/Entity Involved**
Local Option

Business name (if applicable)                    Area Code    Phone Number

☐ Check This Box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs.   First Name          MI    Last Name                         Suffix

Number        Prefix  Street or Highway                      Street Type   Suffix

Post Office Box          Apt./Suite/Room    City

State     Zip Code    -

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

**K2  Owner**   ☐ Same as person involved? Then check this box and skip The rest of this section.
Local Option
                        Business name (if Applicable)                Area Code    Phone Number

☐ Check this box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs.   First Name          MI    Last Name                         Suffix

Number        Prefix  Street or Highway                      Street Type   Suffix

Post Office Box          Apt./Suite/Room    City

State     Zip Code    -

**L  Remarks**
Local Option

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

☐ More Remarks? Check this box and attach Supplement Forms (NFIRS-1S) as Necessary

**L  Authorization**

| F42 | Austin, William G | FLT | E21 | 04 | 17 | 2004 |
| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |

Check box if ☒ same as Officer in charge.

| F42 | Austin, William G | FLT | E21 | 04 | 17 | 2004 |
| Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year |

**000124**