Bunton, Jasmine D        Sex:F           BD:07/08/1995       MR#:000001710770

**OPNOTE**                                                    **May 07, 2004**

Patient Name:          Bunton, Jasmine D       Med Rec #: 00171-07-70
Operation Dt:          05/07/2004              Pt. Location:       F7N F73002

OPERATIVE REPORT

PREOPERATIVE DIAGNOSIS:  1. Radial digital nerve laceration left index finger.  2. Ulnar digital nerve laceration left index finger.  3. Radial digital nerve laceration left middle finger.  4. Ulnar digital nerve laceration left middle finger.

POSTOPERATIVE DIAGNOSIS: 1. Same.  2. Lumbrical muscle laceration left index finger.

SURGEON:  CHARLES CASSIDY, M.D.
ASSISTANT:  ANTHONY K. AHN, M.D.
            SARAH SHUBERT, MD

PROCEDURE PERFORMED:  1. Repair left index radial digital nerve with sural nerve graft.  2. Repair left index ulnar digital nerve with sural nerve graft.  3. Repair left middle finger radial digital nerve with nerve graft.  4. Repair of left middle ulnar digital nerve with nerve graft. 5. Use of operating microscope.  6. Repair of left index finger lumbrical muscle.

ANESTHESIA:  General.
COMPLICATIONS:  None.
ESTIMATED BLOOD LOSS:  Minimal.
TOURNIQUET TIME:  Less than two hours.

INDICATIONS:  The patient accidentally caught her left hand in a refrigerator ice maker, requiring extrication.  She has numbness in her left index and middle fingers.  Given the nature of the injury, the likelihood for need for nerve grafting was discussed with the family, who wished to proceed.  I explained that this would be obtained from the sural nerve, which would leave her with a patch of numbness along the lateral border of her foot.  Other risks of surgery, including, but not limited to infection, nerve damage, stiffness, vascular disturbance and scarring were explained preoperatively.

DESCRIPTION OF PROCEDURE:  Following adequate anesthesia, the patient was placed in a supine position on the operating table. The left upper extremity and left lower extremity were prepped and draped in a sterile fashion.  The limb was exsanguinated using an Esmarch and a proximal arm tourniquet elevated to 230 mm Hg.

The existing cut, which extended from the first web to the third web space across the palm, was opened.  The proximal and distal stumps were identified.  The common digital nerve to the second web was lacerated proximal to its bifurcation, but distally there were two stumps.  The radial digital artery to the index finger remained patent.  There was no obvious intact artery to the middle finger, although the ulnar digital artery to the middle finger was not specifically exposed.  The ends were freshened with an 11 blade, which left a gap of about 1.5 cm. Consequently, a nerve graft was necessary.  The left arm tourniquet was removed after the lumbrical muscle belly had been approximated with #4-0 Vicryl epimysial sutures.

The left lower extremity was exsanguinated using an Esmarch and a proximal thigh tourniquet elevated to 275 mm Hg.  A longitudinal incision was made posterolaterally above the lateral malleolus and the sural nerve was identified and was traced proximally and distally and a 7 cm segment was removed.  The tourniquet was removed.  Hemostasis was achieved with bipolar electrocautery.  The wound was irrigated copiously.  The subcutaneous

tissue was approximated with #4-0 Vicryl and the skin with #4-0 Monocryl.
Steri-strips and a sterile dressing were applied.
Next, the nerve was reversed and an epineural repair was performed of each
of the nerves under the operating microscope using #10-0 nylon suture.
This resulted in excellent alignment, with a tension free repair.  The
wound was irrigated copiously and the skin approximated with #5-0 chromic
interrupted suture.  A sterile dressing and a short arm fiberglass were
applied, maintaining the MP joints in flexion and maintaining the first web
space.
The patient tolerated the procedure well and was discharged in a good
condition.
Unreviewed
Dictated by: CHARLES CASSIDY, MD
D:    05/13/2004
T:    05/13/2004 12:01 A
Job#  000524496/Doc#  210822
cc:
    Document is preliminary until electronically or manually signed by
                        attending physician.