🖨 Print this Page

Bunton, Jasmine D            Sex:F            BD:07/08/1995            MR#:000000710770

**OPNOTE**                                                          **Oct 07, 2004**

Patient Name: Bunton, Jasmine D            Med Rec #: 00171-07-70
Operation Dt: 10/07/2004                   Pt. Location:

OPERATIVE REPORT

PREOPERATIVE DIAGNOSIS: Left first web contracture.
POSTOPERATIVE DIAGNOSIS: Left first web contracture.
PROCEDURE: Left first web contracture release with Z plasties.
SURGEON: Charles Cassidy, M.D.
ASSISTANT: Ashish K. Sahai, M.D.
ANESTHESIA: General.
COMPLICATIONS: None.
ESTIMATED BLOOD LOSS: Minimal.
INDICATIONS: The patient accidentally caught her hand in the ice dispenser of a refrigerator, sustaining severe left hand injury. She is status post nerve graft to the left thumb and index finger. She has developed a scar contracture of the first web. The proposed procedure, left thumb contracture release with Z plasty, correction, or skin grafting to be taken from the left thigh were explained to the patient and family preoperatively. Her native skin is dark and I explained that I am concerned about the color mismatch should a full-thickness graft be taken from her inguinal area and would favor a Z plasty if this seems to provide adequate coverage. Risks of surgery including but not limited to infection, nerve damage, stiffness, donor site morbidity, flap failure were explained preoperatively.
DESCRIPTION OF PROCEDURE: Following adequate anesthesia, the patient was placed in a supine position on the operating table. The left upper extremity was prepped and draped in sterile fashion. The left thigh was also prepped and draped in sterile fashion. The limb was exsanguinated using an Esmarch and a proximal arm tourniquet elevated to 220 mmHg. After inspection of the will web contracture, a 4-flap Z plasty was configured with the limbs measuring about 1.2 cm in length and the angles at 45 degrees. The flaps were elevated. Some dense fibrous tissue was removed with care to protect the neurovascular bundles. The wounds were irrigated copiously. The tourniquet was removed. Hemostasis was achieved with bipolar electrocautery. The wounds were irrigated copiously and the skin rotated into position was approximated with 5-0 chromic, interrupted suture. A bulky sterile dressing and splint were applied. The patient tolerated the procedure well and was discharged in good condition.
Electronically Signed
CHARLES CASSIDY, MD 10/13/2004 07:37
Dictated by: CHARLES CASSIDY, MD
D:   10/09/2004
T:   10/09/2004  5:01 A
Confirmation# 005830362/Doc# 239538
cc:
    Document is preliminary until electronically or manually signed by attending physician.