UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS ROEBUCK & COMPANY, AND WHIRLPOOL CORPORATION<br><br>Defendant. | No.: 04-CV-12369-NG |

## AFFIDAVIT OF EDWARD NALEBUFF

1.   My name is Edward Nalebuff. I am of full age and capacity. I am a Board certified orthopaedic surgeon with a certificate in competence in hand surgery. My practice is at the New England Baptist Hospital where I was chief of the department until 2003. I have performed hand surgery for over 40 years.

2.   I examined Jasmine Bunton in March 2005. I understood from her medical records that she had suffered a nerve injury in the palm of her left hand in an accident which occurred in April 2004. As a result of that accident, a one and one-half centimeter sural nerve graft was performed on her left hand.

3.   When I examined Jasmine Bunton in March 2005, one test which I performed measured her ability to discriminate two pins from one at increasingly small distances between the pins (the standard two-point discrimination test). I found that over the major portion of her index and middle fingers she had good two-point discrimination to a separation of about 6 millimeters between the test pins. This indicated to me that she was regaining sensation but that it had not yet grown to the tips of the fingers.

4. Further examination at that time showed that she had only very light touch perception in the plananges furthest from the palm in those two fingers. Based on my experience and recognized medical literature, however, nerve regrowth frequently continues for two years or more following a sural nerve graft. In my experience, the regrowth process continues longer and is more successful in children than in adults. Hence, I anticipated that Jasmine Bunton had not reached an end result at the time I examined her and that the sensory capacity in the tips of these fingers would improve over the following months. In my experience, nerve regrowth generally progresses at the rate of about one millimeter a day. Based on the medical literature, my experience, and Dr. Cassidy's subsequent examination of Jasmine Bunton as described below, I am certain that she would not have reached an end result by June 2005, three months after my examination of her.

5. I recently examined the deposition and office notes of Dr. Charles Cassidy, the surgeon who operated on Jasmine Bunton, following his examination of her in June 2006. Dr. Cassidy also expressed the view in his deposition that regrowth of sensory capacity continues for at least two years following a sural nerve graft. As part of his physical examination of Jasmine, Dr. Cassidy tested the sensory ability in the middle and index finger of her left hand. He found that the two-point discrimination at the tips of her index and middle fingers had improved to the point that she was able to discriminate two pins from one to a separation of 6 to 8 millimeters.

6. The level of sensory ability which Jasmine Bunton presently has in her index and middle fingers means that she can perform most functions using her left hand. These include actions such as using the hand without looking at it, differentiating hard and soft

objects based on feel alone, picking up a coin from a flat surface, threading a needle, recognizing fabrics based solely on their tactile nature, and so on. I anticipate that with sensory reeducation, her functional ability will continue to improve with time.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___ DAY OF _____, 2006.

                                                                    Edward Nalebuff

COUNTY OF _____

SUBSCRIBED AND SWORN to (or affirmed) before me on this _ day of _____, 2006 by Edward Nalebuff, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

                                                                     Notary Public

                                                       Commission Expires: