UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL GUARDIAN, LOURENCO P. DOSSANTOS, and LOURENCO P. DOSSANTOS, </br></br> Plaintiffs, </br></br> v. </br></br> SEARS ROEBUCK and COMPANY and WHIRLPOOL CORPORATION, </br></br> Defendants. | No.: 04-CV-12369-NG |

**DEFENDANTS SEARS ROEBUCK & CO. AND WHIRLPOOL CORPORATION'S PROPOSED VOIR DIRE QUESTIONS**

Comes now the Defendants and respectfully request the following *voir dire* questions in addition to the standard questions:

1. Do you know, either personally or by reputation, any of the lawyers representing any party to this action: Robert Foster, Richard Edwards, Christopher B. Parkerson, Glenn Haese, or Andrew Penry?

2. Do you or your family members know the plaintiffs to this action: Jasmine Bunton, Lorenco Dossantos?

3. Do you or any of your immediate family members know anyone currently or formerly employed by Sears Roebuck & Company or Whirlpool Corporation?

4. Do you have any specialized education, training or work experience with respect to household appliance design and manufacturing?

5. Are you or anyone in your immediate family currently or formerly employed by a company that designs or manufactures household appliances?

6. Do you feel that because a child was injured in this accident that she is entitled to receive some amount of money?

7. Have you or has any member of your immediate family ever been a party, witness, or juror in a lawsuit involving any product manufacturer?

8. Have you or has any member of your immediate family ever been a party, witness, or juror in a lawsuit involving personal injuries?

9. Have you or any member of your immediate family ever made a claim for personal injury damages against any individual, company, or corporation?

10. Have you or any member of your family ever made a claim or filed a lawsuit against Whirlpool Corp. or Sear Roebuck & Company?

11. Have you or anyone in your acquaintance ever been involved in an accident involving a household appliance which resulted in personal injuries?

12. Will the fact that one or more of the defendants is a corporation affect your ability to sit as an impartial juror throughout all of the testimony and jury deliberations?

13. Have you or anyone in your family sustained a serious personal injury of any kind?

14. Have you or anyone in your acquaintance had any negative experiences with a product manufactured by Whirlpool Corporation or sold by Sears Roebuck & Company?

15. Have you or anyone in your family had any business dealings (other than retail purchases) with Whirlpool Corp. or Sears Roebuck & Company?

2

16. Do you have any preconceived notion that simply because an accident occurs involving a product, the manufacturer or seller of the product must be held responsible for the accident?

The Defendants do not request any special considerations during the selection of the jury. The witnesses that are expected to testify in the case are:

Lourenco Dossantos
Jasmine Bunton
Dr. Charles Cassidy
Dr. Mitzi C. Johnson
Dr. Conrad Yu
Maria Dossantos
Boston Fire Dept.
Dr. Frank A. Graf
Marc H. Richman
Jeannie Elliott
Eric Abrams

Maria Gomes
Jason Lopes
Dylan A. Dossantos
Maria DePina
Julio DePina
Bronlett DeRosa
Stephen Boughton
Dr. Edward Nalebuff

### BRIEF STATEMENTS OF FACTS TO BE READ TO THE VENIRE

The Defendants request the following recitation of facts of the accident in this case:

This accident occurred on April 16, 2004, when 8-year old Jasmine Bunton reached up into the chute of the ice dispenser of her family's refrigerator. The ice dispenser of the refrigerator had never been attached to any plumbing. Occasionally in

the past, the family would freeze ice cubes and then place them in the dispenser and activate the ice crusher feature of the ice dispenser.

On the day of the accident, Jasmine opened the door which encloses the bottom of the ice chute and thrust her arm at least eight inches up into the chute, the diameter of which is two and one-quarter inches. As she did so, the lower portion of her arm apparently pressed against the ice dispenser lever. This activated the ice crushing blades and cut her hand. She then pressed the stop button of the ice dispenser and called to her grandmother, who was in the living room with Jasmine's younger brother.

Respectfully submitted

**SEARS, ROEBUCK AND CO., and WHIRLPOOL CORPORATION**
By their Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY, PROFESSIONAL CORPORATION


 */s/ Richard L. Edwards*
Richard L. Edwards (BBO# 151520)
Christopher B. Parkerson (BBO# 662952)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
redwards@campbell-trial-lawyers.com
cparkerson@campbell-trial-lawyers.com

AND

Robert W. Foster, Jr., Esq. (Admitted Pro Hac Vice)
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Fl.
Columbia, South Carolina 29201
(803) 799-2000

4

## CERTIFICATE OF SERVICE

      I, Richard L. Edwards, certify that on October 10, 2006, a true copy of this pleading was sent by first-class mail, postage prepaid to Andrew J. Tine, Haese, LLC, 70 Franklin St., 9th Floor, Boston, MA  02110

                                                 */s/ Richard L. Edwards*
                                                 Richard L. Edwards