UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JASMINE D. BUNTON, BY HER LEGAL )
GUARDIAN, LOURENCO P. )
DOSSANTOS, and LOURENCO P. )
DOSSANTOS, )
                                    )
     PLAINTIFFS, )
                                    )    CIVIL ACTION NO.: 04-CV-12369-NG
    v. )
                                    )
SEARS ROEBUCK AND CO., and )
WHIRLPOOL CORPORATION, )
     DEFENDANT. )
                                    )

## MOTION FOR LEAVE TO AMEND THE COMPLAINT

NOW COMES, Plaintiffs Jasmine D. Bunton, by her legal guardian, Lourenco P. Dossantos and Lourenco P. Dossantos, and move this Honorable Court for leave to amend their Complaint against Sears Roebuck and add Count V – Violation of Chapter 93A § 9 and § 2 of the General Laws. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs have served a letter in compliance with Chapter 93A of the General Laws of Defendants' Counsels on September 2nd, 2006.

2. Plaintiffs have awaited the statutory 30 day period prior to moving to amend the complaint and have received an answer by Defendants in compliance with the statute.

3. Breach of Warranty combined with Negligence generally constitutes a violation of Chapter 93A of the General Laws (see: Maillet v. AFT-Davidson Co., Inc. 552 N.E.2d, 100 (Mass. 1990).

4. In addition to this, Plaintiffs believe that the recent discoveries Plaintiffs had to make about the known and willful concealment of at least one other identical accident with the ice maker constitutes an additional breach of Chapter 93A.

5. According Massachusetts law, a 93A count can still be incorporated after the suit has been filed if the above procedure has been followed (see: <u>Tarpey v. Crescent Ridge Dairy, Inc.</u>, 713 N.E. 2nd 975, 983 and see: <u>Burns ex rel. Office of Public Guardian v. Hale, Dorr LLP</u>, 2006 WL 2355988 (D. Mass., 2006).

6. This motion to amend the pleadings is timely as it does not introduce any new evidence or facts and will not prejudice Sear Roebuck and Co. or Whirlpool Corporation. The Plaintiffs would be prejudiced if this motion were not allowed because Plaintiffs could take recourse to the remedies of Chapter 93A.

7. Attached hereto as Exhibit B is an Amended Complaint and Jury Demand.

WHEREFORE, Plaintiffs request leave to amend their Complaint to add Count V to their complaint.

Respectfully submitted
Attorney for the Plaintiff,

_____
Glenn Haese (BBO No. 662939)
Haese, LLC
85 Devonshire Street, 6th Floor
Boston, MA 02109
(617) 428-0266
ghaese@haese.com

and


_____
for  Andy Penry, Esq. (Admitted Pro Hac Vice)
Taylor, Penry, Rash & Riemann, PLLC
510 Glenwood Avenue
Suite 319
Raleigh, NC 27603

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Glenn H. Haese, attorney for Plaintiffs, certify that I have conferred with Richard Edwards, Esq. and have attempted in good faith to resolve or narrow the issues set forth in this motion for to amend the complaint.

Respectfully submitted
Attorney for the Plaintiff,

Glenn Haese (BBO No. 662939)
Haese, LLC
85 Devonshire Street, 6th Floor
Boston, MA 02109
(617) 428-0266
ghaese@haese.com

and

Andy Penry, Esq. (Admitted Pro Hac Vice)
Taylor, Penry, Rash & Riemann, PLLC
510 Glenwood Avenue
Suite 319
Raleigh, NC 27603

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing motion electronically and via United States Mail, postage prepaid, 10th day of October, 2006 to Defendants' Counsel.

_____
Glenn Haese (BBO No. 662939)
Haese, LLC
85 Devonshire Street, 6th Floor
Boston, MA 02109
(617) 428-0266
ghaese@haese.com

and

_____
per Andy Penry, Esq. (Admitted Pro Hac Vice)
Taylor, Penry, Rash & Riemann, PLLC
510 Glenwood Avenue
Suite 319
Raleigh, NC 27603