# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __BUNTON et al__<br>            Plaintiff<br><br>V.<br><br>__SEARS ROEBUCK AND CO.__<br>            Defendant | CIVIL ACTION<br><br>NO. __04cv12369NG__ |

## SETTLEMENT ORDER OF DISMISSAL

__GERTNER,    D. J.__

The Court having been advised on __10/11/2006__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

__10/11/2006__                     __/s/ JENNIFER FILO__
    Date                                  Deputy Clerk

(Dismissal Settlement.wpd - 12/98)