D

Haese, LLC
70 Franklin Street, 9th Floor
Boston, MA 02110

**EXHIBIT D**

CONTINGENT FEE AGREEMENT

Dated: May 3, 2004

The Client, Jasmine D. Bunton, by and through her legal guardian, Lorenzo Dossantos, retains Haese, LLC, 70 Franklin Street, Boston, MA, to perform the legal services mentioned in paragraph (1) below. Haese, LLC agrees to perform them faithfully and with due diligence.

(1) The claim, controversy and other matters with reference to which the services are to be performed are: pursue monetary damages for injuries resulting from Jasmine ~~Dossantos~~ reaching into a Kenmore refrigerator on or about April 16, 2004.  D. Bunton.

(2) The contingency upon which compensation is to be paid: collection of monetary damages for injuries experienced.

(3) The client is not to be liable to pay compensation otherwise than from amounts collected for her.

(4) Reasonable compensation on the foregoing contingency is to be paid by the client to Haese, LLC, such compensation to be the following percentages of the gross amount collected.

Thirty-three percent (33%) of the first $300,000 recovered and twenty percent (20%) on any recovery thereafter.

(5) Reasonable expenses and disbursements shall be paid to Haese, LLC from any recovery prior to the calculation of the contingency fee above.

(6) If Haese, LLC is discharged by the Client prior to the conclusion of this representation, Haese, LLC is entitled to be then compensated for its reasonable expenses and disbursements. Furthermore, Haese, LLC is to be compensated for the fair value of the services rendered to the Client up to the time of discharge, or, at the option of Haese, LLC, one-third of the gross amount of the last offer of settlement, up to $300,000 and 20% thereafter. The amount of the fee shall not be due to Haese, LLC until the subject matter litigation is concluded pursuant to paragraphs 2 and 3 above.

The AGREEMENT and its performance are subject to Rule 1.5 of the Rules of Professional Conduct adopted by the Supreme Judicial Court of Massachusetts.

WE HAVE EACH READ THE ABOVE AGREEMENT BEFORE SIGNING IT.

_____          _____
For Haese, LLC                             Jasmine D. Bunton

                                          _Lourenco P. Dossantos_
                                          Lorenzo Dossantos, Legal Guardian of
                                          Jasmine D. Bunton