# EXHIBIT E 

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE D. BUNTON, BY HER LEGAL )<br>GUARDIAN, LOURENCO P. )<br>DOSSANTOS, and LOURENCO P. )<br>DOSSANTOS, )<br>)<br>PLAINTIFFS, )<br>)<br>v. )<br>)<br>SEARS ROEBUCK AND CO. et al., )<br>)<br>DEFENDANT. )<br>) | CIVIL ACTION NO.: 04-CV-12369-NG |

## AFFIDAVIT OF GLENN H. HAESE

I, Glenn H. Haese, hereby depose and state as follows:

1. I am an attorney duly licensed to practice law in the State of Massachusetts.

2. I am the managing Member of Haese, LLC with offices at 85 Devonshire Street, 6th floor, Boston, MA 02109.

3. My firm represents the plaintiffs in the above captioned action on a contingency basis.

4. The case was settled in mediation on Tuesday, October 10, 2006.

5. In the above captioned action, during the course of the litigation, costs and expenses in the amount of $26,781.55 have accrued.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

ON THIS 30rd DAY OF October, 2006.

_____
Glenn H. Haese, Esq.